**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**ALISHA W. WILKES,**

        **Plaintiff**

v.                          **CASE NO. 1:10cv1160 CMH/TRJ**

**EXPERIAN INFORMATION SOLUTIONS, INC., et al**

        **Defendants.**

<u>NOTICE OF VOLUNTARY DISMISSAL</u>

      COMES NOW the Plaintiff, ALISHA W. WILKES, by counsel, pursuant to F.R.C.P.

41(a)(1) and hereby files this Notice of Voluntary Dismissal as to Defendants, CREDIT

INFONET, INC. and CREDIT ONE BANK, N.A., as Defendants have not served an Answer or

Motion for Summary Judgment in this action.

                             **ALISHA W. WILKES**

                             _____/s/_____

                             Leonard A. Bennett, Esq.
                             VSB #37523
                             Attorney for Plaintiff
                             CONSUMER LITIGATION
                             ASSOCIATES, P.C.
                             12515 Warwick Boulevard, Suite 100
                             Newport News, Virginia 23606
                             (757) 930-3660 - Telephone
                             (757) 930-3662 – Facsimile
                             lenbennett@cox.net