**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ALISHA W. WILKES | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: |
| | ) 1:10-cv-1160-CMH-TRJ |
| EXPERIAN INFORMATION SOLUTIONS, INC., ET ALS. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

Plaintiff Alisha W. Wilkes, by counsel, files this Notice of Appearance and hereby notifies this Honorable Court and opposing counsel that Matthew J. Erausquin will serve as Plaintiff's counsel in this matter.

Respectfully submitted,
**ALISHA W. WILKES**,

_____/s/_____
MATTHEW J. ERAUSQUIN, VSB#65434
Counsel for the Plaintiff
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:    703-273-7770
Fax:    888-892-3512
matt@clalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2010, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

And I hereby certify that I will mail the document by First Class Mail to the following non-filing users:

Experian Information Solutions, Inc.
c/o David N. Anthony
Troutman Sanders, LP
Troutman Sanders Building
1001 Haxall Point
Richmond, VA 23219

Trans Union, LLC
c/o Corporation Service Company
11 S. 12th Street
Richmond, VA 23219

GMAC Mortgage, LLC
c/o Corporation Service Company
505 5th Avenue, Suite 729
Des Moines, IA 50309

Western Sierra Acceptance Corp.
c/o Daniel Ridley
1547 Palos Verdes, # 264
Walnut Creek, CA 94597

DCFS USA, LLC
c/o CT Corporation System
30600 Telegraph Road, 2345
Bingham Farms, MI 48025

FAMS/ One Technologies
1500 NW Bethany Blvd.
Beaverton, OR 97006

National Future Mortgage, Inc.
c/o National Registered Agents, Inc.
201 N. Union St., Suite 140
Alexandria, VA 22314

America Funding, Inc.
c/o Scott M. Carpenter

1749 Old Meadow Road, Suite 100
McLean, VA 22102

Nationstar Mortgage, LLC
c/o Corporation Service Company
11 S. 12th Street
Richmond, VA 23219

_____/s/_____
MATTHEW J. ERAUSQUIN, VSB#65434
Counsel for the Plaintiff
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:    703-273-7770
Fax:    888-892-3512
matt@clalegal.com