**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **ALISHA W. WILKES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:10-cv-01160 (CMH-TRJ) |
| | ) | |
| **EXPERIAN INFORMATION SOLUTIONS, INC., et al.,** | ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF HEARING

Please take notice that on Friday, March 11, 2011, at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendant GMAC Mortgage LLC, will bring on for hearing its Motion to Set Aside Entry of Default and for Enlargement of Time to File a Responsive Pleading (ECF 42 and 43).


Dated:  February 18, 2011              Respectfully Submitted,

                                       **GMAC MORTGAGE LLC**

                                       By:     /s/ John C. Lynch
                                                   Of Counsel

John C. Lynch (VSB No. 39267)
Elizabeth S. Flowers (VSB No. 78487)
*Counsel for Defendant GMAC Mortgage LLC*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-1597
E-mail: john.lynch@troutmansanders.com
E-mail: liz.flowers@troutmansanders.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of February, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send a true and correct copy of the foregoing to the following counsel of record:

**Counsel for Plaintiff**
John C. Bazaz, Esq.
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, 2nd Floor
Fairfax, Virginia 22030
E-mail: jbazaz@siplfirm.com

Leonard Anthony Bennett
Consumer Litigation Assoc PC
12515 Warwick Blvd., Suite 1000
Newport News, Virginia 23606
E-mail: lenbennett@cox.net

Matthew James Erausquin
Consumer Litigation Assoc PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
E-mail: matt@clalegal.com

**Counsel for Defendant Experian Information Solutions, Inc.**
David N. Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
P.O. Box 1122
Richmond, Virginia 23218-1122
E-mail: david.anthony@troutmansanders.com

**Counsel for Defendant Nationstar Mortgage, LLC**
Jason Hamlin
Glasser & Glasser PLC
580 E Main St., Suite 600
Norfolk, Virginia 23510
E-mail: jhamlin@glasserlaw.com

**Counsel for Defendant Trans Union, LLC**
Grant Edward Kronenberg
Morris & Morris PC
700 East Main Street, Suite 1100
P.O. Box 30
Richmond, Virginia 23218
E-mail: gkronenberg@morrismorris.com

    /s/ John C. Lynch
John C. Lynch (VSB No. 39267)
*Counsel for Defendant GMAC Mortgage LLC*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

413845v1