IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALISHA W. WILKES, | : |
| | : |
| **Plaintiff** | : |
| v. | :  CIVIL NO. 1:10cv1160 |
| | : |
| EXPERIAN INFORMATION SOLUTIONS, INC., | : |
| et al. | : |
| **Defendants.** | : |

## NOTICE OF HEARING ON PLAINTIFF'S MOTION TO CLARIFY COURT'S ORDER OF FEBRUARY 2, 2011 (DOCKET # 32)

PLEASE TAKE NOTICE that on the 3rd day of June 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff, Alisha Wilkes, by and through her counsel, will move this Court for Clarification of the Court's Order of February 2, 2011.

Alisha Wilkes certifies, pursuant to Local Civil Rule 7(E), that on May 27, 2011, her counsel conferred with counsel for Defendant, GMAC via electronic transmission in an effort to narrow the issues presented by this Motion.

Respectfully Submitted,
ALISHA WILKES,

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 27th day of May, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John C. Lynch
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
757-687-7765
Fax: 757-687-1504
Email: john.lynch@troutmansanders.com

Elizabeth Spain Flowers
Troutman Sanders LLP
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
(757) 687-7500
Fax: (757) 687-1546
Email: liz.flowers@troutmansanders.com

Ethan G. Ostroff
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
(757) 687-7541
Fax: (757) 687-1541
Email: ethan.ostroff@troutmansanders.com

Brian Nelson Casey
Taylor & Walker PC
555 Main St
PO Box 3490
Norfolk, VA 23514-3490
(757) 625-7300
bcasey@taylorwalkerlaw.com

        /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net