IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALISHA W. WILKES,<br>　　　　　　　Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., et al.,<br>　　　　　　　Defendants. | Civil No. 1:10-cv-01160 (CMH-TRJ) |

**AMENDED NOTICE OF RULE 30(b)(1) DEPOSITION**

PLEASE TAKE NOTICE the Plaintiff, ALISHA W. WILKES, by counsel, will take the deposition of the GMAC Mortgage, LLC employee(s) that received the ACDV disputes from Experian, Equifax or Trans Union concerning Ms. Wilkes' disputes on or about March 25, 2010, May 24, 2010 and July 14, 2010 by oral questions and video deposition, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, on April 25, 2011 at 1:00 p.m. CDT, and continuing until completed, in the offices of GMAC Mortgage, LLC located at 3451 Hammond Avenue, Waterloo, IA 50702-5300. The deposition will be taken before a Notary Public or some other person duly qualified to administer an oath. The deposition will be taken for the purposes of discovery, for use as evidence at trial, and any other purpose permissible pursuant to the Federal Rules of Civil Procedure including, but not limited to, the use of such deposition in lieu of live testimony at trial.

Exhibit A

ALISHA W. WILKES

By: _____
Counsel

John C. Bazaz, Esq., VSB #70796
Counsel for Ms. Wilkes
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Telephone: 703-272-8455
Facsimile: 703-596-4555
jbazaz@bazazlaw.com

<u>Certificate of Service</u>

I certify that on the April 18, 2011 the foregoing was e-mailed to:

Leonard Anthony Bennett, VSB #37523
Consumer Litigation Assoc PC
12515 Warwick Blvd, Suite 100
Newport News, VA 23606
757-930-3660
Fax: 757-930-3662
Email: lenbennett@cox.net
Counsel for Ms. Wilkes

John C. Lynch, Esq., VSB #39267
Ethan G. Ostroff, Esq., VSB #71610
Troutman Sanders LLP
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
757-687-7765
Fax: 757-687-1504
Email: john.lynch@troutmansanders.com
GMAC Mortgage, LLC

Jason Hamlin, Esq., VSB #46931
Glasser & Glasser PLC
580 E Main St., Suite 600
Norfolk, VA 23510
(757) 625-6787
Fax: (757) 625-5959
Email: jhamlin@glasserlaw.com
Nationstar Mortgage, LLC

Matthew James Erausquin, VSB #65434
Consumer Litigation Associates PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
703-273-6080
Fax: 888-892-3512
Email: matt@clalegal.com
Counsel for Ms. Wilkes

Brian Nelson Casey, Esq., VSB #26710
Taylor & Walker PC
555 Main St
PO Box 3490
Norfolk, VA 23514-3490
(757) 625-7300
Email: bcasey@taylorwalkerlaw.com
America Funding, Inc.

_____
John C. Bazaz, Esq., VSB #70796
Counsel for Ms. Wilkes
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Telephone: 703-272-8455
Facsimile: 703-596-4555
jbazaz@bazazlaw.com

3