```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA

    ALISHA W. WILKES,              )
                                   )
             Plaintiff,            )  NO. 1:10-cv-00160
                                   )  (CMH-TRJ)
    -vs-                           )
                                   )
    GMAC MORTGAGE, LLC, et al.,    )
                                   )  DEPOSITION OF
             Defendants.           )  LORI AGUIAR
```

The deposition of MS. LORI AGUIAR called as a witness by the plaintiff in the above-entitled action, pursuant to notice and taken before Brenda L. Bodensteiner Klenk, Certified Shorthand Reporter, Registered Professional Reporter, and Notary Public, at GMAC Mortgage, LLC, 3451 Hammond Avenue, Waterloo, Iowa, on April 25, 2011, at 12:10 p.m.

APPEARANCES:

        CONSUMER LITIGATION ASSOCIATES, PC
        By ATTORNEY LEONARD A. BENNETT
        12515 Warwick Boulevard, Suite 1000
        Newport News, Virginia  23606
        Lenbennett@cox.net

        and

        LAW OFFICES OF JOHN BAZAZ, PLC
        By ATTORNEY JOHN BAZAZ
        4000 Legato Road, Suite 1100
        Fairfax, Virginia  22033
        Jbazaz@bazazlaw.com
            appeared telephonically on behalf of the
            plaintiff;

Exhibit B

Case 1:10-cv-01160-CMH -TRJ   Document 62-2   Filed 05/27/11   Page 2 of 4

```
 1   APPEARANCES (Continued):
 2
                 TROUTMAN SANDERS LLP
 3               By ATTORNEY JOHN C. LYNCH
                 222 Central Park Avenue, Suite 2000
 4               Virginia Beach, Virginia  23462
                 757.687.7765
 5               John.lynch@troutmansanders.com
 6                   appeared on behalf of GMAC Mortgage, LLC,
                     defendant;
 7
 8               TAYLOR & WALKER, PC
                 By ATTORNEY BRIAN NELSON CASEY
 9               555 Main Street
                 P.O. Box 3490
10               Norfolk, Virginia  23514-3490
                 757.625.7300
11               Bcasey@taylorwalkerlaw.com
12                   appeared telephonically on behalf of
                     America Funding, Inc., defendant;
13
14               GLASSER & GLASSER, PLC
                 By ATTORNEY JASON HAMLIN
15               580 East Main Street, Suite 600
                 Norfolk, Virginia  23510-3490
16               Jhamlin@glasserlaw.com.com
17                   appeared telephonically on behalf of
                     Nationstar Mortgage, LLC, defendant;
18
19               MORRIS & MORRIS, PC
                 By ATTORNEY GRANT EDWARD KRONENBERG
20               700 East Main Street, Suite 1100
                 P.O. Box 30
21               Richmond, Virginia  23218-3490
                 Gkronenberg@morrismorris.com.com
22
                     appeared telephonically on behalf of
23                   Trans Union, LLC, defendant.
24   VIDEOGRAPHER:
25               David Seuferer, Video Specialists LLC
```

Page 2

Maxene Weinberg Agency
(800) 640-1949

```
 1                         I N D E X

 2              EXAMINATION OF:   LORI AGUIAR

 3

 4    By Mr. Bennett ........................................     4

 5

 6

 7

 8                        E X H I B I T S

 9

10    Exhibit 1    Policies & Procedures Manual excerpt          4

11    Exhibit 2    ACDVs Bates Nos. GMAC/AW257-GMAC/AW266        4

12    Exhibit 3    2008 Credit Reporting Resource Guide          4

13    Exhibit 4    Bates No. EXP-Wilkes 000092                   4

14    Exhibit 5    Bates Nos. TU 321 TU 321A, and TU 322         4

15

16

17

18

19

20

21

22

23    Signature Page ........................................    84

24    Reporter Certificate ..................................    85

25
```

```
 1              (Exhibits 1 through 5 marked for identification.)
 2              THE VIDEOGRAPHER:  Today's date is April 25, 2011.
 3    We're in Waterloo, Iowa, at 3451 Hammond Avenue.  The time's
 4    approximately 12:10 p.m.  This is the deposition of Lori
 5    Aguiar.
 6              Will the court reporter administer the oath to
 7    the witness.
 8              (Witness sworn.)
 9              THE VIDEOGRAPHER:  You may proceed.
10              MR. LYNCH:  Thank you.
11              Good afternoon.  My name is Leonard Bennett,
12    and I represent Ms. Wilkes, the plaintiff in this Virginia
13    lawsuit.  To set the layout, this is a telephonic deposition
14    taken of GMAC Mortgage, LLC, employee in Iowa where she
15    works.  And the video camera and the court reporter are
16    present.
17                         LORI AGUIAR,
18    having been first duly sworn, was examined and testified as
19    follows:
20                         EXAMINATION
21                       BY MR. BENNETT:
22       Q.   Ma'am, could you please, again, state your name for
23    the record.
24       A.   My name is Lori Aguiar.
25       Q.   And you work for GMAC Mortgage, LLC?
```

Page 4