```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA

ALISHA W. WILKES,                )
                                 )
          Plaintiff,             )  NO. 1:10-cv-00160
                                 )  (CMH-TRJ)
-vs-                             )
                                 )
GMAC MORTGAGE, LLC, et al.,      )  VIDEOTAPED
                                 )  DEPOSITION OF
          Defendants.            )  ALLISON HIGGINS
```

   The videotaped deposition of MS. ALLISON HIGGINS called as a witness by the plaintiff in the above-entitled action, pursuant to notice and taken before Brenda L. Bodensteiner Klenk, Certified Shorthand Reporter, Registered Professional Reporter, and Notary Public, at GMAC Mortgage, LLC, 3451 Hammond Avenue, Waterloo, Iowa, on April 25, 2011, at 2:50 p.m.

APPEARANCES:

            CONSUMER LITIGATION ASSOCIATES, PC
            By ATTORNEY LEONARD A. BENNETT
            12515 Warwick Boulevard, Suite 1000
            Newport News, Virginia  23606
            Lenbennett@cox.net

        and

            LAW OFFICES OF JOHN BAZAZ, PLC
            By ATTORNEY JOHN BAZAZ
            4000 Legato Road, Suite 1100
            Fairfax, Virginia  22033
            Jbazaz@bazazlaw.com

                appeared telephonically on behalf of the
                plaintiff;

Page 1

Exhibit C

```
 1    APPEARANCES (Continued):
 2
                      TROUTMAN SANDERS LLP
 3                    By ATTORNEY JOHN C. LYNCH
                      222 Central Park Avenue, Suite 2000
 4                    Virginia Beach, Virginia  23462
                      757.687.7765
 5                    John.lynch@troutmansanders.com
 6                        appeared on behalf of GMAC Mortgage, LLC,
                          defendant;
 7
 8                    TAYLOR & WALKER, PC
                      By ATTORNEY BRIAN NELSON CASEY
 9                    555 Main Street
                      P.O. Box 3490
10                    Norfolk, Virginia  23514-3490
                      757.625.7300
11                    Bcasey@taylorwalkerlaw.com
12                        appeared telephonically on behalf of
                          America Funding, Inc., defendant;
13
14                    GLASSER & GLASSER, PLC
                      By ATTORNEY JASON HAMLIN
15                    580 East Main Street, Suite 600
                      Norfolk, Virginia  23510-3490
16                    Jhamlin@glasserlaw.com.com
17                        appeared telephonically on behalf of
                          Nationstar Mortgage, LLC, defendant;
18
19                    MORRIS & MORRIS, PC
                      By ATTORNEY GRANT EDWARD KRONENBERG
20                    700 East Main Street, Suite 1100
                      P.O. Box 30
21                    Richmond, Virginia  23218-3490
                      Gkronenberg@morrismorris.com.com
22
                          appeared telephonically on behalf of
23                        Trans Union, LLC, defendant.
24    VIDEOGRAPHER:
25                    David Seuferer, Video Specialists LLC
```

Page 2

```
 1                    I N D E X

 2           EXAMINATION OF:  ALLISON HIGGINS

 3

 4   By Mr. Bennett ....................................    4

 5

 6

 7

 8                    E X H I B I T S

 9

10             (No exhibits marked.)

11

12

13

14

15

16

17

18

19

20

21

22

23   Signature Page ....................................   19

24   Reporter Certificate ..............................   20

25
                                                       Page 3
```

```
 1            THE VIDEOGRAPHER:  Today's date is April 25, 2011.
 2    We're in Waterloo, Iowa, at 3451 Harmond (sic) Avenue.  The
 3    time is approximately 2:50 p.m.  This is the deposition of
 4    Allison Higgins.
 5            Will the court reporter administer the oath to the
 6    witness.
 7                       ALLISON HIGGINS,
 8    having been first duly sworn, was examined and testified as
 9    follows:
10                          EXAMINATION
11                        BY MR. BENNETT:
12        Q.  Ma'am, my name is Leonard Bennett.  Obviously we
13    haven't met before.  You're in Iowa.  I'm in Virginia on the
14    telephone, and we are taking this deposition by videotape.
15            Have you ever had your deposition taken before?
16        A.  No.
17        Q.  You work for GMAC Mortgage, LLC; is that correct?
18        A.  That's correct.
19        Q.  And you have been employed with GMAC for
20    approximately five years?
21        A.  That's correct.
22        Q.  How old are you, ma'am?
23        A.  I'm 27.
24        Q.  Do you have any college education?
25        A.  Yes, I do.
```

Page 4