IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| ALISHA W. WILKES, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 1:10-cv-01160 (CMH-TRJ) |
| | ) | |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC., et al., | ) | |
| Defendants. | ) | |
| | ) | |

## AMENDED NOTICE OF RULE 30(b)(1) DEPOSITION

PLEASE TAKE NOTICE the Plaintiff, ALISHA W. WILKES, by counsel, will take the

deposition of **Robert Chasteen** of America Funding, Inc., by oral questions and video deposition,

pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, on May 2, 2011 at 10:00 a.m.,

and continuing until completed, in the Law Offices of John C. Bazaz, PLC located at 4000 Legato

Road, Suite 1100, Fairfax, VA 22033.  The deposition will be taken before a Notary Public or

some other person duly qualified to administer an oath.  The deposition will be taken for the

purposes of discovery, for use as evidence at trial, and any other purpose permissible pursuant to

the Federal Rules of Civil Procedure including, but not limited to, the use of such deposition in lieu

of live testimony at trial.

Exhibit F

ALISHA W. WILKES

By: _____

Counsel

John C. Bazaz, Esq., VSB #70796
Counsel for Ms. Wilkes
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Telephone: 703-272-8455
Facsimile: 703-596-4555
jbazaz@bazazlaw.com

Certificate of Service

I certify that on the April 18, 2011 the foregoing was e-mailed to:

Leonard Anthony Bennett, VSB #37523
Consumer Litigation Assoc PC
12515 Warwick Blvd, Suite 100
Newport News, VA 23606
757-930-3660
Fax: 757-930-3662
Email: lenbennett@cox.net
Counsel for Ms. Wilkes

Matthew James Erausquin, VSB #65434
Consumer Litigation Associates PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
703-273-6080
Fax: 888-892-3512
Email: matt@clalegal.com
Counsel for Ms. Wilkes

John C. Lynch, Esq., VSB #39267
Ethan G. Ostroff, Esq., VSB #71610
Troutman Sanders LLP
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
757-687-7765
Fax: 757-687-1504
Email: john.lynch@troutmansanders.com
GMAC Mortgage, LLC

Brian Nelson Casey, Esq., VSB #26710
Taylor & Walker PC
555 Main St
PO Box 3490
Norfolk, VA 23514-3490
(757) 625-7300
Email: bcasey@taylorwalkerlaw.com
America Funding, Inc.

Jason Hamlin, Esq., VSB #46931
Glasser & Glasser PLC
580 E Main St., Suite 600
Norfolk, VA 23510
(757) 625-6787
Fax: (757) 625-5959
Email: jhamlin@glasserlaw.com
Nationstar Mortgage, LLC

John C. Bazaz, Esq., VSB #70796
Counsel for Ms. Wilkes
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Telephone: 703-272-8455
Facsimile: 703-596-4555
jbazaz@bazazlaw.com

3

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| ALISHA W. WILKES,<br>               Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., et al.,<br>               Defendants. | Civil No. 1:10-cv-01160 (CMH-TRJ) |

## NOTICE OF RULE 30(b)(1) DEPOSITION

PLEASE TAKE NOTICE the Plaintiff, ALISHA W. WILKES, by counsel, will take the

deposition of **Robert Chasteen** of America Funding, Inc., by oral questions and video deposition,

pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, on April 28, 2011 at 2:00 p.m.,

and continuing until completed, in the Law Offices of John C. Bazaz, PLC located at 4000 Legato

Road, Suite 1100, Fairfax, VA 22033. The deposition will be taken before a Notary Public or

some other person duly qualified to administer an oath. The deposition will be taken for the

purposes of discovery, for use as evidence at trial, and any other purpose permissible pursuant to

the Federal Rules of Civil Procedure including, but not limited to, the use of such deposition in lieu

of live testimony at trial.

ALISHA W. WILKES

By: _____
                              Counsel

John C. Bazaz, Esq., VSB #70796
Counsel for Ms. Wilkes
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Telephone: 703-272-8455
Facsimile: 703-596-4555
jbazaz@bazazlaw.com

2

## Certificate of Service

I certify that on the April 8, 2011 the foregoing was e-mailed to:

Leonard Anthony Bennett, VSB #37523
Consumer Litigation Assoc PC
12515 Warwick Blvd, Suite 100
Newport News, VA 23606
757-930-3660
Fax: 757-930-3662
Email: lenbennett@cox.net
Counsel for Ms. Wilkes

Matthew James Erausquin, VSB #65434
Consumer Litigation Associates PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
703-273-6080
Fax: 888-892-3512
Email: matt@clalegal.com
Counsel for Ms. Wilkes

John C. Lynch, Esq., VSB #39267
Ethan G. Ostroff, Esq., VSB #71610
Troutman Sanders LLP
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
757-687-7765
Fax: 757-687-1504
Email: john.lynch@troutmansanders.com
GMAC Mortgage, LLC

Brian Nelson Casey, Esq., VSB #26710
Taylor & Walker PC
555 Main St
PO Box 3490
Norfolk, VA 23514-3490
(757) 625-7300
Email: bcasey@taylorwalkerlaw.com
America Funding, Inc.

Jason Hamlin, Esq., VSB #46931
Glasser & Glasser PLC
580 E Main St., Suite 600
Norfolk, VA 23510
(757) 625-6787
Fax: (757) 625-5959
Email: jhamlin@glasserlaw.com
Nationstar Mortgage, LLC

John C. Bazaz, Esq., VSB #70796
Counsel for Ms. Wilkes
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Telephone: 703-272-8455
Facsimile: 703-596-4555
jbazaz@bazazlaw.com

3