**Derby, Erin Rigney**

| | |
|---|---|
| **From:** | Leonard Bennett [lenbennett@clalegal.com] |
| **Sent:** | Tuesday, May 03, 2011 1:32 PM |
| **To:** | Patrick, Danyel M. |
| **Cc:** | 'jbazaz@bazazlaw.com'; Matt Erausquin; 'bcasey@taylorwalkerlaw.com'; Lynch, John C.; Ostroff, Ethan G. |
| **Subject:** | Re: Letter from John Lynch |

Counsel:

The Order is 5 non-party deps.  We have not taken any non-party deps.

Further, we have only taken 2 of 5 deps as to GMAC and 2 of the 5 for the co-defendant.  (Its not 5 total, as you certainly know).

I also think it a dangerous position for you to take to seek advantage from your failure to properly disclose witnesses - by timing and substance.   We are taking the various depositions because you have not otherwise disclosed them in time for us to do alternate discovery, or with sufficient discovery compliance for us to more carefully target specific witnesses.

Regardless, given your position, we are canceling the May 13 dep of the no-knowledge "GMAC representative" and instead will use that date for a hearing on our several discovery motions to be filed this week.

Len Bennett


On May 3, 2011, at 1:00 PM, Patrick, Danyel M. wrote:


Mr. Bazaz and Mr. Bennett:

Attached is a letter from Mr. Lynch regarding the GMAC/Wilkes matter.  Thank you.

**Danyel M. Patrick**
Legal Secretary
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Phone: 757-687-7545
Fax: 757-687-7510
www.troutmansanders.com

---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

Exhibit G

This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.

<Letter to John Bazaz and Leonard Bennett.pdf>