**Derby, Erin Rigney**

| | |
|---|---|
| **From:** | John C. Bazaz [jbazaz@bazazlaw.com] |
| **Sent:** | Wednesday, May 04, 2011 9:21 AM |
| **To:** | Ostroff, Ethan G.; 'Leonard Bennett'; Lynch, John C. |
| **Cc:** | 'Brian N. Casey'; Flowers, Elizabeth S.; 'Matt Erausquin'; 'Vicki Ward'; 'Miguel Eaton'; 'Thornthwaite, Martin' |
| **Subject:** | Wilkes v. Experian et al. - Pending Depositions |
| **Attachments:** | John C  Bazaz3.vcf |

Colleagues:

We must set deposition locations and dates (you may file motions as you like). Please see the below list.  I shall assume these dates and times are agreeable unless I hear otherwise by the close of business this Thursday.

**May 11, 2011:**

Ms. Alisha Wilkes – My office (Northern VA) at 11:00 a.m. EST

**May 13, 2011:**

Peter Knapp – Troutman Sanders (VA Beach) at 1:00 p.m. EST

Juan Aguirre – Troutman Sanders (VA Beach)  at 3:00 p.m. EST

**May 16, 2011:**

Quicken Loans – Law Office (Southfield, MI) at 10:00 a.m. EST

**May 17, 2011:**

Scott Weible – **TBD** (Northern VA) at 1:00 p.m. EST.

Victoria Hammonds – **TBD** (Northern VA)  at 3:00 p.m. EST.

**May 18, 2011:**

Precision Funding – Law Office (Philadelphia, PA) at 10:00 a.m. EST

**May 24, 2011:**

Trans Union Custodian of Records **TBD,** (Fullerton, CA) at 1:00 pm EST

**May 30, 2011:**

Experian Custodian of Records – Jones Day Office (Dallas, TX) at 1:00 pm EST

**June 1, 2011:**

Elaine Price – **TBD** (West VA) at 1:00 p.m. EST.

**June 3, 2011:**

Exhibit I

Tentative Mediation Date

**June 6, 2011:**

Amy Fleitas – GMAC (Waterloo, IA) at 1:00 p.m. EST

Lynn Manning – GMAC (Waterloo, IA) at 3:00 p.m. EST

**June 7, 2011:**

Nancy Durey – Troutman Sanders (VA Beach) at 1:00 p.m. EST

Joseph Yamall - Troutman Sanders (VA Beach) at 3:00 p.m. EST

Contact me if you have any questions.

Thanks.

John

**John C. Bazaz**
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Telephone: (703) 272-8455
Facsimile:  (703) 596-4555
jbazaz@bazazlaw.com

Please do not read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee.  If you have received this communication in error, please call me at 703-272-8455 or e-mail me immediately.  Thank you.

**From:** John C. Bazaz [mailto:jbazaz@bazazlaw.com]
**Sent:** Tuesday, May 03, 2011 10:39 PM
**To:** 'Ostroff, Ethan G.'; 'Leonard Bennett'; 'Lynch, John C.'
**Cc:** 'Brian N. Casey'; 'Flowers, Elizabeth S.'; 'Matt Erausquin'; 'Vicki Ward'
**Subject:** RE: Wilkes v. Experian et al. - Ms. Wilkes' Answers to GMAC's Discovery Requests

Here are the remaining documents.

**John C. Bazaz**
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Telephone: (703) 272-8455
Facsimile:  (703) 596-4555
jbazaz@bazazlaw.com

Please do not read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee.  If you have received this communication in error, please call me at 703-272-8455 or e-mail me immediately.  Thank you.

**From:** John C. Bazaz [mailto:jbazaz@bazazlaw.com]
**Sent:** Tuesday, May 03, 2011 10:36 PM
**To:** 'Ostroff, Ethan G.'; 'Leonard Bennett'; 'Lynch, John C.'
**Cc:** 'Brian N. Casey'; 'Flowers, Elizabeth S.'; 'Matt Erausquin'; 'Vicki Ward'
**Subject:** Wilkes v. Experian et al. - Ms. Wilkes' Answers to GMAC's Discovery Requests

Colleagues:

Please find and review Ms. Wilkes' Answers to GMAC's Interrogatories and Ms. Wilkes' Response to GMAC's Request for Production of Documents.

The responsive documents have been attached to this email and another email to follow.  There are a total of ten attachments including the interrogatory pleading and the RPD pleading.

Also, please see the documents that have already been produced to America Funding.  The bates numbering on these documents coincide with the documents already produced to America Funding.

Contact me if you have any questions or concerns.

Very truly yours,

John

**John C. Bazaz**
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Telephone: (703) 272-8455
Facsimile:  (703) 596-4555
jbazaz@bazazlaw.com

Please do not read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee.  If you have received this communication in error, please call me at 703-272-8455 or e-mail me immediately.  Thank you.