## Derby, Erin Rigney

| | |
|---|---|
| **From:** | John C. Bazaz [jbazaz@bazazlaw.com] |
| **Sent:** | Tuesday, May 10, 2011 8:55 PM |
| **To:** | Ostroff, Ethan G.; Lynch, John C.; 'Leonard Bennett' |
| **Cc:** | 'Brian N. Casey'; Flowers, Elizabeth S.; 'Matt Erausquin'; 'Vicki Ward'; 'Miguel Eaton'; 'Thornthwaite, Martin' |
| **Subject:** | Wilkes v. Experian et al. - Subpoenas to Trans Union and Experian; Notice of Deposition Amy Fleitas |
| **Attachments:** | 2011-5-10 - Notice of 30(b)(1) Deposition to AMY FLEITAS.pdf; 2011-5-10 - SDT to Experian.pdf; 2011-5-10 - SDT to Trans Union, LLC.pdf; 2011-5-10 - Witness Subpoena to Experian and Notice of Deposition.pdf; 2011-5-10 - Witness Subpoena to Trans Union and Notice of Deposition.pdf |

Colleagues:

Please find and review the following documents:

1. Notice of 30(b)(1) Deposition to Amy Fleitas
2. SDT to Experian
3. Witness Subpoena to Experian and Notice of Deposition
4. SDT to Trans Union
5. Witness Subpoena to Trans Union and Notice of Deposition

Hopefully, we will be able to stipulate to the admissibility of the documents produced by Trans Union and Experian (as discussed).

I do not know if John Lynch and Len had their meet and confer today about depositions. So please forgive me if these matters have been resolved. I still want to depose the following people:

- Lynn Manning

- Nancy Durey

- Joseph Yamall

- Peter Knapp

Please provide the location, date and time in which these people will be made available. Otherwise, I will be forced to notice them at a location, date and time convenient to Plaintiff's counsel.

Contact me if you have any questions or concerns.

Very truly yours,

John

Exhibit K

John C. Bazaz
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Telephone: (703) 272-8455
Facsimile:  (703) 596-4555
jbazaz@bazazlaw.com

Please do not read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee.  If you have received this communication in error, please call me at 703-272-8455 or e-mail me immediately.  Thank you.

---

**From:** Lynch, John C.
**Sent:** Thursday, May 05, 2011 6:52 PM
**To:** John C. Bazaz; Ostroff, Ethan G.; 'Leonard Bennett'
**Cc:** 'Brian N. Casey'; Flowers, Elizabeth S.; 'Matt Erausquin'; 'Vicki Ward'; 'Miguel Eaton'; 'Thornthwaite, Martin'
**Subject:** RE: Wilkes v. Experian et al. - Pending Depositions

Hi John,

Per our previous emails, the court's order states you can take 5 non-party non-expert depositions without leave of court. We believe that 5 non-party depositions have already occurred (2 gmac employees and 3 american funding employees).  We realize your side disagrees.

Nonetheless, in the spirit of compromise, cooperation, and to avoid burdening the court with this issue, we are willing by agreement to allow plaintiff to take two more non-party depositions of Peter Knapp and Amy Fleitas. Our proposal is conditioned on there being no more depositions of GMAC.

Please see below regarding dates/times/locations.

Thank you.

John

---

**From:** John C. Bazaz [mailto:jbazaz@bazazlaw.com]
**Sent:** Wednesday, May 04, 2011 9:21 AM
**To:** Ostroff, Ethan G.; 'Leonard Bennett'; Lynch, John C.
**Cc:** 'Brian N. Casey'; Flowers, Elizabeth S.; 'Matt Erausquin'; 'Vicki Ward'; 'Miguel Eaton'; 'Thornthwaite, Martin'
**Subject:** Wilkes v. Experian et al. - Pending Depositions

Colleagues:

We must set deposition locations and dates (you may file motions as you like). Please see the below list.  I shall assume these dates and times are agreeable unless I hear otherwise by the close of business this Thursday.

**May 11, 2011:**

Ms. Alisha Wilkes – My office (Northern VA) at 11:00 a.m. EST AGREEABLE

**May 13, 2011:**

Peter Knapp – Troutman Sanders (VA Beach) at 1:00 p.m. EST AGREEABLE BUT DEPOSITION WOULD START AT 10:00am in our firm's DC office. We need to know asap if you intend to proceed with this deposition. Peter Knapp is our corp. representative and if you will get us the topics by tomorrow this could be a Rule 30(b)(6) deposition. As we have advised Mr. Knapp's schedule is very full and we moved things around and made arrangements for him to come to DC/Va for this deposition. If you do not go forward, it will not be easy to reschedule.

