IN THE UNITED STATES DISTRICT COURT FOR
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISHA W. WILKES,<br>                  Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., et al.,<br>                  Defendants. | Civil No. 1:10-cv-01160 ( H-TRJ)<br>Eastern District of Virgini<br>Alexandria Division |

## NOTICE OF DEPOSITION

TAKE NOTICE that on the 24th day of May at 1:00 p.m. PDT, or as sc thereafter as feasible, at the offices of Trans Union, LLC located at 1561 East Orangethorpe enue, Fullerton, CA 92831-5210 before a duly authorized Notary Public, we shall proceed to ta he video deposition of a corporate designate of Trans Union, LLC. Pursuant to F.R.C.P (b)(6) the Plaintiff identifies the following on which examination is requested:

    1. Trans Union, LLC's knowledge and explanation of the terminal lits (credit score provided) for inquires and Consumer Disclosures from January 1, 2008 to the p ent regarding Alisha W. Wilkes, SSN: ~~3554, DOB: January 8, 1977, Address: 1575 I erburg St,~~

    2. Trans Union, LLC's knowledge and explanation of any and all ~~, )V's regarding the disputed GMAC loan account from January 1, 2008 to the present regardin lisha W. Wilkes,~~

    3. Trans Union, LLC's knowledge of any and all communications 1 regard to GMAC Mortgage, LLC regarding the disputed tradeline.

    4. Trans Union, LLC's knowledge and explanation of the GMAC 1 tgage LLC subscriber agreement and the E-Oscar report card for GMAC Mortgage, LLC.

    5. Trans Union, LLC's knowledge of any information contained in y documents that it will produce in connection with a subpoena in this case.

    TAKE NOTICE and govern yourself accordingly.

Exhibit R

ALISHA W. WILKES

_____
John C. Bazaz, Esq., VSB #0796
Counsel for Ms. Wilkes
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite
Fairfax, VA 22033
Telephone: 703-272-8455
Facsimile: 703-596-4555
jbazaz@bazazlaw.com

### Certificate of Service

I certify that on the May 10, 2011 the foregoing was e-mailed to:

Leonard Anthony Bennett, VSB #37523
Consumer Litigation Assoc PC
12515 Warwick Blvd, Suite 100
Newport News, VA 23606
757-930-3660
Fax: 757-930-3662
Email: lenbennett@cox.net
Counsel for Ms. Wilkes

Matthew James Erausquin, VSB #65434
Consumer Litigation Assoc PC
1800 Diagonal Road, Suite
Alexandria, VA 22314
703-273-6080
Fax: 888-892-3512
Email: matt@clalegal.com
Counsel for Ms. Wilkes

John C. Lynch, Esq., VSB #39267
Ethan G. Ostroff, Esq., VSB #71610
Troutman Sanders LLP
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
757-687-7765
Fax: 757-687-1504
Email: john.lynch@troutmansanders.com
GMAC Mortgage, LLC

Brian Nelson Casey, Esq., VSB #26710
Taylor & Walker PC
555 Main St
PO Box 3490
Norfolk, VA 23514-3490
(757) 625-7300
Email: bcasey@taylorwalker.com
America Funding, Inc

_____
John C. Bazaz, Esq., VSB #0796
Counsel for Ms. Wilkes
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1
Fairfax, VA 22033
Telephone: 703-272-8455
Facsimile: 703-596-4555
jbazaz@bazazlaw.com

2

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| ALISHA W. WILKES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:10-cv-60 (CMH-TRJ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Eastern District of Virginia ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Trans Union, LLC
c/o Martin E. Thornthwaite, Esq., Strasburger & Price, LLP, 2801 Network Blvd., Suite 6, Frisco, TX 75034

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

See Attached Notice.

| Place: Trans Union, LLC<br>1561 East Orangethorpe Avenue<br>Fullerton, CA 92831-5210 | Date and Time:<br>05/24/2011 00 pm |
|---|---|

The deposition will be recorded by this method:

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 05/10/2011

*CLERK OF COURT*

OR

*Signature of Clerk or Deputy Clerk*          */signature/*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Plaintiff, who issues or requests this subpoena, are:
John C. Bazaz, Esq., Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1100, Fairfax, VA 22033 - jbazaz@bazazlaw.com - 703-272-8455

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:10-cv-01160 (CMH-TRJ)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows:

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers ( ents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by lav   the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a t(  of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: