IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| Alisha W. Wilkes, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10cv1160 (CMH/TRJ) |
| | ) | |
| Experian Information Solutions, Inc. *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

For the reasons stated in a telephone hearing held on June 1, 2011 and in accord with specific rulings made at that time, it is ORDERED that plaintiff's motion to clarify (no. 58) is GRANTED and defendant GMAC Mortgage, LLC's motion to quash (no. 61) is DENIED.

ENTERED this 1st day of June, 2011.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia