**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **ALISHA W. WILKES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil No. 1:10-cv-01160 (CMH-TRJ) |
| | ) | |
| **GMAC MORTGAGE, LLC,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT GMAC MORTGAGE LLC'S MOTION TO CLARIFY COURT'S RULINGS DURING THE TELEPHONIC HEARING ON JUNE 1, 2011, OR ALTERNATIVELY FOR AN EXTENSION OF PRETRIAL DISCLOSURE DEADLINES

Defendant GMAC Mortgage LLC ("GMACM" or "Defendant"), by counsel, hereby submits its Motion to Clarify the Court's rulings during the telephonic hearing that occurred on June 1, 2011, concerning the deadline for the parties to file their Rule 26(a)(3) Pretrial Disclosures ("Pretrial Disclosures") as Defendant understands that the Court permitted the parties to file their Pretrial Disclosures on or before June 23, 2011. Alternatively, as two depositions are occurring on June 17, 2011, Defendant respectfully requests an extension to permit the parties to file their Pretrial Disclosures on or before June 23, 2011.

During the hearing that occurred on June 1, 2011, before the Honorable Thomas Rawles Jones, Jr., counsel for GMAC understood the Court ruled that depositions could occur during the week of June 13 – June 17, 2011. Further, Magistrate Judge Jones granted a one (1) week extension for the parties to file their Pretrial Disclosures, making the Pretrial Disclosures in this case due on or before June 23, 2011 and informed the parties they should advise the Honorable Claude M. Hilton, presiding District Court Judge, of this extension. By agreement, the parties have scheduled two depositions for June 17, 2011.

For the reasons set forth in Defendant's accompanying Memorandum in Support filed simultaneously, Defendant respectfully requests clarification from this Court regarding its rulings during the June 1, 2011 telephone hearing concerning the deadline for the parties to file their Pretrial Disclosures and that the Court find that the parties are permitted to file their Pretrial Disclosures on or before June 23, 2011.  In the alternative, Defendant seeks an extension of the deadline for the parties to file their Pretrial Disclosures to on or before June 23, 2011.

WHEREFORE, Defendant GMAC Mortgage, LLC, by counsel, respectfully requests that the Court enter an Order: (1) granting its Motion; (2) permitting Rule 26(a)(3) Pretrial Disclosures to be filed on or before June 23, 2011; (3) permitting the parties to file their objections to exhibits within 10 days of the filing of each parties' respective list of exhibits to be used at trial; and (4) granting it such further relief as the Court deems appropriate.

Dated:  June 13, 2011                                                       Respectfully Submitted,

                                                                                            **GMAC MORTGAGE LLC**

                                                                                            By:     /s/ John C. Lynch                              
                                                                                                         Of Counsel

John C. Lynch (VSB No. 39267)
Ethan G. Ostroff (VSB No. 71620)
Elizabeth S. Flowers (VSB No. 78487)
*Counsel for Defendant GMAC Mortgage LLC*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-1597
E-mail: john.lynch@troutmansanders.com
E-mail: ethan.ostroff@troutmansanders.com
E-mail: liz.flowers@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff**
John C. Bazaz, Esq.
Law offices of John Bazaz, PLC
4000 Legato Rd., Suite 1100
Fairfax, VA 22033
E-mail: jbazaz@bazazlaw.com

Leonard Anthony Bennett
Consumer Litigation Assoc PC
12515 Warwick Blvd., Suite 1000
Newport News, Virginia 23606
E-mail: lenbennett@cox.net

Matthew James Erausquin
Consumer Litigation Assoc PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
E-mail: matt@clalegal.com

**Counsel for America Funding, Inc.**
Brian Nelson Casey, Esq.
Taylor & Walker PC
555 Main St , PO Box 3490
Norfolk, VA 23514-3490
Email: bcasey@taylorwalkerlaw.com

       /s/ John C. Lynch
John C. Lynch (VSB No. 39267)
*Counsel for Defendant GMAC Mortgage LLC*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

419218v1