IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Alisha W. Wilkes, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>Experian Information Solutions, Inc. )<br>    *et al.*, )<br>)<br>        Defendants. )<br>) | Civil Action No. 1:10cv1160 (CMH/TRJ) |

O R D E R

It is hereby ORDERED as follows:

1. Pretrial disclosures remain due at the final pretrial conference. The parties may amend them not later than June 24, 2011, to add witnesses and exhibits that result from the depositions taken June 13-17, 2011.

2. Deposition designations shall be filed by July 11, 2011.

This order resolves the motion docketed as no. 67.

ENTERED this 14th day of June, 2011.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia