**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

ALISHA W. WILKES

      Plaintiff,

    v.                          Civil Action No. 1:10cv1160 CMH/TRJ

EXPERIAN INFORMATION
SOLUTIONS, INC., ET AL.

      Defendants.

**DEFENDANT GMAC MORTGAGE LLC'S EXHIBIT LIST**

Defendant GMAC Mortgage, LLC ("GMAC"), by counsel, respectfully submits the following for its Exhibit List:

GMAC expects to offer the following documents:

| Trial Exhibit Number | Document Date | Document Description |
|---|---|---|
| 1. | July 14, 2010 | Letter from Trans Union to Plaintiff enclosing copy of credit report (Bates No. 600085-600098) |
| 2. | July 20, 2010 | Letter from Experian to Plaintiff enclosing a copy of credit report (Bates No. 300093-300106) |
| 3. | June 4, 2010 | Letter from Experian to Plaintiff enclosing information on understanding her credit report and attaching a copy of the credit report (Bates No. EXP-Wilkes 181-196) |
| 4. | October 22, 2008 | Letter from Scott Weible to GMAC (Bates No. 400002-400003) |
| 5. | November 7, 2008 | Letter from GMAC to Scott Weible (instruction letter) (Bates No. 400009) |
| 6. | November 7, 2008 | Letter from GMAC to Scott Weible with enclosures of affidavit/paperwork to report ID theft (acknowledgement letter) (Bates No. 400010-400016) |
| 7. | September 13, 2010 | Credit Report from truecreditreport.com (Bates No. 600099-6000107) |
| 8. | November 18, 2008 | Property Custody and Support Settlement Agreement (Bates No. 900001-900018) |
| 9. | May 6, 2011 | Oscar Marquis Expert Report on behalf of GMAC Mortgage, LLC |

| Trial Exhibit Number | Document Date | Document Description |
|---|---|---|
| 10. | June 3, 2011 | Oscar Marquis Rebuttal Expert Report on behalf of GMAC Mortgage, LLC |
| 11. | May 24, 2011 | Transcript of Deposition of Trans Union, LLC, by its corporate representative Steve Reger |
| 12. | January 4, 2010 | Transcript of Deposition of Plaintiff Alisha W. Wilkes |
| 13. | May 11, 2011 | Transcript of Deposition of Plaintiff Alisha W. Wilkes |
| 14. | June 9, 2011 | Transcript of Deposition of Matthew Kingery |
| 15. | June 2, 2011 | Transcript of Deposition of Experian Information Solutions, Inc., by its corporate representative Jason Scott |
| 16. | Undated | Timeline (Exhibit 2 to Deposition of Plaintiff's Expert, Evan D. Hendricks) |
| 17. | October 14, 2008 | Trans Union Credit Report (Bates No. 600001-600011) |
| 18. | May 23, 2009 | ID Theft Affidavit (Bates No. 400022-400028) |
| 19. | November 22, 2008 | Letter from Experian to Plaintiff regarding her claim of ID theft (Bates No. EXP-Wilkes - 93-96) |
| 20. | March 16, 2010 | Letter from Experian to Plaintiff advising her of an "extended fraud victim alert" being added to her account (Bates No. EXP-Wilkes  125-126) |
| 21. | March 16, 2010 | Letter from Experian to Plaintiff regarding her claim of ID theft (Bates No. EXP-Wilkes  127-128) |
| 22. | May 27, 2010 | Letter from Experian to Plaintiff addressing her request to verify certain items on her credit report (Bates No. EXP-Wilkes  179-180) |
| 23. | March 30, 2010 | Letter from Experian to Plaintiff enclosing information on understanding her credit report and attaching a copy of the credit report (Bates No. EXP-Wilkes 129-144) |
| 24. | October 14, 2008 | Trans Union "Disclosure" (Bates No. TU 1) |
| 25. | October 14, 2008 | Trans Union "Disclosure" (Bates No. TU 3) |
| 26. | October 14, 2008 | Letter to Plaintiff and enclosed credit report (Bates No. TU 5-18) |
| 27. | November 22, 2008 | Trans Union "Credit Life" (Bates No. TU 19) |
| 28. | November 22, 2008 | Trans Union "Maintenance" (Bates No. TU 34-37) |
| 29. | November 22, 2008 | Letter from Trans Union to Plaintiff (Bates No. TU 67-68) |
| 30. | April 3, 2009 | Trans Union "Disclosure" (Bates No. TU 69-70) |
| 31. | April 3, 2009 | Letter from Trans Union to Plaintiff and enclosed credit report (Bates No. TU 71-85) |

