**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

**ALISHA W. WILKES**

    **Plaintiff,**

    v.　　　　　　　　　　　　　　　　　　Civil Action No. 1:10cv1160 CMH/TRJ

**EXPERIAN INFORMATION
SOLUTIONS, INC., ET AL.**

    **Defendants.**

### DEFENDANT GMAC MORTGAGE LLC'S WITNESS LIST

Defendant GMAC Mortgage, LLC ("GMAC"), by counsel, respectfully submits the following Witness List:

GMAC expects to present the following witnesses:

| Witness Name | Witness Purpose |
|---|---|
| Amy Fleitas | Corporate Representative of Defendant GMAC Mortgage, LLC / Fact Witness |
| Peter Knapp | Corporate Representative of Defendant GMAC Mortgage, LLC |
| Oscar Marquis | Defendant GMAC Mortgage, LLC's Expert Witness |
| Scott Weible | Fact Witness |
| Matthew Kingery | Fact Witness |
| Bryan Garcia | Fact Witness / Corporate Representative of Red House, LLC d/b/a Exit Heritage Realty |
| Alisha W. Wilkes | Plaintiff / Fact Witness |
| Christopher Nolan | Fact Witness |
| Steve Reger | Corporate Representative of Trans Union, LLC |
| Jason Scott | Corporate Representative of Experian Information Solutions, Inc. |

GMAC may call the following witness if the need arises:

| Witness Name | Witness Purpose |
|---|---|
| Allison Higgins | Fact Witness |
| Lori Aguiar | Fact Witness |
| Heather Meinecke | Fact Witness |
| Evan Hendricks | Plaintiff's Expert |
| Lynnette Manning | Fact Witness |

GMAC is unaware, at this time, of any additional Witnesses which it may offer if the need arises, but reserves the right to present rebuttal or impeachment evidence as necessary.

Dated: June 16, 2011

Respectfully Submitted,

**GMAC MORTGAGE LLC**

By:    /s/ John C. Lynch
               Of Counsel

John C. Lynch (VSB No. 39267)
Ethan G. Ostroff (VSB No. 71620)
*Counsel for Defendant GMAC Mortgage LLC*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-1597
E-mail: john.lynch@troutmansanders.com
E-mail: ethan.ostroff@troutmansanders.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff**
John C. Bazaz
Law offices of John Bazaz, PLC
4000 Legato Rd., Suite 1100
Fairfax, VA 22033
E-mail: jbazaz@bazazlaw.com

Leonard A. Bennett
Consumer Litigation Assoc PC
12515 Warwick Blvd., Suite 1000
Newport News, Virginia 23606
E-mail: lenbennett@cox.net

Matthew J. Erausquin
Consumer Litigation Assoc PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
E-mail: matt@clalegal.com

**Counsel for America Funding, Inc.**
Brian N. Casey
Taylor & Walker PC
555 Main Street, PO Box 3490
Norfolk, VA 23514-3490
Email: bcasey@taylorwalkerlaw.com

      /s/ John C. Lynch
John C. Lynch (VSB No. 39267)
*Counsel for Defendant GMAC Mortgage LLC*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

419374v1