JUDGE: __HILTON__  DATE: __6/16/11__

CASE NUMBER: __1:10CV1160__

__ALISHA WILKES__

vs.

__EXPERIAN INFORMATION SOLUTIONS, INC., et al.__

Time: __10:05 - 10:15__

APPEARANCES: Counsel for: Plaintiff (✓) Defendant (✓) Pro-se ( )

FINAL PRETRIAL CONFERENCE:

(✓) Case set for trial by JURY on __8/9/11 @ 10:00 am__

( ) Case set for trial by the COURT on _____