**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **ALISHA W. WILKES** | : |
| | : |
| **Plaintiff,** | : |
| **v.** | : **CIV. NO. 1:10-cv-01160** |
| | : |
| **GMAC MORTGAGE LLC, et al.,** | : |
| | : |
| **Defendants.** | : |

**NOTICE OF HEARING**
**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF**
**MATTHEW KINGERY**

Please take notice that the Plaintiff's Motion in Limine to Exclude Testimony of

Matthew Kingery under Fed. R. Civ. P. 402, 403, and 404 shall be heard at 2:00 p.m. on

Friday, June 24, 2011 at the United States Courthouse for the Eastern District of Virginia.

Dated: June 17, 2011

 

 

Respectfully Submitted,
ALISHA WILKES,


By: _____/s/_____
Leonard A.Bennett, VSB #37523
Consumer Litigation Assoc PC
12515 Warwick Blvd
Suite 100
Newport News, VA 23606
757-930-3660
757-930-3662 (fax)
lenbennett@cox.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2011, I electronically filed the following document with the Clerk of Court using the CM/ECF system, which will send notification of filing to the following CM/ECF participants:

John C. Lynch
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
john.lynch@troutmansanders.com

Elizabeth Spain Flowers
Troutman Sanders LLP
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
Email: liz.flowers@troutmansanders.com

Ethan G. Ostroff
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
Email: ethan.ostroff@troutmansanders.com

*Counsel for GMAC Mortgage, LLC*

Brian Nelson Casey
Taylor & Walker PC
555 Main St
PO Box 3490
Norfolk, VA 23514-3490
(757) 625-7300
bcasey@taylorwalkerlaw.com

*Counsel for American Funding, Inc.*

3

_____/s/_____

Leonard A. Bennett, VSB #37523
Consumer Litigation Assoc PC
12515 Warwick Blvd
Suite 100
Newport News, VA 23606
757-930-3660
757-930-3662 (fax)
lenbennett@cox.net