IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ALISHA W. WILKES, | : | |
| | : | |
| **Plaintiff** | : | |
| v. | : | Civ. No. 1:10cv1160 |
| | : | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | : | |
| et al. | : | |
| **Defendants.** | : | |

**PLAINTIFF'S MOTION
FOR RULE 37(c)(1) SANCTIONS**

Comes now the Plaintiff Alicia Wilkes, by counsel, and moves the court for Rule 37(c)(1) sanctions against GMAC Mortgage, LLC, for failure to comply with discovery. For the reasons stated in the accompanying Memorandum in Support, Plaintiff respectfully requests the Court exclude from Defendant's use at trial

(1)  The testimony or any evidence related to GMAC employees Heather Meinecke, Lynnette Manning, Amy Fleitas;

(2)  The testimony or any evidence related to Christopher Nolan;

(3)  Any new testimony and opinions proffered by Oscar Marquis, GMAC's "expert" witness in his second Rule 26(a)(2) report.

Respectfully Submitted,

ALISHA WILKES,


_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff

1

CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of June, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John C. Lynch
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
757-687-7765
Fax: 757-687-1504
Email: john.lynch@troutmansanders.com

Elizabeth Spain Flowers
Troutman Sanders LLP
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
(757) 687-7500
Fax: (757) 687-1546
Email: liz.flowers@troutmansanders.com

Ethan G. Ostroff
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
(757) 687-7541

Fax: (757) 687-1541
Email: ethan.ostroff@troutmansanders.com

Brian Nelson Casey
Taylor & Walker PC
555 Main St
PO Box 3490
Norfolk, VA 23514-3490
(757) 625-7300
bcasey@taylorwalkerlaw.com


        /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net