UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALISHA W. WILKES | : |
| | : |
| **Plaintiff,** | : |
| v. | : CIV. NO. 1:10-cv-01160 |
| | : |
| GMAC MORTGAGE LLC, et al., | : |
| | : |
| **Defendants.** | : |

NOTICE OF HEARING
PLAINTIFF'S MOTION FOR SANCTIONS UNDER RULE 37

Please take notice that the Plaintiff's Motion For Sanctions shall be heard at 2:00 p.m. on Friday, June 24, 2011 at the United States Courthouse for the Eastern District of Virginia, Alexandria Division.

Dated: June 17, 2011

    Respectfully Submitted,
    ALISHA WILKES,

    By: _____/s/_____
    Leonard A. Bennett, VSB #37523
    Consumer Litigation Assoc PC
    12515 Warwick Blvd
    Suite 100
    Newport News, VA 23606
    757-930-3660
    757-930-3662 (fax)
    lenbennett@cox.net

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 17th day of June, 2011, I electronically filed the following document with the Clerk of Court using the CM/ECF system, which will send notification of filing to the following CM/ECF participants:

John C. Lynch
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
john.lynch@troutmansanders.com

Elizabeth Spain Flowers
Troutman Sanders LLP
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
Email: liz.flowers@troutmansanders.com

Ethan G. Ostroff
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
Email: ethan.ostroff@troutmansanders.com

*Counsel for GMAC Mortgage, LLC*

Brian Nelson Casey
Taylor & Walker PC
555 Main St
PO Box 3490
Norfolk, VA 23514-3490
(757) 625-7300
bcasey@taylorwalkerlaw.com

*Counsel for American Funding, Inc*.

_____/s/_____
Leonard A. Bennett, VSB #37523
Consumer Litigation Assoc PC
12515 Warwick Blvd
Suite 100
Newport News, VA 23606
757-930-3660
757-930-3662 (fax)
lenbennett@cox.net
