IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **ALISHA W. WILKES,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | Civ. No. 1:10cv1160 |
| : | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** : | |
| **et al.** : | |
| **Defendants.** : | |

**PLAINTIFF'S SUPPLEMENTAL MOTION**
**FOR RULE 37(c)(1) SANCTIONS**

The Plaintiff, ALISHA W. WILKES, by counsel, moves the Court for Rule 37(c)(1) sanctions against GMAC Mortgage, LLC for its failure to comply with discovery rules and orders. Plaintiff seeks the exclusion of documents and exhibits specifically indentified in her memorandum in support of this motion. Such memorandum is incorporated herein by reference.

Respectfully Submitted,

ALISHA W. WILKES,

/s/
John C. Bazaz, Esq., VSB #70796
Counsel for Ms. Wilkes
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Telephone: 703-272-8455
Facsimile: 703-596-4555
jbazaz@bazazlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of June, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John C. Lynch
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
757-687-7765
Fax: 757-687-1504
Email: john.lynch@troutmansanders.com

Elizabeth Spain Flowers
Troutman Sanders LLP
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
(757) 687-7500
Fax: (757) 687-1546
Email: liz.flowers@troutmansanders.com

Ethan G. Ostroff
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
(757) 687-7541
Fax: (757) 687-1541
Email: ethan.ostroff@troutmansanders.com

                                                                 /s/
                                             John C. Bazaz, Esq., VSB #70796
                                             Counsel for Ms. Wilkes
                                             Law Offices of John C. Bazaz, PLC
                                             4000 Legato Road, Suite 1100
                                             Fairfax, VA 22033
                                             Telephone: 703-272-8455
                                             Facsimile: 703-596-4555
                                             jbazaz@bazazlaw.com