# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| **ALISHA W. WILKES,** | : | |
| | : | |
| **Plaintiff** | : | |
| v. | : | Civ. No. 1:10cv1160 |
| | : | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | : | |
| **et al.** | : | |
| **Defendants.** | : | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, July 1, 2011 at 10:00 a.m. the Plaintiff, ALISHA W. WILKES, by counsel, will move the Court for Rule 37(c)(1) sanctions against Defendant GMAC Mortgage, LLC.

    Respectfully Submitted,

    ALISHA W. WILKES,

    /s/
    John C. Bazaz, Esq., VSB #70796
    Counsel for Ms. Wilkes
    Law Offices of John C. Bazaz, PLC
    4000 Legato Road, Suite 1100
    Fairfax, VA 22033
    Telephone: 703-272-8455
    Facsimile: 703-596-4555
    jbazaz@bazazlaw.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 24th day of June, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John C. Lynch  
Troutman Sanders LLP  
P. O. Box 61185  
222 Central Park Ave  
Suite 2000  
Virginia Beach, VA 23462  
757-687-7765  
Fax: 757-687-1504  
Email: john.lynch@troutmansanders.com

Elizabeth Spain Flowers  
Troutman Sanders LLP  
222 Central Park Ave  
Suite 2000  
Virginia Beach, VA 23462  
(757) 687-7500  
Fax: (757) 687-1546  
Email: liz.flowers@troutmansanders.com

Ethan G. Ostroff  
Troutman Sanders LLP  
P. O. Box 61185  
222 Central Park Ave  
Suite 2000  
Virginia Beach, VA 23462  
(757) 687-7541  
Fax: (757) 687-1541  
Email: ethan.ostroff@troutmansanders.com

                                        /s/  
                                  John C. Bazaz, Esq., VSB #70796  
                                  Counsel for Ms. Wilkes  
                                  Law Offices of John C. Bazaz, PLC  
                                  4000 Legato Road, Suite 1100  
                                  Fairfax, VA 22033  
                                  Telephone: 703-272-8455  
                                  Facsimile: 703-596-4555  
                                  jbazaz@bazazlaw.com