**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **ALISHA W. WILKES,** )<br>)<br>    **Plaintiff,** )<br>)<br>        v.  )<br>)<br>**GMAC MORTGAGE, LLC,** *et al.***,** )<br>)<br>    **Defendants.** ) | Civil No. 1:10-cv-01160 (CMH-TRJ) |

**DEFENDANT GMAC MORTGAGE LLC'S MEMORANDUM IN SUPPORT OF
<u>MOTION TO STRIKE PLAINTIFF'S SUPPLEMENTAL MOTION FOR SANCTIONS
(DOCKET NO. 92)</u>**

Defendant GMAC Mortgage LLC ("GMACM" or "Defendant"), by counsel, hereby submits its Motion to Strike Plaintiff's Supplemental Motion for Sanctions pursuant to Rule 37(c)(1) ("Supplemental Motion for Sanctions") (Docket No. 92).

Defendant was permitted, with consent of Plaintiff and leave of this Court, to file its Answer on March 18, 2011. (Docket No. 49.) Defendant filed its Answer (Docket No. 51) and also served its Rule 26(a)(1) Initial Disclosures on March 18, 2011. Plaintiff has been threatening to file a Motion for Sanctions pursuant to Rule 37(c)(1) since as early as March 22, 2011. (*See* **<u>Exhibit A</u>**.) There is no justification or basis for her delay in bringing forth this discovery issue – she was generally threatening a motion under Rule 37(c)(1) (without any specificity as to what relief would be requested) for almost three (3) months prior to filing this Motion for Sanctions.

Plaintiff's Supplemental Motion for Sanctions should be stricken because it is untimely. Plaintiff's Supplemental Motion for Sanctions is a discovery motion, which pursuant to this Court's Rule 16(B) Scheduled Order was required to be filed and noticed for hearing

before the final pretrial conference.  As it is a discovery motion that was not filed or noticed for hearing until after the final pretrial conference, it is therefore untimely and should be stricken from the Court's docket.

This Court's Rule 16(B) Scheduling Order (Docket No. 41) provides that "*[a]ll motions*, except for summary judgment, shall be noticed for hearing on the earliest possible Friday *before the final pretrial conference*." (Emphasis added.)  The Final Pretrial Conference was held on June 16, 2011 (Docket No. 78.)  Plaintiff waited until after the final pretrial conference, (Docket No. 93,) therefore, her Supplemental Motion for Sanctions is untimely and should be stricken.

WHEREFORE, Defendant GMAC Mortgage, LLC, by counsel, respectfully requests that the Court enter an Order: (1) granting its Motion; (2) striking Plaintiff's Supplemental Motion for Sanctions (Docket No. 92); and (3) granting it such further relief as the Court deems appropriate.

Dated:  June 24, 2011                              Respectfully Submitted,

**GMAC MORTGAGE LLC**

By:    /s/ John C. Lynch
                Of Counsel

John C. Lynch (VSB No. 39267)
Ethan G. Ostroff (VSB No. 71620)
Elizabeth S. Flowers (VSB No. 78487)
*Counsel for Defendant GMAC Mortgage LLC*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-1597
E-mail: john.lynch@troutmansanders.com
E-mail: ethan.ostroff@troutmansanders.com
E-mail: liz.flowers@troutmansanders.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff**
John C. Bazaz, Esq.
Law offices of John Bazaz, PLC
4000 Legato Rd., Suite 1100
Fairfax, VA 22033
E-mail: jbazaz@bazazlaw.com

Leonard Anthony Bennett
Consumer Litigation Assoc PC
12515 Warwick Blvd., Suite 1000
Newport News, Virginia 23606
E-mail: lenbennett@cox.net

Matthew James Erausquin
Consumer Litigation Assoc PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
E-mail: matt@clalegal.com

**Counsel for America Funding, Inc.**
Brian Nelson Casey, Esq.
Taylor & Walker PC
555 Main St , PO Box 3490
Norfolk, VA 23514-3490
Email: bcasey@taylorwalkerlaw.com

       /s/ John C. Lynch
John C. Lynch (VSB No. 39267)
*Counsel for Defendant GMAC Mortgage LLC*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

419857v1