## Ostroff, Ethan G.

**From:** Leonard Bennett [mailto:lenbennett@cox.net]
**Sent:** Friday, March 18, 2011 3:07 PM
**To:** Derby, Erin Rigney
**Cc:** jbazaz@siplfirm.com; matt@clalegal.com; Anthony, David N.; jhamlin@glasserlaw.com; gkronenberg@morrismosrris.com; trollins@fullertonlaw.com; bcasey@taylorwalkerlaw.com
**Subject:** Re: Wilkes v. GMAC Mortgage, et al

Thank you counsel. I am of course surprised that GMAC is not intending to call any of its own employees or but a few actual human beings (the kind with first and last names) in its defense.

In all seriousness - we will object to later supplementation of employees or documents that are as of today known to GMAC. (As opposed to Rule 26(e) supplementation of newly discovered witnesses or documents). We will not object to supplementation that is served within the next two weeks.

Further, our agreement was that the parties would provide the actual documents they disclose under Rule 26(a)(1).

Please govern yourselves accordingly,

Len Bennett


On Mar 18, 2011, at 2:52 PM, Derby, Erin Rigney wrote:


Please see attached.


**Erin Rigney Derby** | Paralegal | Troutman Sanders LLP | 222 Central Park Ave. Suite 2000 | Virginia Beach, VA 23462 | 757.687.7703 | Fax: 757.687.1591 | erin.derby@troutmansanders.com
ATLANTA •CHICAGO• HONG KONG • LONDON • NEW YORK • NORFOLK • ORANGE COUNTY • PORTLAND • RALEIGH • RICHMOND •SAN DIEGO •SHANGHAI• TYSONS CORNER • VIRGINIA BEACH • WASHINGTON, D.C.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

Exhibit A

This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.

&lt;GMAC's 26(a)(1) Disclosures.pdf&gt;