

ETHAN G. OSTROFF
757.687.7541 telephone
757.687.1541 facsimile
ethan.ostroff@troutmansanders.com

**TROUTMAN SANDERS**

TROUTMAN SANDERS LLP
Attorneys at Law
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
757.687.7500 telephone
troutmansanders.com

April 25, 2011

**VIA E-MAIL**

John C. Bazaz, Esq.
Law offices of John Bazaz, PLC
4000 Legato Rd., Suite 1100
Fairfax, VA 22033
E-mail: jbazaz@bazazlaw.com

    Re:    **Alisha Wilkes v. GMAC Mortgage, LLC et al**
            **Case No.: 1:10-cv-1160**

Dear Mr. Bazaz:

Enclosed please find Defendant GMAC Mortgage, LLC's Objections and Responses to Plaintiff's First Set of Interrogatories and First Set of Document Requests. Also enclosed is Defendant's First Supplemental Privilege Log. An endorsed verification page will be forthcoming.

We are continuing to investigate the claims and Plaintiff's discovery requests, and will supplement these responses with any additional relevant and non-privileged information and/or document.

Please do not hesitate to contact me with any questions.

                        Very truly yours,

                        Ethan G. Ostroff

Exhibit D

**TROUTMAN
SANDERS**

John C. Bazaz, Esq.
April 25, 2011
Page 2

Enclosures

cc:   Matthew Erausquin, Esq.
      Leonard Bennett, Esq.
      David Anthony, Esq.
      Brian Casey, Esq.
      Jason Hamlin, Esq.
      Grant Kronenberg, Esq.

416809v1