ETHAN G. OSTROFF
757.687.7541 telephone
757.687.1541 facsimile
ethan.ostroff@troutmansanders.com

# TROUTMAN SANDERS

TROUTMAN SANDERS LLP
Attorneys at Law
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
757.687.7500 telephone
troutmansanders.com

April 29, 2011

John C. Bazaz
Law offices of John Bazaz, PLC
4000 Legato Rd., Suite 1100
Fairfax, VA 22033

Matthew J. Erausquin
Consumer Litigation Assoc PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314

Leonard A. Bennett
Consumer Litigation Assoc PC
12515 Warwick Blvd., Suite 1000
Newport News, Virginia 23606

Re:   **Alisha Wilkes v. GMAC Mortgage, LLC et al**
      **Case No.: 1:10-cv-1160**

Dear Counsel:

Enclosed please find Defendant GMAC Mortgage, LLC's objections and supplemental responses to Plaintiff's Interrogatories and Requests for Production of Documents. A verification page will be forthcoming.

Again, we are certainly willing to withdraw objections in those supplemental responses on the areas where we have agreement as outlined in our letter dated April 25, 2011 and enclosed again for reference. We simply want to make sure we are in agreement on these issues. We understand the court wants such agreements related to discovery issues to be in writing to avoid later disagreements. Please let us know.

Please do not hesitate to contact me should you have any questions.

Very Truly Yours,

Ethan G. Ostroff

ATLANTA   CHICAGO   HONG KONG   LONDON   NEW YORK   NEWARK   NORFOLK   ORANGE COUNTY   PORTLAND
RALEIGH   RICHMOND   SAN DIEGO   SHANGHAI   TYSONS CORNER   VIRGINIA BEACH   WASHINGTON, DC

Exhibit E

**TROUTMAN**
**SANDERS**

April 29, 2011
Page 2

Enclosures

417408v1