## Derby, Erin Rigney

| | |
|---|---|
| **From:** | Derby, Erin Rigney |
| **Sent:** | Thursday, May 05, 2011 7:20 PM |
| **To:** | 'lenbennett@clalegal.com'; 'jbazaz@bazazlaw.com'; 'Matt Erausquin' |
| **Cc:** | Ostroff, Ethan G.; Lynch, John C. |
| **Subject:** | Wilkes v. GMAC |
| **Attachments:** | 5-5-11 Cover Letter re Discovery.pdf; GMACs 3rd Supp. 26(a)(1) disclosures.pdf; GMACs OBJ and Second Supp. Responses to ROGS.pdf; GMACs OBJ and Second Supp. Responses to RPD.pdf |

Gentlemen,

Attached please find the following documents:

1. Letter regarding GMAC's Discovery Responses
2. GMAC's Third Supplemental 26(a)(1) Disclosures
3. GMAC's Objections and Second Supplemental Responses to Interrogatories
4. GMAC's Objections and Second Supplemental Responses to Requests for Production of Documents.

A series of emails (7) will follow which contain our responsive documents.

Please contact me if you have any questions.

Thanks,

Erin

**Erin Rigney Derby** | Paralegal | Troutman Sanders LLP | 222 Central Park Ave. Suite 2000 | Virginia Beach, VA 23462 | 757.687.7703 | Fax: 757.687.1591 | erin.derby@troutmansanders.com

ATLANTA •CHICAGO• HONG KONG • LONDON • NEW YORK • NORFOLK • ORANGE COUNTY • PORTLAND • RALEIGH • RICHMOND •SAN DIEGO •SHANGHAI• TYSONS CORNER • VIRGINIA BEACH • WASHINGTON, D.C.

1

Exhibit F