ERIN RIGNEY DERBY
757.687.7703 telephone
erin.derby@troutmansanders.com



TROUTMAN SANDERS LLP
Attorneys at Law
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
757.687.7500 telephone
757.687.7510 facsimile
troutmansanders.com

May 16, 2011

**VIA E-MAIL**

John C. Bazaz, Esq.
4010 University Drive, 2nd Floor
Fairfax, VA 22030

    **Re:**    **Alisha Wilkes v. GMAC Mortgage, LLC**

Dear Mr. Bazaz:

    Enclosed please find Defendant, GMAC Mortgage, LLC's Fourth Supplemental Rule 26(a)(1) Disclosures.

    Please contact me with any questions.

Sincerely,

Erin Rigney Derby
*Paralegal*

Enclosure

cc:    Len Bennett, Esq.
       Matthew Erasquin, Esq.
       Brian Casey, Esq.

Exhibit H