# Ostroff, Ethan G.

| | |
|---|---|
| **From:** | John C. Bazaz [jbazaz@bazazlaw.com] |
| **Sent:** | Thursday, March 17, 2011 2:26 PM |
| **To:** | 'Brian Nelson Casey'; Anthony, David N.; Flowers, Elizabeth S.; Ostroff, Ethan G.; 'Grant Edward Kronenberg'; 'Jason Hamlin'; Lynch, John C.; 'Leonard Anthony Bennett'; 'Martin Thornthwaite'; 'Matthew James Erausquin'; 'Miguel Eaton'; 'Turkessa Bynum Rollins' |
| **Subject:** | Wilkes v. Experian et al. - Expert Designations |
| **Attachments:** | John C Bazaz.vcf |

Dear Colleagues:

Thank you for the courtesy of a two week extension.

By agreement of the parties, Ms. Wilkes' expert designations are now due on or before **April 1, 2011**. Responding disclosures are due **May 6, 2011**. To the extent they are necessary, rebuttal disclosures are due **June 3, 2011**.

Please contact me if you have any questions or concerns.

Thanks.

John

**John C. Bazaz**
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Telephone: (703) 272-8455
Facsimile: (703) 596-4555
jbazaz@bazazlaw.com

Please do not read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call me at 703-272-8455 or e-mail me immediately. Thank you.

Exhibit M