Page 1

VIRIGINA:

   IN THE CIRCUIT COURT OF PRINCE WILLIAM COUNTY

```
ALISHA WILSON WILKES,           )
                                )
          PLAINTIFFS,           )
                                ) Civil No.
                                )
GMAC MORTGAGE, LLC, et. al.,    ) 1:10cv1160(CMH-TRJ)
                                )
          DEFENDANTS,           )
_____)
```

   This is the discovery videotaped deposition of OSCAR MARQUIS, taken in the above-entitled cause before GWENDOLYN BEDFORD, a Notary Public and Certified Shorthand Reporter within and for the County of Cook, State of Illinois, taken at the offices of TROUTMAN SANDERS, 55 West Monroe Street, Suite 3000, Chicago, Illinois, held on the 8th day of June, 2011 at 1:27 p.m., pursuant to notice.

```
 1    APPEARANCES:
 2    MR. LEONARD A. BENNETT
 3    Consumer Litigation Association PC
 4    12515 Warwick Boulevard
 5    Suite 1000
 6    Newport News, Virginia 23606
 7    Phone: 757-930-3660
 8    E-mail: lenbennett@cox.net
 9    appeared on behalf of the Plaintiff
10
11    MR. BRIAN NELSON CASEY
12    Taylor & Walker PC
13    555 Main Street P.O. Box 3490
14    Norfolk, Virginia 23514-3490
15    Phone: 757-625-7300
16    Fax: 757-625-1504
17    E:mail: bcasey@taylorwalkerlaw.com
18    appeared on behalf of American Funding
19
20
21
22
23
24
25
```

```
 1    APPEARANCES (CONTINUED)
 2    MR. JOHN C. LYNCH
 3    Troutman Sanders LLP
 4    222 Central Park Avenue
 5    Suite 2000
 6    Virginia Beach, Virginia 23462
 7    Phone: 757-687-7765
 8    Fax: 757-687-1504
 9    E-mail: john.lynch@troutmansanders.com
10    appeared on behalf of GMAC
11
12    Also Present:
13    John Doody, Videographer
14
15
16
17
18
19
20
21
22
23
24
25
```

1                  I N D E X

2

3  WITNESS                                      PAGE

4  OSCAR MARQUIS

5  Examination by Mr. Bennett            6

6

7

8                  E X H I B I T S

9  DOCUMENTS                            MARKED FOR ID.

10 Exhibits 1 thru 27                     5

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              (WHEREUPON Exhibits 1 through

2                  27 were marked for identification)

3           MR. BENNETT:  We're now on the record.

4   Today's date is June 8, 2011 and the time is

5   approximately 1:27 p.m.  We are located at Troutman

6   Sanders at 55 West Monroe, Suite 3000 in Chicago,

7   Illinois.  My name is John Doody, Certified Video

8   Specialist, representing Maxene Weinberg.  The Case

9   Number is 110 CV 01160 CMH-TRJ in the matter of Wilkes

10  vs. GMAC Mortgage, LLC, et. al. filed in the U.S.

11  District Court for the Eastern District of Virginia,

12  Alexandria Division.  Today's deponent is Oscar

13  Marquis.  This video deposition is requested by the

14  Plaintiff's counsel.

15              Counsel, please identify yourselves for

16  the record.

17          MR. BENNETT:  Sure.  This is Leonard Bennett.

18  I represent Miss Wilkes, the Plaintiff.

19          MR. LYNCH:   John Lynch representing GMAC.

20          MR. CASEY:  Brian Casey representing American

21  Funding.

22          THE COURT REPORTER:  Anyone else?

23          MR. CASEY:  No, that's all.

24          THE VIDEOGRAPHER:  Would the Court Reporter,

25  please swear the witness?

```
 1      Q    Is that reasonable?
 2      A    I think that is reasonable.
 3      Q    Okay.
 4      A    Or let me say it is not unreasonable.
 5      Q    That's your opinion, right?
 6      A    Yes.
 7           MR. BENNETT:  Okay.  If you'll take a look at
 8   Exhibit -- you know, what.  I don't have any other
 9   questions.  Thank you for your time.
10           THE WITNESS:  Thank you.
11           THE VIDEOGRAPHER:  This marks the end of Tape
12   Number 5.  We're going off the record.  The time is
13   6:32 p.m.
14           MR. BENNETT:  We will order an original, a
15   dirty ASCII, whenever you feel comfortable sending it.
16   An ASCII, and a mini and we ask for a DVD.
17           MR. LYNCH:  Can you send me your e-mail
18   address and find out how we're ordering it.  I'm not
19   sure my paralegal wants an ASCII.  I doubt Brian Casey
20   is still on the line.
21           MR. KLEIN:  What we will do is hold off for
22   right now.
23
24                     (WHEREUPON the deposition was
25                        adjourned at 6:32 p.m.)
```