## Ostroff, Ethan G.

| | |
|---|---|
| **From:** | noreply@sf-notifications.com on behalf of Leonard Bennett [lenbennett@cox.net] |
| **Sent:** | Wednesday, June 08, 2011 12:22 PM |
| **To:** | Ostroff, Ethan G. |
| **Subject:** | Marquis Exhibits for Depo today |



Ethan,

Leonard Bennett has sent you files through ShareFile.

Note from Leonard:

See attached Exhibits for the Deposition today of Oscar Marquis.

Thanks,

Click here to download MARQUIS, OSCAR DEPO ON 6 7 11 - WILKES V. GMAC

If the above link does not work in your e-mail software, copy and paste the entire link below into your web browser:
https://cla.sharefile.com/?cmd=d&id=4afb7ea00b234447

Powered by ShareFile

Exhibit T

**Download**

For your convenience, a zip file is created whenever downloading multiple files.

If you do not know how to unzip files, click here for instructions.

Download    28 files selected, 59.90MB total

| | | Title | MB | Created | Creator | Details |
|---|---|---|---|---|---|---|
| ✓ | | EXHIBIT 27 - GMAC' Answers to NACS Ekasone 1st Interrogatories (State Action).pdf | 0.68 | 6/8/11 | L. Bennett | |
| ✓ | | EXHIBIT 26 - GMAC's Third Party Complaint (State Action).pdf | 0.35 | 6/8/11 | L. Bennett | |
| ✓ | | EXHIBIT 25 - Marquis.Whitaker v. Chase Expert Report 2007.pdf | 3.64 | 6/8/11 | L. Bennett | |
| ✓ | | EXHIBIT 24 - Marquis.Preview of Judge Orders a Credit Bureau to Stop Selling Consumer Lists - NYTimes.pdf | 0.31 | 6/8/11 | L. Bennett | |
| ✓ | | EXHIBIT 23 - Marquis.Oscar on Board of Mortg Services Vendor.Preview of GÄùWhat is TRVGÄù.pdf | 0.34 | 6/8/11 | L. Bennett | |
| ✓ | | EXHIBIT 22 - Marquis.His Website.pdf | 0.67 | 6/8/11 | L. Bennett | |
| ✓ | | EXHIBIT 21 - Marquis.Deposition.WHITEKER ET AL. Plaintiff v CHASE BANK USA NA.pdf | 0.11 | 6/8/11 | L. Bennett | |
| ✓ | | EXHIBIT 20 - Marquis.Deposition.PIRES Plaintiff v CHOICEPOINT SERVICES INC ET AL..pdf | 0.15 | 6/8/11 | L. Bennett | |
| ✓ | | EXHIBIT 19 - Marquis.CreditCoach.pdf | 0.45 | 6/8/11 | L. Bennett | |
| ✓ | | EXHIBIT 18 - Marquis.CreditCoach.NewsDescriptionof Service - JSOnlineGÄù.pdf | 0.34 | 6/8/11 | L. Bennett | |
| ✓ | | EXHIBIT 17 - Marquis.ComplyTrag.pdf | 0.69 | 6/8/11 | L. Bennett | |
| ✓ | | EXHIBIT 16 - Marquis.ACA Presentation PPT.pdf | 0.22 | 6/8/11 | L. Bennett | |
| ✓ | | EXHIBIT 15 - GMAC's Rebuttal Expert Report.pdf | 0.34 | 6/8/11 | L. Bennett | |
| ✓ | | EXHIBIT 14 - GMAC's Expert Witness Disclosures and Designation.pdf | 0.48 | 6/8/11 | L. Bennett | |

| | | | | |
|---|---|---|---|---|
| ☑ | EXHIBIT 13 - GMAC's Amended Answer.pdf | 0.05 | 6/8/11 | L. Bennett |
| ☑ | EXHIBIT 12 - Complaint (Federal Action).pdf | 3.33 | 6/8/11 | L. Bennett |
| ☑ | EXHIBIT 11 - Saunders v. Branch Banking & Trust Co., 526 F.3d 142.pdf | 1.56 | 6/8/11 | L. Bennett |
| ☑ | EXHIBIT 10 - Johnson v. MBNA Am. Bank, NA, 357 F.3d 426.pdf | 0.67 | 6/8/11 | L. Bennett |
| ☑ | EXHIBIT 9 - Judgment Order - Fourth Amended Complaint (State Action).pdf | 0.53 | 6/8/11 | L. Bennett |
| ☑ | EXHIBIT 8 - Fourth Amended Complaint (State Action).pdf | 5.59 | 6/8/11 | L. Bennett |
| ☑ | EXHIBIT 7 - Third Amended Complaint (State Action).pdf | 5.56 | 6/8/11 | L. Bennett |
| ☑ | EXHIBIT 6 - Second Amended Complaint (State Action).pdf | 5.33 | 6/8/11 | L. Bennett |
| ☑ | EXHIBIT 5 - Amended Complaint (State Action).pdf | 5.38 | 6/8/11 | L. Bennett |
| ☑ | EXHIBIT 4 - Complaint (State Action).pdf | 5.35 | 6/8/11 | L. Bennett |
| ☑ | EXHIBIT 2 - Credit Reporting Resource Guide.pdf | 1.66 | 6/8/11 | L. Bennett |
| ☑ | EXHIBIT 3 - GMAC ACDVs.pdf | 3.39 | 6/8/11 | L. Bennett |
| ☑ | EXHIBIT 1a - Trans Union Documents (Password PDMRX3W2).pdf | 0.13 | 6/8/11 | L. Bennett |
| ☑ | EXHIBIT 1 - Trans Union Documents (Password BPLSZW73).pdf | 12.60 | 6/8/11 | L. Bennett |

Download   28 files selected, 59.90MB total