**Bryan Garcia**

GMAC/AW 2864

**From:** Alisha Wilkes [alishawilkes@hotmail.com]
**Sent:** Wednesday, January 13, 2010 2:30 PM
**To:** bryangarcia@exitheritage.com
**Subject:** RE: Happy New Year

Hi, Bryan.

I'm sorry to say that the plans for the house are still up in the air.  The trial to determine whether or not the liens will remain against it is scheduled for January 25 and 26, so I should have a clear answer for you by the end of January.  If the liens are deemed valid, the tenants will have to plan to move out when their lease is up, as the house will be foreclosed on.  If the liens are found to be invalid, I plan to put the house on the market with the hope of having it sold by the time the lease is up.  I'm not sure if that's a realistic hope.  If not, perhaps the current tenants would be willing to go to shorter lease period.  They are very interested in purchasing it, so there is the possiblity of an easy transition if everything works out.

I will give you a call shortly.

Thanks very much,

Alisha

From: bryangarcia@exitheritage.com
To: alishawilkes@hotmail.com
Subject: Happy New Year
Date: Tue, 12 Jan 2010 21:37:16 -0500

Alisha,

I hope that you had a great Christmas and are working on a Happy New Year!

I just wanted to check in with you and see what your plans are with the house in Gainesville.  Your tenants lease is up at the end of March and per their lease you can begin to market the home at the end of January.

Give me a call and we can discuss your plans for the house.

Look forward to talking to you!

6/2/2011

Exhibit X

**Bryan Garcia**

GMAC/AW 2859

| | |
|---|---|
| **From:** | Alisha Wilkes [alishawilkes@hotmail.com] |
| **Sent:** | Friday, February 12, 2010 10:50 AM |
| **To:** | dan radke; Jeffrey Taphouse; bryangarcia@exitheritage.com |
| **Subject:** | 18018 Densworth Mews, Gainesville |

**Categories:** Top Producer

Good morning, gentlemen.  I think I finally have a clearer picture of my plans for the house.  The final order to remove the liens from the title is to be entered on February 26, and then the loan companies have thirty days to appeal the decision after that.  If there is no appeal, I'd like to go ahead and put the property on the market by April.  I've looked into refinancing, and it's just not going to be a viable option unless I can significantly increase the rent.  I believe the best approach with the current renters is to go to a month-to-month lease, although I am certainly open to other suggestions.

Thank you,

Alisha Wilkes
(571) 229-0001

**Bryan Garcia**

GMAC/AW 2853

| | |
|---|---|
| **From:** | Alisha Wilkes [alishawilkes@hotmail.com] |
| **Sent:** | Monday, March 29, 2010 9:09 AM |
| **To:** | bryangarcia@exitheritage.com |
| **Subject:** | 18018 Densworth Mews |

Good morning, Bryan.  I have some unhappy news.  John recieved a notice of appeal at 4:30 on Friday, which was the last day of the appeal period.  We were both shocked.  He did not have any details when I last spoke to him, but he is planning to find out what's going on today.  He has to consult with another attorney on the case, but at this point, he does not believe this should hold up my plans for the house because the title is clear of all liens (except for the one belonging to my law firm) and no one has issued anything else that should stop me from selling it.  The rationale is that the house is mine now, and if by some crazy chance the appeal is accepted and they win, they would have to seek to recover monetary damages instead of recovering the house.  I will keep you informed.

Thanks,

Alisha Wilkes

6/2/2011

**Bryan Garcia**

| | |
|---|---|
| **From:** | Alisha Wilkes [alishawilkes@hotmail.com] |
| **Sent:** | Wednesday, April 08, 2009 11:57 AM |
| **To:** | bryangarcia@exitheritage.com |
| **Subject:** | RE: Application |

I've got an email in to John to see if a 12-month lease will be okay.  I'm not sure if I told you, be he's set the final trial date for Sept 22 and 23.  If everything goes my way, I'm expected to begin paying my bill at his firm shortly after that, so I just want to check with him to be sure that what I stand to make in rent after the trial will be enough to cover whatever I may potentially owe them at that time.  I will let you know ASAP.

If the outcome of the case is in my favor but I need to sell the house in order to pay the attorney bills before the twelve months is up, would the language that you are putting in the lease allow for that?

Again, sorry for the confusion.

From: bryangarcia@exitheritage.com
To: alishawilkes@hotmail.com
Subject: RE: Application
Date: Wed, 8 Apr 2009 11:16:46 -0400

12 month

*Bryan Garcia*

Associate Broker

EXIT Heritage Realty

15030 Washington Street

Haymarket, VA  20169

bryangarcia@exitheritage.com

(o) 703-753-9100 x103

(c) 703-517-2574

(f) 703-753-5828

**From:** Alisha Wilkes [mailto:alishawilkes@hotmail.com]
**Sent:** Wednesday, April 08, 2009 11:05 AM
**To:** bryangarcia@exitheritage.com
**Subject:** RE: Application

GMAC/AW 2870

GMAC/AW 2871

How long of a lease are they interested in?

From: bryangarcia@exitheritage.com
To: alishawilkes@hotmail.com
Subject: RE: Application
Date: Wed, 8 Apr 2009 10:55:51 -0400

No, these are not the Lease w/Option to buy people.  That application is coming in at 6.0 out of 10.0 with collections and lates.

I agree on the price.  I think you can stand firm on the price of $1900/mo.

Let me know what you want to do.

*Bryan Garcia*

Associate Broker

EXIT Heritage Realty

15030 Washington Street

Haymarket, VA  20169

bryangarcia@exitheritage.com

(o) 703-753-9100 x103

(c) 703-517-2574

(f) 703-753-5828

From: Alisha Wilkes [mailto:alishawilkes@hotmail.com]
Sent: Wednesday, April 08, 2009 10:19 AM
To: bryangarcia@exitheritage.com
Subject: RE: Application

Good morning, Bryan.

They look good to me, but are these the tenants that want to rent with the option to buy?  I think $1850 is really low for my house, even if they do want to do a longer lease.  Townhouses in the area are going for more than that.

It's difficult for me to talk on the phone at work because I don't have any privacy, but I will try to sneak out for a few minutes in just a bit.

Thanks,

Alisha

GMAC/AW 2872

---

From: bryangarcia@exitheritage.com
To: alishawilkes@hotmail.com
Subject: Application
Date: Wed, 8 Apr 2009 09:35:13 -0400

Alisha,

I have attached the screening results for the applicant I mentioned.  They are offering $1850/mo.  Call me to discuss and decide what you want to do.

Thanks,

*Bryan Garcia*

Associate Broker

EXIT Heritage Realty

15030 Washington Street

Haymarket, VA  20169

bryangarcia@exitheritage.com

(o) 703-753-9100 x103

(c) 703-517-2574

(f) 703-753-5828

6/2/2011