Date: 7/1/11              Judge: <u>Thomas Rawles Jones, Jr.</u>
                          Reporter: <u>FTR</u>
Start: 10:00
Finish: 10:45

Civil Action Number: 10cv1160

Alisha W. Wilkes

vs.

GMAC Mortgage, LLC et al

Appearances of Counsel for (~~X~~)Pltf (~~X~~)Deft
( ) Matter is uncontested
Motion to/for:
#83 – Plft's motion for sanctions
#91 – Δ's motion to strike
#92 – Plft's supplemental motion for sanctions
#97 – Δ's motion to strike

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____
#91 + #97 – overruled

#92 – Denied
#83 – treated as a motion to compel – Granted

#79 – motion to exclude reset for 7/29/11 and to be heard with any additional motion to exclude and for summary judgment that are filed.

( ) Report and Recommendation to Follow
(X) Order to Follow