IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| ALISHA W. WILKES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10cv1160 |
| | ) | |
| GMAC MORTGAGE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

O R D E R

For the reasons stated from the bench, and in accord with specific rulings made at that time, it is

ORDERED as follows:

1. Plaintiff's Motion for Sanctions (no. 83) is treated as a motion to compel, which is GRANTED.

2. GMAC's Motion to Strike Motion for Sanctions (no. 91) is DENIED.

3. Plaintiff's Supplemental Motion for Sanctions (no. 92) is DENIED.

4. GMAC's Motion to Strike Supplemental Motion for Sanctions is DENIED.

ENTERED this 1st day of July, 2011.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia