Capital Reporting Company
Wilkes, Alisha - Volume I 05-11-2011

1

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

------------------------------:
ALISHA W. WILKES,             :  Case No. 1:10-cv-01160
                              :  (CMH-TRJ)
          Plaintiff,          :
                              :
vs.                           :
                              :
EXPERIAN INFORMATION          :
SOLUTIONS, INC., et al.,      :  Volume I
                              :
          Defendants.         :  (Pages 1 - 141)
------------------------------:

Fairfax, Virginia

Wednesday, May 11, 2011

Videotaped deposition of:

ALISHA WILKES

called for oral examination by counsel for Defendant, pursuant to notice, at the law offices of John Bazaz, 4000 Legato Road, Suite 1100, Fairfax, Virginia, before LaQuicia Thomas of Capital Reporting Company, a Notary Public in and for the Commonwealth of Virginia, beginning at 11:06 a.m., when were present on behalf of the respective parties:

(866) 448 - DEPO
www.CapitalReportingCompany.com
© 2011


EXHIBIT A

Capital Reporting Company
Wilkes, Alisha - Volume I 05-11-2011

2

1  On behalf of the Plaintiff:

2      JOHN C. BAZAZ, ESQUIRE
       Law Offices of John C. Bazaz, PLC
3      4000 Legato Road, Suite 1100
       Fairfax, Virginia 22033
4      (703) 272-8455

5      LEONARD ANTHONY BENNETT, ESQUIRE
       Consumer Litigation Associates, P.C.
6      12515 Warwick Boulevard, Suite 100
       Newport News, Virginia 23606
7      (757) 930-3660
       (Appeared Telephonically)
8

9  On behalf of the Defendant,
   GMAC Mortgage, LLC:
10
       JOHN C. LYNCH, ESQUIRE
11     Troutman Sanders, LLP
       222 Central Park Avenue, Suite 2000
12     Virginia Beach, Virginia 23462
       (757) 687-7765
13

14 On behalf of the Defendant,
   America Funding, Inc.:
15
       BRIAN NELSON CASEY, ESQUIRE
16     Taylor & Walker, P.C.
       555 Main Street
17     P.O. Box 3490
       Norfolk, Virginia 23514-3490
18     (757) 625-7300

19
   Also present:
20
       Dylan Browne, Video Technician
21

22                  * * * * *

Capital Reporting Company
Wilkes, Alisha - Volume I 05-11-2011

169

| # | | | Time |
|---|---|---|---|
| 1 | | 2009. | 14:20:14 |
| 2 | Q | And is it fair to say, in 2009 and | 14:20:14 |
| 3 | | 2010, you were regularly checking your credit | 14:20:18 |
| 4 | | report? | 14:20:22 |
| 5 | A | Yes. Pretty regularly. | 14:20:22 |
| 6 | Q | Like how often can you recall? | 14:20:25 |
| 7 | A | Oh, probably once every other month. | 14:20:28 |
| 8 | Q | Okay. That's all I've got with that. | 14:20:31 |
| 9 | | MR. LYNCH: Make this Exhibit 15. | 14:20:36 |
| 10 | BY MR. LYNCH: | | 14:21:47 |
| 11 | Q | Can you identify this document, | 14:21:47 |
| 12 | | Ms. Wilkes? | 14:21:50 |
| 13 | A | Yes. It's another credit report. | 14:21:50 |
| 14 | Q | What's the date of it? | 14:21:52 |
| 15 | A | September 13, 2010. | 14:21:54 |
| 16 | Q | Would you agree with me that by this | 14:21:56 |
| 17 | | time, the GMAC Mortgage account that was | 14:22:09 |
| 18 | | incurred as a result of your husband's | 14:22:17 |
| 19 | | identity theft had been deleted from your | 14:22:22 |
| 20 | | credit report? | 14:22:26 |
| 21 | A | No. It's not been deleted. It's | 14:22:26 |
| 22 | | still on there. | 14:22:29 |

