Page 1

IN THE UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ALISHA W. WILKES,           X
    Plaintiff,              X
                            X
VS.                         X   Civil no.
                            X   1:10-cv-001160(CMH-TRJ)
EXPERIAN INFORMATION        X
SOLUTIONS, INC., et al.,    X
    Defendants.

VIDEOTAPED

ORAL DEPOSITION OF

JASON SCOTT

June 2, 2011

VIDEOTAPED ORAL DEPOSITION OF JASON SCOTT, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and above-numbered cause on the 2nd day of June, 2011, from 10:47 a.m. to 2:22 p.m., before Laura D. Glenn, CSR in and for the State of Texas, reported by machine shorthand, at the law offices of Jones Day, 2727 North Harwood, Fifth Floor, located in the city of Dallas, state of Texas, pursuant to the Rules of Civil Procedure and the provisions stated on the record.

Maxene Weinberg Agency
(800) 640-1949



EXHIBIT D

```
 1                    A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFF (VIA TELEPHONE)

 4        MR. LEONARD BENNETT
          Consumer Litigation Associates
 5        12515 Warwick Boulevard
          Suite 100
 6        Newport News, Virginia  23606
          757-930-3660
 7

 8   FOR THE DEFENDANT AMERICA FUNDING (VIA TELEPHONE)

 9        MR. BRIAN NELSON CASEY
          Taylor and Walker, PC
10        1300 First Virginia Tower
          555 Main Street
11        P.O. Box 3490
          Norfolk, Virginia  23510
12        757-625-7300

13
     FOR THE DEFENDANT GMAC MORTGAGE, LLC (VIA TELEPHONE)
14
          MR. ETHAN G. OSTROFF
15        Troutman Sanders LLP
          222 Central Park Avenue
16        Suite 2000
          Virginia Beach, Virginia  23462
17        757-687-7765

18
     FOR EXPERIAN INFORMATION SOLUTIONS, INC.
19
          MR. MIGUEL F. EATON
20        Jones Day
          51 Louisiana Avenue, N.W.
21        Washington, D.C.  20001-2113
          202-879-3939
22

23   ALSO PRESENT

24        Ms. Kathy Bentley, Videographer

25
```

Page 34

| | | | |
|---|---|---|---|
| 11:38:57 | 1 | A. | That would signify that as of April 3rd, 2010, |
| | 2 | | GMAC Mortgage did not respond to this investigation request. |
| 11:39:06 | 3 | Q. | Well, let's go further up.  You have the date that |
| 11:39:08 | 4 | | it was sent that says March 15th, 2010, correct? |
| | 5 | A. | Correct. |
| 11:39:15 | 6 | Q. | And then below that, it has the date due, April 3rd, |
| 11:39:17 | 7 | | 2010, correct? |
| | 8 | A. | Yes. |
| 11:39:26 | 9 | Q. | So Experian sent the ACDV to GMAC on March 15th, |
| 11:39:28 | 10 | | 2010, correct? |
| | 11 | A. | Yes. |
| | 12 | Q. | And then it was supposed to receive a response -- or |
| 11:39:39 | 13 | | it had a drop dead response date requirement of April 3rd, |
| | 14 | | 2010, correct? |
| 11:39:44 | 15 | A. | Yes, this ACDV did have a due date of April 3rd, |
| 11:39:47 | 16 | | 2010. |
| 11:39:51 | 17 | Q. | And then it says, response date. |
| 11:39:54 | 18 | | What is the response date, r-e-s-p date? |
| 11:39:54 | 19 | A. | The r-e-s-p date would indicate a -- |
| 11:39:58 | 20 | Q. | Yes. |
| | 21 | A. | -- response date of March 19th, 2010. |
| 11:40:04 | 22 | Q. | That is the date that GMAC actually returned the |
| 11:40:06 | 23 | | ACDV back to Experian, correct? |
| | 24 | A. | That is correct. |
| | 25 | Q. | And the DNR date, that is the date that if the |