Capital Reporting Company
Hendricks, Evan  06-06-2011

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

- - - - - - - - - - - - - - - - :
                                 :
ALISHA WILKES,                   :
                                 :
        Plaintiff,               :   CASE NO.
                                 :
        v.                       :   1:10-CV-01160CMH-TRJ
                                 :
GMAC MORTGAGE, LLC, ET AL.,      :
                                 :
        Defendants.              :
                                 :
- - - - - - - - - - - - - - - - :

                                McLean, Virginia

                                Monday, June 6, 2011

Deposition of:

                EVAN HENDRICKS

called for oral examination by counsel for Defendants, pursuant to notice, at the offices of Troutman Sanders, 1660 International Drive, Suite 600, McLean, Virginia, before Constance H. Rhodes, of Capital Reporting Company, a Notary Public in and for the Commonwealth of Virginia, commencing at 9:49 a.m., when were present on behalf of the respective parties:

Capital Reporting Company
Hendricks, Evan  06-06-2011

2

```
 1              A P P E A R A N C E S

 2  On behalf of Plaintiff:

 3      JOHN C. BAZAZ, ESQUIRE

 4      Law Offices of John C. Bazaz, PLC

 5      4000 Legato Road

 6      Suite 1100

 7      Fairfax, Virginia 22033

 8      (703) 272-8455

 9

10      LEONARD A. BENNETT, ESQUIRE (Via Telephone)

11      Consumer Litigation Associates

12      12515 Warwick Boulevard

13      Newport News, Virginia 23606

14      (757) 930-3662

15

16  On behalf of Defendant GMAC MORTGAGE, LLC:

17      ETHAN OSTROFF, ESQUIRE

18      Troutman Sanders, LLP

19      222 Central Park Avenue

20      Suite 2000

21      Virginia Beach, Virginia 23462

22      (757) 687-7451
```

Capital Reporting Company
Hendricks, Evan  06-06-2011

177

1      Q    And you agree that the only violations of
2   the FCRA that are being claimed in this case by the
3   plaintiff against GMAC derive solely from GMAC's
4   handling of the ACDVs, correct?
5      A    Or for violations of the Fair Credit
6   Reporting Act.
7      Q    Right.  And so you agree that the only
8   violations of the Fair Credit Reporting Act that are
9   being claimed in this case by the plaintiff against
10  GMAC arise solely from GMAC's handling of the ACDVs,
11  right?
12     A    I mean I have to answer by saying that,
13  yeah, the violations of the Fair Credit Reporting Act
14  were a failure to conduct a reasonable investigation.
15     Q    So you agree that no potential Fair Credit
16  Reporting Act violation occurred in this case until
17  GMAC responded to the ACDVs in March of 2010, correct?
18     A    Right.  For -- my understanding of how the
19  FCRA works and how courts have interpreted it is that,
20  yes, it would only be from that dispute on -- the
21  dispute to the credit reporting agencies on.
22     Q    And you're aware that GMAC only received

Capital Reporting Company
Hendricks, Evan 06-06-2011

178

1  ACDVs from the consumer reporting agencies in March of
2  2010, right?
3      A    That's my understanding, yes.
4      Q    And you agree that the plaintiff does not
5  have a private right of action under the FCRA until
6  she made a dispute to the CRAs in March 2010, right?
7      A    That's -- that's my understanding of the
8  traditional interpretation of the FCRA, yes.
9      Q    So do you agree that there are no other
10 potential FCRA violations other than the ACDV
11 responses by GMAC in this case?
12     A    Yes.  I think those are the main issue under
13 the FCRA.
14     Q    Do you think there are any other potential
15 violations by GMAC in this case?
16     A    Yes.  There could be state law violations
17 preceding March of 2010.
18     Q    Sure.  Just specifically with the FCRA.
19     A    I think those are the main ones.
20     Q    Do you agree that the FCRA does not require
21 GMAC to delete the tradeline for this account after
22 receiving the state court's final order that declared

Capital Reporting Company
Hendricks, Evan  06-06-2011

208

```
 1      Q    Previously, we were discussing the GMAC
 2  Mortgage account that appears on the document that's
 3  600100 and part of Exhibit 15, right?
 4      A    Yes.
 5      Q    That's a mortgage account that begins with
 6  account number ████, right?
 7      A    Yes.
 8      Q    And the account that's the subject of this
 9  dispute in this complaint by Ms. Wilkes is an account
10  that begins with the numbers ████ right?
11      A    That's correct.
12      Q    And that's reflected, for instance, in
13  Exhibit 11, right?
14      A    Right.
15      Q    And if you look through Exhibit 15, the GMAC
16  Mortgage account with account number ████ no longer
17  appears in the plaintiff's credit report; is that
18  right?
19      A    That's right.
20      Q    And that no longer appears at least as early
21  as September 13th of 2010, right.
22      A    Correct.
```