LAW OFFICES OF

## SCOTT ALAN WEIBLE, P.L.L.C.

15000 WASHINGTON STREET, SUITE 280
HAYMARKET, VIRGINIA 20169
scott@weible.com

TELEPHONE (866) 378-2350
TELECOPIER (866) 378-2350
www.weible.com

October 22, 2008

Via Mail and Facsimile to (319) 236-5167

GMAC Mortgage
Attention: Customer Care
P.O. Box 4622
Waterloo, IA 50704-4622

**Re: Violation of Federal Consumer Credit Protection, Truth in Lending and Fair Debt Collection Practices Acts: Notice of Rescission and Demand for Payment of Costs and Attorneys Fees.**

Dear GMAC Mortgage:

I represent Alisha W. Wilkes, 18018 Densworth Mews, Gainesville, Virginia, 201552.

It has come to my client's attention that GMAC Mortgage claims her home as collateral for a loan (which is listed on her credit report as "Fannie Mae 1▇▇▇▇2987, ▇▇▇▇▇▇▇▇▇▇5809" in the approximate amount of $370,000.00 ("UNAUTHORIZED 1st MORTGAGE").

Ms. Wilkes was entirely unaware of the UNAUTHORIZED 1ST MORTGAGE until just days ago when she and her husband separated. Ms. Wilkes did not authorizes, acquiesce in or otherwise agree to the UNAUTHORIZED 1ST MORTGAGE. Nor did Ms. Wilkes agree to, authorize or otherwise acquiesce in the collection, storage, inquiry about or any other use of any information about her in connection with the UNAUTHORIZED 1ST MORTGAGE, and in particular did not agree to or otherwise acquiesce in any information being placed in her creditor report or otherwise be reported to any credit reporting agency for any purpose connected with the UNAUTHORIZED 1ST MORTGAGE.

Exhibit C

Ms. Wilkes' Documents Bate Stamp No. 400002

GMAC Mortgage
Attention: Customer Care
Page 2
October 22, 2008

Therefore, in accordance the laws of the Commonwealth of Virginia and with the Consumer Credit Protection, Truth in Lending and Fair Debt Collections Practices Acts, Ms. Wilkes hereby rescinds the UNAUTHORIZED 1ST MORTGAGE and demands that GMAC Mortgage and/or those acting on its behalf, take immediate steps to cancel said UNAUTHORIZED 1ST MORTGAGE, any related deed of trust or other encumbrance associated with her home, to expunge all record of said UNAUTHORIZED 1ST MORTGAGE and any related deed of trust or other encumbrance associated with her home and to remove any and all reference to UNAUTHORIZED 1ST MORTGAGE from each and every place where it appears in her credit history, that her attorneys fees and costs incurred in connection with this UNAUTHORIZED 1st MORTGAGE be paid forthwith; and that all payments, interest, costs and other expenses which were paid in connection with the UNAUTHORIZED 1ST MORTGAGE be refunded to Ms. Wilkes.

Finally, you are advised that, inasmuch as Ms. Wilkes is now represented by counsel that you may not contact her for any reason whatsoever. Please direct all communications about this matter to me.

Sincerely yours,

Scott Alan Weible, Esq.
SCOTT ALAN WEIBLE, P.L.L.C.

SAW:hmo
10021.00001 0810220002.saw

2

Ms. Wilkes' Documents Bate Stamp No. 400003