Juan Aguirre – Troutman Sanders (VA Beach)  at 3:00 p.m. EST NOT AGREEABLE

**May 16, 2011:**

Quicken Loans – Law Office (Southfield, MI) at 10:00 a.m. EST AGREEABLE

**May 17, 2011:**

Scott Weible – **TBD** (Northern VA) at 1:00 p.m. EST.  WE WILL CHECK ON WITH WITNESS AND REPORT BACK

Victoria Hammonds – **TBD** (Northern VA)  at 3:00 p.m. EST. WE WILL CHECK ON WITH WITNESS AND REPORT BACK

**May 18, 2011:**

Precision Funding – Law Office (Philadelphia, PA) at 10:00 a.m. EST  WE NEED TO PICK ANOTHER DATE. NEITHER ETHAN NOT I ARE AVAILABLE

**May 24, 2011:**

Trans Union Custodian of Records **TBD,** (Fullerton, CA) at 1:00 pm EST AGREEABLE

**May 30, 2011:**

Experian Custodian of Records – Jones Day Office (Dallas, TX) at 1:00 pm EST AGREEABLE

**June 1, 2011:**

Elaine Price – **TBD** (West VA) at 1:00 p.m. EST.  WE WILL CHECK ON THIS DATE AND GET BACK WITH YOU

**June 3, 2011:**

Tentative Mediation Date AGREEABLE. NEED TO HAVE MEDIATION IN OUR FIRM's DC OFFICE

**June 6, 2011:**

Amy Fleitas – GMAC (Waterloo, IA) at 1:00 p.m. EST AGREEABLE

Lynn Manning – GMAC (Waterloo, IA) at 3:00 p.m. EST NOT AGREEABLE

**June 7, 2011:**

Nancy Durey – Troutman Sanders (VA Beach) at 1:00 p.m. EST NOT AGREEABLE

Joseph Yamall - Troutman Sanders (VA Beach) at 3:00 p.m. EST NOT AGREEABLE

Contact me if you have any questions.

Thanks.

John

**John C. Bazaz**
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Telephone: (703) 272-8455
Facsimile:  (703) 596-4555
jbazaz@bazazlaw.com

Please do not read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee.  If you have received this communication in error, please call me at 703-272-8455 or e-mail me immediately.  Thank you.

---

**From:** John C. Bazaz [mailto:jbazaz@bazazlaw.com]
**Sent:** Tuesday, May 03, 2011 10:39 PM
**To:** 'Ostroff, Ethan G.'; 'Leonard Bennett'; 'Lynch, John C.'
**Cc:** 'Brian N. Casey'; 'Flowers, Elizabeth S.'; 'Matt Erausquin'; 'Vicki Ward'
**Subject:** RE: Wilkes v. Experian et al. - Ms. Wilkes' Answers to GMAC's Discovery Requests

Here are the remaining documents.

**John C. Bazaz**
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Telephone: (703) 272-8455
Facsimile:  (703) 596-4555
jbazaz@bazazlaw.com

Please do not read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee.  If you have received this communication in error, please call me at 703-272-8455 or e-mail me immediately.  Thank you.

---

**From:** John C. Bazaz [mailto:jbazaz@bazazlaw.com]
**Sent:** Tuesday, May 03, 2011 10:36 PM
**To:** 'Ostroff, Ethan G.'; 'Leonard Bennett'; 'Lynch, John C.'
**Cc:** 'Brian N. Casey'; 'Flowers, Elizabeth S.'; 'Matt Erausquin'; 'Vicki Ward'
**Subject:** Wilkes v. Experian et al. - Ms. Wilkes' Answers to GMAC's Discovery Requests

Colleagues:

Please find and review Ms. Wilkes' Answers to GMAC's Interrogatories and Ms. Wilkes' Response to GMAC's Request for Production of Documents.

The responsive documents have been attached to this email and another email to follow.  There are a total of ten attachments including the interrogatory pleading and the RPD pleading.

Also, please see the documents that have already been produced to America Funding.  The bates numbering on these documents coincide with the documents already produced to America Funding.

Contact me if you have any questions or concerns.

Very truly yours,

John

**John C. Bazaz**
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Telephone: (703) 272-8455
Facsimile:  (703) 596-4555
jbazaz@bazazlaw.com

Please do not read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee.  If you have received this communication in error, please call me at 703-272-8455 or e-mail me immediately.  Thank you.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.