| Trial Exhibit Number | Document Date | Document Description |
|---|---|---|
| 32. | June 4, 2009 | Trans Union "Credit Life" (Bates No. TU 86) |
| 33. | June 4, 2009 | Trans Union "Letter" (Bates No. TU 132) |
| 34. | June 4, 2009 | Trans Union Letter to Plaintiff (Bates No. TU 133-134) |
| 35. | September 5, 2009 | Trans Union "Credit Life" (Bates No. TU 135) |
| 36. | December 5, 2009 | Trans Union "Credit Life" (Bates No. TU 177) |
| 37. | December 5, 2009 | Trans Union "Maintenance" (Bates No. TU 192-195) |
| 38. | December 5, 2009 | Trans Union "Corrected Copy" (Bates No. TU 196) |
| 39. | December 5, 2009 | "Trans Union Personal Credit Score" and "Special Messages" and "Summary of Rights" and "Virginia Bill of Rights" (Bates No. TU 197-198) |
| 40. | December 5, 2009 | Trans Union "Disclosure" (Bates No. TU 202-203) |
| 41. | December 5, 2009 | Trans Union letter and enclosed credit report (Bates No. TU 204-217) |
| 42. | March 8, 2010 | Letter from Plaintiff to Trans Union, Experian and Equifax (Bates No. TU 219-265) |
| 43. | March 16, 2010 | Letter from Trans Union to Plaintiff (Bates No. TU 267-269) |
| 44. | March 16, 2010 | Trans Union "Letter" (Bates No. TU 270) |
| 45. | March 16, 2010 | Trans Union letter (Bates No. TU 271-273) |
| 46. | March 19, 2010 | Trans Union "Letter" (Bates No. TU 314) |
| 47. | March 19, 2010 | Trans Union letter (Bates No. TU 315) |
| 48. | May 4, 2010 | Letter from Plaintiff to Trans Union, Equifax and Experian (Bates No. TU 353-362) |
| 49. | July 14, 2010 | Trans Union "Maintenance Line Item – Tradeline Record" (Bates No. TU 428-429) |
| 50. | July 14, 2010 | Trans Union "Letter" (Bates No. TU 430) |
| 51. | July 14, 2010 | Trans Union letter to Plaintiff (Bates No. TU 431-432) |
| 52. | July 14, 2010 | Trans Union letter to Plaintiff enclosing credit report (Bates No. TU 434-445) |
| 53. | March 8, 2010 | Letter from Plaintiff to Experian, Equifax and Trans Union (Bates No. 300021-300024) |
| 54. | March 8, 2010 | Letter from Plaintiff to Experian, Equifax and Trans Union (Bates No. 700026-700071) |
| 55. | March 8, 2010 | Letter from Plaintiff to Experian, Equifax and Trans Union (Bates No. 600012-600015) |

| Trial Exhibit Number | Document Date | Document Description |
|---|---|---|
| 56. | May 4, 2010 | Letter from Plaintiff to Experian, Equifax and Trans Union (Bates No. 300045-300046) |
| 57. | May 4, 2010 | Letter from Plaintiff to Experian, Equifax and Trans Union (Bates No. 600053-600054) |
| 58. | June 16, 2010 | Letter from Plaintiff to Experian and Trans Union (Bates No. 300066-300092) |
| 59. | June 16, 2010 | Letter from Plaintiff to Experian and Trans Union (Bates No. 600057-600084) |
| 60. | June 16, 2010 | Letter from Plaintiff to GMAC (Bates No. 400029-400081) |
| 61. | April 4, 2009 | Experian Credit Report (Bates No. 300001-300020) |
| 62. | March 22, 2010 | Equifax Credit Report (Bates No. 700072-700075) |
| 63. | July 14, 2010 | Emails regarding "closing documents" (Bates No. GMAC/AW 2682) |
| 64. | February 16, 2011 | Email from Plaintiff regarding 2010 taxes (Bates No. GMAC/AW 2683) |
| 65. | July 12, 2010 | Emails regarding "Closing Documents for 18018 Densworth Mews" (Bates No. GMAC/AW 2687-2688) |
| 66. | July 12, 2010 | Emails regarding "18018 Densworth Mews" (Bates No. GMAC/AW 2692-2693) |
| 67. | June 28, 2010 | Email regarding home inspection (Bates No. GMAC/AW 2699) |
| 68. | July 10, 2010 | Email from Plaintiff (Bates No. GMAC/AW 2702) |
| 69. | July 7, 2010 | Email from Plaintiff (Bates No. GMAC/AW 2703) |
| 70. | July 2, 2010 | Emails regarding contract for sale of 18018 Densworth Mews (Bates No. GMAC/AW 2704-2706) |
| 71. | June 25, 2010 | Emails regarding remote settlement (Bates No. GMAC/AW 2718-2719) |
| 72. | June 21, 2010 | Emails regarding offer on 18018 Densworth Mews (Bates No. GMAC/AW 2730-2731) |
| 73. | June 14, 2010 | Email from Plaintiff (Bates No. GMAC/AW 2739) |
| 74. | May 17, 2010 | Email from Plaintiff (Bates No. GMAC/AW 2793) |
| 75. | May 12, 2010 | Email from Plaintiff (Bates No. GMAC/AW 2795) |
| 76. | May 4, 2010 | Email from Plaintiff (Bates No. GMAC/AW 2797) |
| 77. | April 28, 2010 | Email from Plaintiff (Bates No. GMAC/AW 2799) |
| 78. | April 24, 2010 | Emails regarding signing papers (Bates No. GMAC/AW 2801-2802) |