Capital Reporting Company
Wilkes, Alisha - Volume I 05-11-2011

170

| | | | |
|---|---|---|---|
| 1 | Q | Tell me what page you're looking at. | 14:22:30 |
| 2 | A | Page 2. Am I misunderstanding? | 14:22:33 |
| 3 | Q | Do you know if that -- which GMAC | 14:22:43 |
| 4 | | account that is, if that was your original | 14:22:53 |
| 5 | | GMAC account or if it's the one that was -- | 14:22:57 |
| 6 | A | Well, it says account ▬▬ I'm not | 14:22:59 |
| 7 | | sure which one that is. | 14:23:03 |
| 8 | Q | Let's see. If you want to look back | 14:23:09 |
| 9 | | at a previous credit report to compare the | 14:23:41 |
| 10 | | account numbers, I think that will help you | 14:23:47 |
| 11 | | answer the question. | 14:23:51 |
| 12 | A | It looks like that might be the | 14:24:14 |
| 13 | | original one, the first one. | 14:24:16 |
| 14 | Q | That's our understanding. | 14:24:17 |
| 15 | A | Okay, okay. It looks like it might | 14:24:20 |
| 16 | | be the original one then. | 14:24:22 |
| 17 | Q | I just wanted to ask you if you had | 14:24:22 |
| 18 | | any understanding that the GMAC account that | 14:24:25 |
| 19 | | had been fraudulently opened by your husband, | 14:24:28 |
| 20 | | that by September of 2010, if not earlier, | 14:24:32 |
| 21 | | that had been deleted from your credit report? | 14:24:33 |
| 22 | A | Yes. It appears it was deleted by | 14:24:36 |

Capital Reporting Company
Wilkes, Alisha - Volume I 05-11-2011

```
                                                                  171
 1  then.                                                    14:24:39
 2      Q    And you and I can agree that based              14:24:40
 3  on -- looking at -- at September 2010 credit              14:24:43
 4  report, that your initial mortgage with GMAC              14:24:46
 5  that was entered into in 2005 is still on your            14:24:51
 6  credit report showing a zero balance?                     14:24:52
 7      A    Correct.                                         14:24:54
 8      Q    Okay.  Did you have that                         14:24:55
 9  understanding back in September of 2010?                  14:24:56
10      A    I believe I did know by then.                   14:24:59
11      Q    That you knew the fraudulent GMAC               14:25:02
12  account had been deleted?                                14:25:06
13      A    It had been -- it -- I knew it had              14:25:09
14  been deleted at that pull.  Each time I would            14:25:11
15  pull the credit report, yes, I knew it had               14:25:16
16  been deleted at each specific pull of the                14:25:20
17  credit report.                                           14:25:25
18      Q    So after you received this particular            14:25:25
19  report in September 2010, you knew that GMAC              14:25:28
20  was no longer reporting the second account?              14:25:32
21      A    I don't remember specifically looking           14:25:34
22  at it, but if I would have pulled this and               14:25:37
```

Capital Reporting Company
Wilkes, Alisha - Volume I 05-11-2011

172

| | | | |
|---|---|---|---|
| 1 | looked at it, then, yes, I would have had that | | 14:25:42 |
| 2 | understanding that GMAC was not reporting in | | 14:25:43 |
| 3 | September of 2009. | | 14:25:47 |
| 4 | Q | '10. | 14:25:48 |
| 5 | A | '10.  I'm sorry. | 14:25:48 |
| 6 | Q | Okay. | 14:25:48 |
| 7 | A | September of 2010.  Yes. | 14:25:49 |
| 8 | Q | So you would agree with me that the | 14:25:49 |
| 9 | time period that we're dealing with, in this | | 14:25:51 |
| 10 | case, is after you had the state court trial, | | 14:25:53 |
| 11 | GMAC continued to report the | | 14:25:56 |
| 12 | fraudulently-opened account from March to | | 14:25:59 |
| 13 | either August or September of 2010? | | 14:26:01 |
| 14 | A | Yes. | 14:26:04 |
| 15 | Q | And it's fair to say that -- | 14:26:06 |
| 16 | what's -- well, let me ask you, what's the | | 14:26:15 |
| 17 | date of that credit report in September of | | 14:26:18 |
| 18 | 2010? | | 14:26:22 |
| 19 | A | September 13 -- | 14:26:22 |
| 20 | Q | Okay. | 14:26:22 |
| 21 | A | -- 2010. | 14:26:24 |
| 22 | Q | It's fair to say you don't know the | 14:26:24 |