| Trial Exhibit Number | Document Date | Document Description |
|---|---|---|
| 79. | April 24, 2010 | Emails regarding initialing document(s) (Bates No. GMAC/AW 2806) |
| 80. | April 23, 2010 | Emails regarding offers to purchase house (Bates No. GMAC/AW 2813) |
| 81. | April 21, 2010 | Emails regarding notice to vacate to tenant (Bates No. GMAC/AW 2818) |
| 82. | April 9, 2010 | Emails regarding listing house for sale (Bates No. GMAC/AW 2819-2820) |
| 83. | April 19, 2010 | Emails regarding offers to purchase house (Bates No. GMAC/AW 2823-2824) |
| 84. | April 13, 2010 | Email from Plaintiff (Bates No. GMAC/AW 2829) |
| 85. | April 21, 2010 | Emails regarding notice to vacate to tenant (Bates No. GMAC/AW 2830) |
| 86. | April 10, 2010 | Email from Plaintiff (Bates No. GMAC/AW 2832) |
| 87. | April 9, 2010 | Emails regarding putting house on market for sale (Bates No. GMAC/AW 2833-2834) |
| 88. | April 8, 2010 | Emails regarding listing agreement (Bates No. GMAC/AW 2837) |
| 89. | April 11, 2010 | Emails regarding feedback on house showing (Bates No. GMAC/AW 2840) |
| 90. | April 7, 2010 | Emails regarding putting house on market for sale (Bates No. GMAC/AW 2841) |
| 91. | April 1, 2010 and March 31, 2009 | Emails regarding list price for house (Bates No. GMAC/AW 2842-2843) |
| 92. | April 7, 2010 | Email regarding putting house on market (Bates No. GMAC/AW 2844) |
| 93. | March 29, 2010 | Email from Plaintiff (Bates No. GMAC/AW 2853) |
| 94. | February 12, 2010 | Email from Plaintiff (Bates No. GMAC/AW 2859) |
| 95. | February 4, 2010 | Email from Plaintiff (Bates No. GMAC/AW 2860) |
| 96. | February 15, 2010 | Emails regarding putting house on market for sale (Bates No. GMAC/AW 2861-2863) |
| 97. | January 13, 2010 | Emails regarding plans for house (Bates No. GMAC/AW 2864-2865) |
| 98. | April 8, 2009 | Emails regarding leasing house (Bates No. GMAC/AW 2866-2869) |
| 99. | April 8, 2009 | Emails regarding leasing house (Bates No. GMAC/AW 2880) |
| 100. | | Seller Transaction Tracker (Bates No. GMAC/AW 2909) |
| 101. | | Agent Showing Sheet (Bates No. GMAC/AW 2912-2913) |

| Trial Exhibit Number | Document Date | Document Description |
|---|---|---|
| 102. |  | Listing to offer form and workflow checklist (Bates No. GMAC/AW 2914-2915) |
| 103. |  | Deal Coversheet, Buyer Information, and Co-Op Agent Information (Bates No. GMAC/AW 2920-2923) |
| 104. |  | Listing Cover Sheet (Bates No. GMAC/AW 2928-2929) |
| 105. | April 6, 2010 | Exclusive right to sell listing agreement (Bates No. GMAC/AW 2930-2947) |
| 106. | April 12, 2010 | MRIS Listing Report (Bates No. GMAC/AW 2948) |
| 107. | April 2, 2010 | MRIS full tax record (Bates No. GMAC/AW 2949) |
| 108. | June 18, 2010 | Regional Sales Contract (Bates No. GMAC/AW 2957-2979) |
| 109. | July 15, 2010 | HUD-1 Settlement Statement (Bates No. GMAC/AW 3037-3040) |
| 110. |  | Document regarding buyer/seller information (Bates No. GMAC/AW 3050-3051) |
| 111. | April 22, 2010 | Deed of Lease Notice (Bates No. GMAC/AW 3107) |
| 112. | April 22, 2010 | Read receipt of notice of Deed of Lease termination and acknowledgment of receipt of notice (Bates No. GMAC/AW 3108-3109) |
| 113. | April 21, 2010 | Regional Sales Contract (Bates No. GMAC/AW 3081-3103) |
| 114. | May 5, 2010 | Release of Sales Contract and Deposit (Bates No. GMAC/AW 3110) |
| 115. | April 8, 2009 | Deed of Lease (Bates No. GMAC/AW 3223-3235) |
| 116. | May 1, 2008 – February 11, 2011 | GMAC's Account Notes (GMAC/AW 7 – 96) |
| 117. | November 7, 2008 | Letter from GMAC to Scott Weible acknowledging receipt of allegation of ID theft (GMAC/AW 122 – 123) |
| 118. | November 7, 2008 | Letter from GMAC to Scott Weible advising him of the documents needed to confirm ID theft (GMAC/AW 124) |
| 119. |  | GMAC MCU Credit Processing information (GMAC/AW 151 – 256) |
| 120. | June 16, 2010 | Letter from Plaintiff to Experian and Trans Union disputing GMAC account on credit report (GMAC/AW 267 - 268) |
| 121. | February 26, 2010 | Judgment Order – Fourth Amended Complaint in *Wilkes v. First Class Settlement, LLC et al* (GMAC/AW 290 - 294) |
| 122. | February 4, 2010 | Letter opinion from Judge Craig Johnston regarding *Wilkes v. First Settlement, LLC et al* with attachment (GMAC/AW 295 – 306) |
| 123. | June 27, 2009 | Report by Forensic Document Inspector Ronald N. Morris and Associates (GMAC/AW 307 - 310) |

| Trial Exhibit Number | Document Date | Document Description |
|---|---|---|
| 124. | | Affidavit of Detective R.L. Downham re: *Commonwealth v. Daniel Wilkes* (GMAC/AW 311 - 312) |
| 125. | | Arrest Warrants for Daniel Wilkes (GMAC/AW 313 - 318) |
| 126. | | Packet of information containing paperwork used to report ID theft (GMAC/AW 319 - 323) |
| 127. | October 22, 2008 | Letter from Scott Weible to GMAC Mortgage re: "Violation of Federal Consumer Protection, Truth in Lending and Fair Debt Collection Practices Acts: Notice of Rescission and Demand for Payment of Costs and Attorneys Fees" (GMAC/AW 324 - 325) |
| 128. | | Information regarding Plaintiff's realtor, Bryan Garcia (GMAC/AW 2449 – 2470) |
| 129. | | Documents received in response to GMAC's SDT to Matt Kingery (GMAC/AW 3345 - 3348) |