Capital Reporting Company
Wilkes, Alisha - Volume I 05-11-2011

173

| | | |
|---|---|---|
| 1 | specific date prior to September 13, 2010, | 14:26:27 |
| 2 | when GMAC deleted that account from your | 14:26:30 |
| 3 | credit report? | 14:26:33 |
| 4 | A    I don't. | 14:26:34 |
| 5 | Q    So in generalities, we're talking | 14:26:35 |
| 6 | about a six-month period following the trial | 14:26:53 |
| 7 | where you're contending GMAC continued to | 14:26:57 |
| 8 | report the fraudulently-opened account on your | 14:27:01 |
| 9 | credit report? | 14:27:06 |
| 10 | A    March, April, May, June, July, | 14:27:06 |
| 11 | August, September. So about seven months. | 14:27:07 |
| 12 | Q    But it could be six, based on the | 14:27:08 |
| 13 | fact you don't know exactly when it was | 14:27:10 |
| 14 | deleted? | 14:27:13 |
| 15 | A    Yes. I don't know if there is a | 14:27:14 |
| 16 | credit report close to September or not that I | 14:27:16 |
| 17 | could look at, but by September, it was gone, | 14:27:18 |
| 18 | according to this. | 14:27:22 |
| 19 | Q    From the -- March 2010 through | 14:27:24 |
| 20 | September 2010, would you agree with me that | 14:27:30 |
| 21 | you were not under the care of any healthcare | 14:27:36 |
| 22 | providers on a regular basis? | 14:27:41 |

Capital Reporting Company
Wilkes, Alisha - Volume I 05-11-2011

208

| | | |
|---|---|---|
| 1 | foreclosure, repossession, or suit, do you | 15:03:29 |
| 2 | know what that means? | 15:03:29 |
| 3 | A   I know what foreclosure is. | 15:03:29 |
| 4 | Garnishment -- I wasn't having anything | 15:03:33 |
| 5 | garnished or attached.  I didn't have any -- | 15:03:36 |
| 6 | that doesn't apply to me.  Didn't have | 15:03:36 |
| 7 | anything repossessed.  Was not involved in any | 15:03:40 |
| 8 | other litigation at that point.  So | 15:03:43 |
| 9 | foreclosure is the only one on that list | 15:03:50 |
| 10 | that -- | 15:03:52 |
| 11 | Q   When were you foreclosed on? | 15:03:52 |
| 12 | A   I wasn't. | 15:03:54 |
| 13 | Q   Okay.  So you've never -- | 15:03:55 |
| 14 | A   But it was listed as -- on -- at | 15:03:55 |
| 15 | different points.  Foreclosure was listed | 15:03:57 |
| 16 | under the GMAC account on my credit report, | 15:03:57 |
| 17 | that the house was in foreclosure. | 15:04:04 |
| 18 | Q   Have you ever talked with anybody at | 15:04:06 |
| 19 | Precision Funding? | 15:04:08 |
| 20 | A   I don't believe so. | 15:04:10 |
| 21 | Q   I'm looking at the date.  It looks | 15:04:17 |
| 22 | like it was in May of 2010 when it was denied, | 15:04:28 |

Capital Reporting Company
Wilkes, Alisha - Volume I 05-11-2011

209

| | | | |
|---|---|---|---|
| 1 | | at the bottom. | 15:04:32 |
| 2 | A | Okay.  Notice was mailed in May. | 15:04:37 |
| 3 | | Okay. | 15:04:40 |
| 4 | Q | And what date in July did you sell | 15:04:41 |
| 5 | | the house? | 15:04:43 |
| 6 | A | I don't remember. | 15:04:44 |
| 7 | Q | When did you put the house on the | 15:04:45 |
| 8 | | market to be sold? | 15:04:48 |
| 9 | A | I'm not sure. | 15:04:49 |
| 10 | Q | Who was your real estate agent? | 15:04:50 |
| 11 | A | Bryan Garcia was his name. | 15:04:53 |
| 12 | Q | Did you know when the -- did you have | 15:04:57 |
| 13 | | a real estate agent prior to Bryan Garcia? | 15:04:57 |
| 14 | A | No. | 15:05:01 |
| 15 | Q | And which company does Bryan Garcia | 15:05:01 |
| 16 | | work for? | 15:05:06 |
| 17 | A | I believe he works for himself. | 15:05:06 |
| 18 | Q | Was it called Bryan Garcia Real | 15:05:08 |
| 19 | | Estate or -- | 15:05:14 |
| 20 | A | I don't know.  I'm not sure. | 15:05:14 |
| 21 | Q | Is he in Fairfax or do you know? | 15:05:15 |
| 22 | A | He's in Haymarket. | 15:05:17 |