GMAC may offer the following documents if the need arises:

| Trial Exhibit Number | Document Date | Document Description |
|---|---|---|
| 130. | May 3, 2011 | Plaintiff's Answers to GMAC Mortgage, LLC's First Set of Interrogatories |
| 131. | May 3, 2011 | Plaintiff's Response to First Request for Production of Documents of GMAC Mortgage, LLC |
| 132. | April 5, 2011 | Plaintiff's Answers to America Funding Inc.'s Interrogatories |
| 133. | April 5, 2011 | Plaintiff's Response to Request for Production of Documents of America Funding Inc. |
| 134. | February 23, 2011 | Plaintiff's Rule 26(a)(1) Initial Disclosures |
| 135. | June 9, 2011 | Plaintiff's Supplemented Rule 26(a)(1) Disclosures |
| 136. | June 9, 2011 | Plaintiff's Supplemented Response to Request for Production of Documents of GMAC Mortgage, LLC |
| 137. | October 14, 2010 | Plaintiff's Complaint (including Exhibits attached thereto) |
| 138. | May 25, 2011 | Experian Information Solutions, Inc.'s Objections to Subpoena to Produce Documents and Deposition Topics |
| 139. | November 22, 2008 | Letter from Experian to Plaintiff regarding her claim of ID theft (Bates No. EXP-Wilkes - 93-96) |
| 140. | April 4, 2009 | Letter from Experian to Plaintiff enclosing credit report (Bates No. EXP-Wilkes 211-226) |

| Trial Exhibit Number | Document Date | Document Description |
|---|---|---|
| 141. | December 15, 2009 | Plaintiff's Answers to Bank of New York Inc.'s First Set of Interrogatories (Case No. CL85687) |
| 142. | December 17, 2009 | Plaintiff's Answers to North American Closing Services, LLC and Christine Ekasone's First Set of Interrogatories (Case No. CL85687) |
| 143. | January 5, 2010 | Plaintiff's Answers to Linda Wiggins' First Set of Interrogatories (Case No. CL85687) |
| 144. | January 14, 2010 | Plaintiff's Second Supplemental Answers to North American Closing Services, LLC and Christine Ekasone's First Set of Interrogatories (Case No. CL85687) |
| 145. | January 5, 2010 | Plaintiff's Supplemental Answers to Bank of New York Inc.'s First Set of Interrogatories (Case No. CL85687) |
| 146. | January 5, 2010 | Plaintiff's Supplemental Answers to North American Closing Services, LLC and Christine Ekasone's First Set of Interrogatories (Case No. CL85687) |
| 147. | November 25, 2008 | Plaintiff's Complaint (Case No. CL85687) (Bates No. 500465 – 500596) |
| 148. | January 9, 2009 | Plaintiff's Amended Complaint (Case No. CL85687) (Bates No. 500597 – 500721) |
| 149. | February 18, 2009 | Plaintiff's Second Amended Complaint (Case No. CL85687) (Bates No. 500722 – 500844) |
| 150. | July 2, 2009 | Plaintiff's Third Amended Complaint (Case No. CL85687) (Bates No. 500845 – 500974) |
| 151. | July 28, 2009 | Plaintiff's Fourth Amended Complaint (Bates No. 500026-500155) (Case No. CL85687) |
| 152. | June 5, 2009 | Defendants GMAC Mortgage, LLC's and Homecoming Financial, LLC's Answers to Plaintiff's Second Set of Interrogatories (Case No. CL85687) (Bates No. 501045 – 501052) |
| 153. | April 29, 2011 | Authentication Affidavit of Quicken Loans, Inc. |
| 154. | Multiple Dates | Documents Produced by Quicken Loans, Inc. (Bates No. QL Subpoena Wilkes 000001 – 000009) |
| 155. | May 17, 2011 | Authentication Affidavit of Precision Funding Group, LLC |
| 156. | Multiple Dates | Documents Produced by Precision Funding Group, LLC (pages 1 – 11) |

| Trial Exhibit Number | Document Date | Document Description |
|---|---|---|
| 157. | April 20, 2011 | Subpoena to Produce Documents, Information, or Objects or To Permit Inspection of Premises in a Civil Action issued by Plaintiff to Precision Funding Group, LLC |
| 158. | April 20, 2011 | Subpoena to Produce Documents, Information, or Objects or To Permit Inspection of Premises in a Civil Action issued by Plaintiff to Quicken Loans, Inc. |
| 159. | Multiple Dates | Plaintiff's medical records produced by Mountain Rose Family Practice (GMAC/AW 1930-1933) |
| 160. | Multiple Dates | Plaintiff's medical records produced by Bristow Family Practice (Bates No. 800001-800016) |
| 161. | May 23, 2011 | Trans Union, LLC's Objections and Responses to Plaintiff's Subpoena to Produce Documents |
| 162. | December 2, 2009 | Amended Complaint for Divorce (Bates No. 900019-900021) |
| 163. | January 28, 2010 | Final Order of Divorce (Bates No. 900023-900033) |
| 164. | June 4, 2009 | Letter from Experian to Plaintiff regarding her claim of ID theft (Bates No. EXP-Wilkes 97-100) |
| 165. | December 4, 2009 | Letter from Experian to Plaintiff enclosing information on understanding her credit report and attaching a copy of the credit report (Bates No. EXP-Wilkes 101-120) |
| 166. | December 5, 2009 | Letter from Experian to Plaintiff regarding her claim of ID theft (Bates No. EXP-Wilkes 121-122) |
| 167. | May 4, 2010 | Letter from Precision Funding Group, LLC to Plaintiff (Bates No. 200001) |
| 168. | May 24, 2010 | Letter from Quicken Loans, Inc. to Plaintiff (Bates No. 200002-200004) |
| 169. | November 22, 2008 | Trans Union Credit Report (Bates No. TU 49-65) |
| 170. | March 19, 2010 | Trans Union "Dispute Activity Master Record" (Bates No. TU 218) |
| 171. | March 16, 2010 | Trans Union "Letter" (Bates No. TU 266) |
| 172. | March 19, 2010 | Trans Union "Credit Life" (Bates No. TU 274) |
| 173. | March 19, 2010 | Trans Union letter and enclosed credit report (Bates No. TU 275-288) |
| 174. | March 19, 2010 | Trans Union letter and enclosed credit report (Bates No. TU 296-310) |
| 175. | March 19, 2010 | Trans Union "Letter" (Bates No. TU 311) |
| 176. | March 19, 2010 | Trans Union letter (Bates No. TU 312-313) |
| 177. | March 19, 2010 | Trans Union "Dispute Line Item – Tradeline Record" regarding Office Depot (Bates No. TU 316-317) |