Capital Reporting Company
Wilkes, Alisha - Volume I 05-11-2011

219

| | | |
|---|---|---|
| 1 | else. | 15:14:05 |
| 2 | MR. LYNCH: I'd ask -- this will be | 15:14:07 |
| 3 | the next exhibit, 20 -- | 15:14:07 |
| 4 | MR. BAZAZ: 2. | 15:14:07 |
| 5 | MR. LYNCH: 22. | 15:14:07 |
| 6 | BY MR. LYNCH: | 15:14:25 |
| 7 | Q And how quickly, both with Quicken | 15:14:25 |
| 8 | and Precision, did you get these denial | 15:14:29 |
| 9 | letters after you applied for the loan? Was | 15:14:30 |
| 10 | it usually a week or two? | 15:14:34 |
| 11 | A I don't remember. I'm not sure how | 15:14:36 |
| 12 | quickly they came. | 15:14:38 |
| 13 | Q May 24, 2010, is Exhibit 22, the | 15:14:42 |
| 14 | letter from Quicken? | 15:14:48 |
| 15 | A Yes. | 15:14:51 |
| 16 | Q And it appears that the loan was not | 15:14:51 |
| 17 | approved? | 15:14:59 |
| 18 | A Correct. | 15:15:00 |
| 19 | Q And it appears the reasons were | 15:15:01 |
| 20 | credit history, current/previous slow | 15:15:04 |
| 21 | payments, judgments, liens, or bankruptcy? | 15:15:07 |
| 22 | A Yes. | 15:15:13 |

Capital Reporting Company
Wilkes, Alisha - Volume I 05-11-2011

233

| | | | |
|---|---|---|---|
| 1 | | jewelry at Zales that you were prevented from | 15:28:00 |
| 2 | | getting, based on only getting a $600 credit | 15:28:04 |
| 3 | | limit from Zales? | 15:28:08 |
| 4 | A | No. | 15:28:10 |
| 5 | Q | Is there a balance on the Zales card | 15:28:10 |
| 6 | | today? | 15:28:17 |
| 7 | A | No. | 15:28:17 |
| 8 | Q | I'm going to make sure I kind of | 15:28:19 |
| 9 | | understand the categories of damages that | 15:28:26 |
| 10 | | you're claiming in this case. My | 15:28:26 |
| 11 | | understanding is from the March through the | 15:28:28 |
| 12 | | September time frame, you're claiming | 15:28:30 |
| 13 | | emotional distress; is that true? | 15:28:32 |
| 14 | A | Yes. | 15:28:34 |
| 15 | Q | And my understanding is you're | 15:28:35 |
| 16 | | claiming these two credit denials from | 15:28:38 |
| 17 | | Precision and Quicken Funding (sic)? | 15:28:42 |
| 18 | A | Correct. | 15:28:44 |
| 19 | Q | Is there anything specifically | 15:28:44 |
| 20 | | relating to the Banana Republic and the Zales | 15:28:47 |
| 21 | | credit card that you're claiming as damages in | 15:28:52 |
| 22 | | this case? | 15:28:54 |

Capital Reporting Company
Wilkes, Alisha - Volume I 05-11-2011

234

| | | | |
|---|---|---|---|
| 1 | A | In that time frame? | 15:28:55 |
| 2 | Q | Yeah. | 15:28:56 |
| 3 | A | No. | 15:28:57 |
| 4 | Q | Are there any other damages that you're claiming in this case, other than emotional distress between March and September of 2010 and the two credit denials? | 15:28:58 15:29:00 15:29:01 15:29:04 |
| 8 | A | Well, there would have been, you know, my lost time -- | 15:29:07 15:29:16 |
| 10 | Q | Okay. | 15:29:17 |
| 11 | A | -- while I was dealing with this. | 15:29:18 |
| 12 | Q | How much time would you put on it? | 15:29:21 |
| 13 | A | In that time frame? | 15:29:24 |
| 14 | Q | Yeah.  March 2010 to September 2010. | 15:29:30 |
| 15 | A | Probably between 30 and 40 hours. | 15:29:35 |
| 16 | Q | Between March 2010 and September 2010, did you ever come to Northern Virginia? | 15:29:38 15:29:41 15:29:46 |
| 19 | A | I can't remember.  March 2010 to September 2010? | 15:29:46 15:29:51 |
| 21 | Q | Yeah. | 15:29:53 |
| 22 | A | Yes. | 15:29:54 |