| Trial Exhibit Number | Document Date | Document Description |
|---|---|---|
| 178. | March 19, 2010 | Trans Union "Dispute Line Item – Tradeline Record" regarding GMAC (Bates No. TU 321 - 322) |
| 179. | March 25, 2010 | Trans Union ACDV with GMAC (Bates No. TU 321A) |
| 180. | April 7, 2010 | Trans Union letter and enclosed credit report (Bates No. TU 339-351) |
| 181. | May 24, 2010 | Letter from Trans Union enclosing credit report (Bates No. TU 364-376) |
| 182. | May 24, 2010 | Trans Union "Dispute Line Item – Tradeline Record" (Bates No. TU 377) |
| 183. | May 24, 2010 | Letter from Trans Union to Plaintiff (Bates No. TU 379) |
| 184. | May 24, 2010 | Trans Union "Letter" (Bates No. TU 380) |
| 185. | May 24, 2010 | Letter from Trans Union to Plaintiff (Bates No. TU 381) |
| 186. | June 16, 2010 | Letter from Plaintiff to Trans Union and Experian (Bates No. TU 382-409) |
| 187. | October 20, 2008 | Letter from GMAC regarding mortgage account (Bates No. 400001) |
| 188. | January 13, 2010 | Arrest Warrants for Daniel Wilkes (Bates No. 500156-500161) |
| 189. | March 16, 2010 | Letter from Trans Union to Plaintiff (Bates No. 600016-600017) |
| 190. | April 25, 2011 | GMAC's Objections and Answers to Plaintiff's First Set of Interrogatories |
| 191. | April 25, 2011 | GMAC's Objections and Responses to Plaintiff's First Set of Requests for Production of Documents |
| 192. | April 26, 2010 | Credit report from Truecredit.com (Bates No. 600036-600052) |
| 193. | April 4, 2009 | Equifax Credit Report (Bates No. 700001-700025) |
| 194. | November 18, 2008 | Property, Custody and Settlement Agreement (Bates No. 900001-900018) |
| 195. | January 12, 2010 | Notice of Ore *Tenus Hearing* (Bates No. 900022) |
| 196. | June 9, 2010 – June 10, 2010 | Emails regarding putting house back on market (Bates No. GMAC/AW 2740-2741) |
| 197. | June 14, 2010 | Email from Plaintiff (Bates No. GMAC/AW 2761) |
| 198. | June 21, 2010 | Email from Plaintiff (Bates No. GMAC/AW 2762) |
| 199. | May 26, 2010 | Emails regarding tenant vacating house (Bates No. GMAC/AW 2785) |
| 200. | May 25, 2010 | Email from Plaintiff (Bates No. GMAC/AW 2787) |

| Trial Exhibit Number | Document Date | Document Description |
|---|---|---|
| 201. | May 18, 2010 | Emails regarding tenant moving out (Bates No. GMAC/AW 2788-2789) |
| 202. | April 21, 2010 | Regional Sales Contract (Bates No. GMAC/AW 3172-3203) |
| 203. | April 23, 2010 | Email from Plaintiff (Bates No. GMAC/AW 2809) |
| 204. | April 7, 2010 | Emails regarding listing agreement (Bates No. GMAC/AW 2845) |
| 205. | February 18, 2010 | Email from Plaintiff (Bates No. GMAC/AW 2857) |
| 206. | April 8, 2009 | Emails regarding house (Bates No. GMAC/AW 2873) |
| 207. | March 13, 2009 | Email from Plaintiff (Bates No. GMAC/AW 2877) |
| 208. | March 7, 2009 | Email from Plaintiff (Bates No. GMAC/AW 2878) |
| 209. | March 4, 2009 | Emails regarding preparing house for new tenants (Bates No. GMAC/AW 2889-2891) |
| 210. | March 4, 2009 – March 5, 2009 | Emails regarding leasing house to tenants (Bates No. GMAC/AW 2881-2884) |
| 211. | March 3, 2009 | Emails regarding potential tenants (Bates No. GMAC/AW 2898) |
| 212. | April 18, 2010 | Regional Sales Contract (Bates No. GMAC/AW 3148-3169) |
| 213. | January 23, 2009 | Emails regarding renting house (Bates No. GMAC/AW 2906) |
| 214. | | Deal Coversheet, Buyer Information and Co-Op Agent Information (Bates No. GMAC/AW 2924-2927) |
| 215. | | Listing Cover Sheet (Bates No. GMAC/AW 2928) |
| 216. | | Seller Transaction Tracker (Bates No. GMAC/AW 3078) |
| 217. | | Seller Offer to Close Form and Offer to Close Workflow Checklist (Bates No. GMAC/AW 3079-3080) |
| 218. | | Deal Cover Sheet (Bates No. GMAC/AW 3215-3216) |
| 219. | | Listing Cover Sheet (Bates No. GMAC/AW 3217-3218) |
| 220. | | Seller's estimated costs of settlement (Bates No. GMAC/AW 3147) |
| 221. | December 21, 2008 | Exclusive right to lease (Bates No. GMAC/AW 3237-3244) |
| 222. | | Deal Cover Sheet (Bates No. GMAC/AW 3245-3247) |
| 223. | June 18, 2010 | Regional Sales Contract (Bates No. GMAC/AW 3259-3281) |
| 224. | April 21, 2010 | Regional Sales Contract (Bates No. GMAC/AW 3292-3336) |
| 225. | April 13, 2010 | Letter to Plaintiff (Bates No. GMAC/AW 3338) |