Capital Reporting Company
Wilkes, Alisha - Volume I 05-11-2011

235

| | | | |
|---|---|---|---|
| 1 | Q | Was the purpose of that trip anything | 15:29:55 |
| 2 | associated to this case? | | 15:29:58 |
| 3 | A | No. | 15:30:00 |
| 4 | Q | What was the purpose of that trip? | 15:30:01 |
| 5 | A | Just a short vacation with my son to | 15:30:03 |
| 6 | visit -- and to visit friends. | | 15:30:08 |
| 7 | Q | So the 30 to 40 hours isn't related | 15:30:09 |
| 8 | to that trip? | | 15:30:14 |
| 9 | A | No, no. | 15:30:14 |
| 10 | Q | So the 30 to 40 hours is time you | 15:30:15 |
| 11 | spent in Keyser, West Virginia? | | 15:30:18 |
| 12 | A | Correct. | 15:30:20 |
| 13 | Q | So emotional distress from March 2010 | 15:30:21 |
| 14 | through September 2010, that's one category, | | 15:30:28 |
| 15 | right? | | 15:30:32 |
| 16 | A | Okay. | 15:30:32 |
| 17 | Q | Is that true? | 15:30:33 |
| 18 | A | Yes. | 15:30:33 |
| 19 | Q | 30 to 40 hours of your time, that's | 15:30:34 |
| 20 | the second category? | | 15:30:37 |
| 21 | A | Yes. But I would also say I spent a | 15:30:38 |
| 22 | lot of time -- that's time that I probably | | 15:30:41 |

Capital Reporting Company
Wilkes, Alisha - Volume I 05-11-2011

```
                                                                    236
 1   would have spent actually working on things.          15:30:43
 2   But there's also a lot of time -- you know,           15:30:45
 3   time when I should have been interacting with         15:30:57
 4   my son, talking to my friends that I was              15:30:57
 5   distracted, that I was stressed out.  You             15:30:57
 6   know, there's --                                      15:31:01
 7       Q    Isn't that part of the emotional             15:31:01
 8   distress, though?                                     15:31:04
 9       A    I guess, I guess.                            15:31:06
10            -- unquantifiable time that I spent          15:31:07
11   mentally elsewhere.                                   15:31:11
12       Q    So it's emotional distress between           15:31:15
13   March and September 2010, 30 to 40 hours of           15:31:18
14   time with the caveat that there was other time        15:31:22
15   that you might have been distracted or annoyed        15:31:24
16   because of this?                                      15:31:27
17       A    Yes.                                         15:31:27
18       Q    And then the third category is the           15:31:28
19   two credit denials from Quicken and Precision         15:31:31
20   Funding?                                              15:31:36
21       A    Yes.                                         15:31:36
22       Q    Is that it?                                  15:31:36
```

Capital Reporting Company
Wilkes, Alisha - Volume I 05-11-2011

237

| | | | |
|---|---|---|---|---|
| 1 | A | Well, it's my understanding that | 15:31:39 |
| 2 | | punitive damages are also an issue. | 15:31:51 |
| 3 | Q | Okay. Is that it? | 15:31:54 |
| 4 | A | That's all I can think of at this | 15:32:03 |
| 5 | | time. | 15:32:06 |
| 6 | Q | Okay. And the reason I'm asking you | 15:32:06 |
| 7 | | this is I represent GMAC, and I want to know | 15:32:08 |
| 8 | | what the -- your alleged damages are, and | 15:32:12 |
| 9 | | that's the whole reason why we're taking the | 15:32:13 |
| 10 | | deposition today. So I just want to be able | 15:32:16 |
| 11 | | to put a circle around it. So that's the | 15:32:18 |
| 12 | | reason I was asking those questions. | 15:32:21 |
| 13 | A | Okay. | 15:32:36 |
| 14 | | MR. LYNCH: Ms. Wilkes, at this time, | 15:32:36 |
| 15 | | that's all the questions I have. And I really | 15:32:39 |
| 16 | | appreciate your time today. | 15:32:41 |
| 17 | | THE WITNESS: Thank you. | 15:32:43 |
| 18 | | VIDEO TECHNICIAN: Go off the record? | 15:32:45 |
| 19 | | MR. LYNCH: Yep. | 15:32:45 |
| 20 | | VIDEO TECHNICIAN: The time is 3:34 | 15:32:46 |
| 21 | | p.m. We're going off the record. | 15:32:51 |
| 22 | | (Whereupon, a brief recess was had.) | 15:42:03 |