| Trial Exhibit Number | Document Date | Document Description |
|---|---|---|
| 226. | November 22, 2008 | Experian Credit Report (EXPWilkws 000001-000004) |
| 227. | June 4, 2009 | Experian Credit Report (Bates No. EXPWilkws 000005-000008) |
| 228. | December 4, 2009 | Experian Credit Report (Bates No. EXPWilkws 000009-000028) |
| 229. | December 5, 2009 | Experian letter to Plaintiff (Bates No. EXPWilkws 000029-000030) |
| 230. | March 15, 2010 | Experian investigation results Experian Credit Report (Bates No. EXPWilkws 000031-000032) |
| 231. | March 16, 2010 | Experian letter to Plaintiff (Bates No. EXPWilkws 000033-000034) |
| 232. | March 30, 2010 | Experian Credit Report (Bates No. EXPWilkws 000037-000052) |
| 233. | April 8, 2010 | Experian Credit Report (Bates No. EXPWilkws 000053-000070) |
| 234. | July 20, 2010 | Experian Credit Report (Bates No. EXPWilkws 000105-000118) |
| 235. | April 4, 2011 | Experian Credit Report (Bates No. EXPWilkws 000119-000134) |
| 236. | April 21, 2011 | Experian Credit Report (Bates No. EXPWilkws 000135-000148) |
| 237. | May 21, 2011 | Experian Credit Report (Bates No. EXPWilkws 000149-000162) |
| 238. | March 19, 2010 | Experian ACDV (Bates No. EXP-Wilkes 000092) |
| 239. | March 19, 2010 | Experian ACDV (Bates No. EXPWilkws 000182) |
| 240. | June 16, 2010 | Letter from Plaintiff to Experian and Trans Union (Bates No. EXP-Wilkes 000001-000029) |
| 241. | May 4, 2010 | Letter from Plaintiff to Experian, Equifax and Trans Union (Bates No. EXP-Wilkes 000030-000040) |
| 242. | March 8, 2010 | Letter from Plaintiff to Experian, Equifax and Trans Union (Bates No. EXP-Wilkes 000041-000087) |
| 243. | April 8, 2010 | Experian Letter and Credit Report (Bates No. EXP-Wilkes 000145-000162) |
| 244. | May 25, 2010 | Experian Letter and Credit Report (Bates No. EXP-Wilkes 000163-000178) |
| 245. | July 20, 2010 | Experian Letter and Credit Report (Bates No. EXP-Wilkes 000197-000210) |
| 246. | March 9, 2011 | GMAC's Payment History (GMAC/AW 1 – 6 ) |
| 247. | April 20, 2008 | Letter from Homecomings Financial informing plaintiff of loan transfer to GMAC Mortgage, LLC (GMAC/AW 104 – 105) |

| Trial Exhibit Number | Document Date | Document Description |
|---|---|---|
| 248. | November 19, 2008 | Letter to plaintiff advising of scheduling of foreclosure proceedings (GMAC/AW 142 – 143) |
| 249. | | ACDVs (GMAC/AW 257 – 266) |
| 250. | | December 2008 Credit Tape (GMAC/AW 326) |
| 251. | | December 2009 Credit Tape (GMAC/AW 327) |
| 252. | | May 2010 Credit Tape (GMAC/AW 328) |
| 253. | | AUD Details Report (GMAC/AW 329) |
| 254. | November 7, 2008 | E-mails between Christine Buen, Paul Sullivan and Amy Fleitas regarding "Wilkes/Rescission Request" with attached 10/22/08 Letter from Scott Weible to GMAC re: "Notice of Rescission and Demand for Payment of Costs and Attorneys Fees (GMAC/AW 330 – 334) |
| 255. | April 4, 2008 | Letter from Homecomings to Plaintiff regarding acknowledgement of her application for a mortgage loan with America Funding, Inc. (GMAC/AW 346) |
| 256. | March 27, 2008 | Bureau Express Report (GMAC/AW 459 - 480) |
| 257. | April 25, 2008 | Servicing Disclosure Statement (GMAC/AW 481 – 482) |
| 258. | March 27, 2008 | Notice regarding credit score enclosing credit scores (GMAC/AW 488 - 489) |
| 259. | March 28, 2008 | America Funding's Credit Score Information Disclosure (GMAC/AW 511 - 512) |
| 260. | | Wilkes' 2007 Tax Return (GMAC/AW 539 – 546) |
| 261. | | Wilkes' 2006 Tax Return (GMAC/AW 547 – 554) |
| 262. | | Wilkes 2007 W2 w/attachment (GMAC/AW 555 - 557) |
| 263. | April 25, 2008 | Deed of Trust (GMAC/AW 558 – 575) |
| 264. | April 25, 2008 | Note (GMAC/AW 620 – 622) |
| 265. | | ISS Inventory Status System (GMAC/AW 766 – 775) |
| 266. | | LPS Desktop Quick Reference Guide (GMAC/AW 776 - 777) |
| 267. | | Payment History Code Key (GMAC/AW 778) |
| 268. | December 31, 2010 | Lori Aguiar's Performance Evaluation (GMAC/AW 779 - 782) |
| 269. | | Allison Higgins' Training Transcript (GMAC/AW 783 - 785) |
| 270. | | Lori Aguiar's Training Transcript (GMAC/AW 786 – 788) |

| Trial Exhibit Number | Document Date | Document Description |
|---|---|---|
| 271. | December 31, 2009 | Allison Higgins' Performance Evaluation (GMAC/AW 789 – 795) |
| 272. | December 31, 2009 | Lori Aguiar's Performance Evaluation (GMAC/AW 801 – 805) |
| 273. |  | 2008 Monthly MCV Quality Scores for Allison Higgins (GMAC/AW 806 - 815) |
| 274. |  | GMAC Fraud Policies and Procedures (GMAC/AW 816 - 838) |
| 275. |  | Consumer Reporting and Identity Theft Claim Policy (GMAC/AW 839) |
| 276. |  | Identity Theft and Debt Collection or Transfer (GMAC/AW 840) |
| 277. |  | Notification of Fraudulent Information Policy (GMAC/AW 841) |
| 278. | March 9, 2010 | Meeting notification from Allison Higgins to follow up on previous meeting enclosing email recapping original meeting of 2/16/10 subject "dispute flags – compliance condition codes" (GMAC/AW 842 - 845) |
| 279. |  | Information on the "Compliance Condition Code" a "credit reporting resource guide information regarding reporting of the Compliance Condition Code" (GMAC/AW 846 – 851) |
| 280. | March 10, 2010 | E-mail from Nancy Durey to Nancy Penca, Marletta Gissel, Dana Katz, Allison Higgins, Heather Meinecke, Joseph Yamall and Pat Karpowicz (GMAC/AW 852 - 853) |
| 281. | January 11, 2008 | E-mail from Lori Aguiar to Michelle Crippen, Tammy Hayes, Allison Higgins, Kaylyn Hunt, Kelly Looby, Heather Meinecke, Cody Mireles, Michelle Morehouse, Evan Petersen and Teresa Ramey Subject: "ACDV Procedures" regarding new ACDV procedures beginning 1/14/2008 (GMAC/AW 854) |
| 282. | November 13, 2009 | E-mail from Karla Bearbower to Lori Aguiar, Tammy Hayes, Allison Higgins and Kelly Looby Subject: "SCRA Loans" regarding new policies for SCRA process (GMAC/AW 855) |
| 283. | September 2, 2010 | E-mail from Heather Meinecke to Maria Alcasid, Linalynn Aranda, TJ Domasig, Milady Esto, Charisse Octavio, Candice Riosa, Sarah Salvatierra, Holly Seguin CC: Lynette Manning, Allison Higgins, Lori Aguiar and Cameron Carlson Subject: "Additional CN and CO SCC reporting guidelines" regarding "special comment codes relative to modifications available to report to the bureaus" (GMAC/AW 856) |
| 284. | May 27, 2010 | E-mail between Allison Higgins and Heather Meinecke Subject: "Special Reporting for Frozen Heloc Accounts" with attachment (GMAC/AW 857 - 860) |

| Trial Exhibit Number | Document Date | Document Description |
|---|---|---|
| 285. | September 2, 2010 | E-mail from Heather Meinecke to Maria Alcasid, Linalynn Aranda, TJ Domasig, Milady Esto, Charisse Octavio, Candice Riosa, Sarah Salvatierra, Holly Seguin CC: Lynette Manning, Allison Higgins, Lori Aguiar and Cameron Carlson Subject: "Additional CN and CO SCC reporting guidelines" regarding "special comment codes relative to modifications available to report to the bureaus" (GMAC/AW 861) |
| 286. | | Email from Heather Meinechke to Maria Alcasid, Linalynn Aranda, TJ Domasig, Milady Esto, Charisse Octavio, Candice Riosa, Sarah Salvatierra, Holly Seguin CC: Lynette Manning, Allison Higgins, Lori Aguiar and Cameron Carlson Subject: "HMP Status Updates – Please Share with your Teams" regarding special comments codes effective after 12/2010 (GMAC/AW 862) |
| 287. | | Unreadable date and recipients – Subject: "Line Freezes – Special Comment Codes" email recapping meeting (GMAC/AW 863) |
| 288. | March 2, 2010 | Meeting Notification Subject: "Line Freezes – Special Comment Codes" with attachments explaining codes with descriptions (GMAC/AW 864 - 867) |
| 289. | | Monthly MCV Quality Scores for June – Aug 2009 for Allison Higgins (GMAC/AW 870 - 875) |
| 290. | | Monthly MCV Quality Scores for June – Aug 2009 for Lori Aguiar (GMAC/AW 876 - 881) |
| 291. | | Monthly MCV Quality Scores for Jan – May 2009 for Allison Higgins (GMAC/AW 882 - 887) |
| 292. | | Monthly MCV Quality Scores for Jan – May 2009 for Lori Aguiar (GMAC/AW 888 – 893) |
| 293. | | MCU Credit Processing Home Page (GMAC/AW 894) |
| 294. | | Quick Link to ACDV Checklist (GMAC/AW 895) |
| 295. | | Quick Link to Compliance Condition Code (GMAC/AW 896) |
| 296. | | Quick Link to Credit Bureau Payment History Code (GMAC/AW 897) |
| 297. | | Quick Link to Cutoff Times or Dates (GMAC/AW 898 - 900) |
| 298. | | Credit Bureau Suppression Codes (GMAC/AW 901) |
| 299. | | Common e-Oscar Codes (GMAC/AW 902 - 903) |
| 300. | | Fi Serve Screen Shots (GMAC/AW 905 – 1122) |
| 301. | | FiServe Manual "LoanServ Overview" (GMAC/AW 1123 – 1163) |

| Trial Exhibit Number | Document Date | Document Description |
|---|---|---|
| 302. | | Wilkes Monthly Reports (GMAC/AW 1164 – 1167) |
| 303. | | Wilkes Credit Tapes (GMAC/AW 1168 – 1189) |
| 304. | | GMAC training information for FCRA, Identity Theft from Ally's internal site, Regulatory U (GMAC/AW 1190 – 1443) |
| 305. | | Monthly Correspondence Reports for Lori Aguiar and Allison Higgins (Quantity Evals) (GMAC/AW 1444 – 1453) |
| 306. | | GMAC P&Ps for "Special Loans" (GMAC/AW 1454 - 1472) |
| 307. | April 2011 | MCU Credit Communications Manual for 2009 – April 2011 (GMAC/AW 1473 – 1564) |
| 308. | | ICT CIT & AUD Training Manual (GMAC/AW 1565 - 1639) |
| 309. | | "Embedded Bs" Manual (GMAC/AW 1640 - 1651) |
| 310. | | Screens from "Sykes Training Material MCU Credit User Readiness" (GMAC/AW 1652 – 1763) |
| 311. | | Tests at the end of training modules on Regulatory U for "Awareness: ID Theft and Red Flags Rule;" "FCRA Risk Based Pricing Notice;" "GMACR Identity Theft;" and "ID Theft: Red Flags Rule" (GMAC/AW 1764 – 1771) |
| 312. | | Loan Servicing Policies and Procedures with references to "FCRA" (GMAC/AW 1772 - 1793) |
| 313. | | 2008 "Whats New" from GMAC's Loan Servicing Policies and Procedures (GMAC/AW 1794 - 1822) |
| 314. | | 2009 "Whats New" from GMAC's Loan Servicing Policies and Procedures (GMAC/AW 1823 - 1869) |
| 315. | | Glossary for GMAC's Loan Policies and Procedures (GMAC/AW 1942 - 1964) |
| 316. | December 31, 2010 | Allison Higgins' Performance Evaluation (GMAC/AW 796 - 800) |
| 317. | | 2010 "Whats New" from GMAC's Loan Servicing Policies and Procedures (GMAC/AW 1870 - 1874) |
| 318. | | ID Theft Coding for ID Theft Docs. Received (GMAC/AW 1934) |
| 319. | | ID Theft Codes for Claim Confirmed (GMAC/AW 1935 - 1936) |
| 320. | February 25, 2009 | ID Theft Process Writing AF (GMAC/AW 1937 - 1938) |
| 321. | | Notification of Fraudulent Information Policy (GMAC/AW 1939) |
| 322. | | Employee monitoring form and guide for scoring (GMAC/AW 1940 - 1941) |
| 323. | | 2008 – 2010 GMAC Loan P&Ps (GMAC/AW 1965 – 2448) |

| Trial Exhibit Number | Document Date | Document Description |
|---|---|---|
| 324. | | Emails sent from Lynn Manning from GMAC former credit manager relating to credit training and updates (GMAC/AW 2471 – 2681) |

GMAC reserves the right to use discovery answers, pleadings and all other documents exchanged in discovery and to use any and all exhibits listed by Plaintiff or Co-Defendants. GMAC reserves the right to use any materials brought to court by any witnesses who appear in court to give testimony and/or present evidence.

GMAC further reserves the right to utilize demonstrative exhibits, including, but not limited to, illustrations, summaries, charts, models, computer animation, PowerPoint presentations, videotapes, enlargements, jury instructions and/or photographs.

GMAC preserves all objections and reserves the right to utilize any and all exhibits identified and/or offered by Plaintiff or Co-Defendants.

GMAC is unaware, at this time, of any additional Exhibits which it may offer if the need arises, but reserves the right to present rebuttal or impeachment evidence as necessary.

Dated:  June 16, 2011                                              Respectfully Submitted,

                                                               **GMAC MORTGAGE LLC**

                                                               By:     /s/ John C. Lynch
                                                                            Of Counsel

John C. Lynch (VSB No. 39267)
Ethan G. Ostroff (VSB No. 71620)
*Counsel for Defendant GMAC Mortgage LLC*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-1597
E-mail: john.lynch@troutmansanders.com
E-mail: ethan.ostroff@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff**
John C. Bazaz
Law offices of John Bazaz, PLC
4000 Legato Rd., Suite 1100
Fairfax, VA 22033
E-mail: jbazaz@bazazlaw.com

Leonard A. Bennett
Consumer Litigation Assoc PC
12515 Warwick Blvd., Suite 1000
Newport News, Virginia 23606
E-mail: lenbennett@cox.net

Matthew J. Erausquin
Consumer Litigation Assoc PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
E-mail: matt@clalegal.com

**Counsel for America Funding, Inc.**
Brian N. Casey
Taylor & Walker PC
555 Main Street, PO Box 3490
Norfolk, VA 23514-3490
Email: bcasey@taylorwalkerlaw.com

       /s/ John C. Lynch
John C. Lynch (VSB No. 39267)
*Counsel for Defendant GMAC Mortgage LLC*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

419373v1