**GMAC Mortgage**

November 7, 2008

Scott Alan Weible
15000 Washington Street
Suite 280
Haymarket VA  20169

RE:   Client:              Alisha W Wilkes
      Account Number:      xxxxxx6580
      Property Address:    18018 Densworth Mews
                           Gainesville VA  20155

Dear Mr. Weible:

We have received your correspondence dated October 22, 2008, in which you allege that Alisha W. Wilkes has been the victim of identity theft in the origination of the above referenced loan.

To proceed with review and investigation of the allegation, supporting documentation is required of all claimants wishing to raise the matter of identity theft. Enclosed please find an instruction letter and affidavit. All required information must be provided by Ms. Wilkes, in addition to completing and returning the affidavit, affixed with her notarized signature.

We look forward to assisting in the resolution of this matter. Please note that until all required documentation has been received, servicing activities, including default remedies and credit reporting will continue.

Pursuant to your statement of representation, all contact on this account will be directed to you.

You may contact Kari Krull at 1-800-766-4622, extension 2367510 if you have additional questions.

Customer Care
Loan Servicing

451 Hammond Avenue
Waterloo, IA 50704

Exhibit D

Ms. Wilkes' Documents Bate Stamp No. 400009

# GMAC Mortgage

November 7, 2008

Scott Alan Weible
15000 Washington Street
Suite 280
Haymarket VA 20169

RE:   Client:            Alisha W Wilkes
      Account Number:    xxxxxx6580
      Property Address:  18018 Densworth Mews
                         Gainesville VA 20155

Dear Mr. Weible:

This is to acknowledge our receipt of the allegation of Identity Theft in the origination of the above-referenced loan, in the name of Alisha W. Wilkes.

- Identity theft is the fraudulent use of your personal information by another without your knowledge, permission, or participation.
- Fraud is a much broader term that includes situations where the claimant has in some way been misled or deceived by another. While GMAC Mortgage, LLC ("GMACM") does not investigate these types of fraud on the borrower's behalf, you may have other legal recourse against the perpetrator.

In order for GMACM to begin investigating the allegation, it will be necessary for your client to provide specific information which will be used solely for validation purposes. Enclosed is an affidavit which Alisha Wilkes will need to complete and return, affixed with her notarized signature. Along with this, we request that Alisha Wilkes also provide us with a copy of the police report evidencing the allegation specific to the above loan, and

**Proof of Identification - Photostatic Copy**   (Select at least one)
PLEASE NOTE: Proof of identification must be **legible** and include photo, signature, and address. Copies with any information masked will not be acceptable.

____ Valid State Photo Drivers License        ____ Student ID (photo)
____ Valid State Issued Photo Non-Driver's ID ____ Military Photo ID
____ Resident Alien Card                      ____ Military Dependent ID
____ U.S. Passport (photo)                    ____ Non-U.S. Passport (photo)
____ Department of Public Welfare Photo ID

3451 Hammond Avenue
Waterloo, IA 50704

Ms. Wilkes' Documents Bate Stamp No. 400010

November 7, 2008
Account Number xxxxxx6580
Page Two

So that we may begin our investigation, please forward the completed affidavit together with copies of the required documents along with any other information you believe may be useful in conducting our investigation to:

GMAC Mortgage, LLC
ATTN: Amy Fleitas
3451 Hammond Avenue
Waterloo IA 50702

Please note that until we have received ALL of the necessary documentation, GMACM will continue reporting the subject loan to the credit reporting agencies, and will continue with efforts to collect any outstanding debt.

We look forward to assisting you in resolving this issue.

Customer Care
Loan Servicing

Enclosure

6:22

Ms. Wilkes' Documents Bate Stamp No. 400011

Name _____ Phone number _____ Page 1

# ID Theft Affidavit

## Victim Information

(1) My full legal name is _____
　　　　　　　　　　(First)　　　(Middle)　　　(Last)　　　(Jr., Sr., III)

(2) (If different from above) When the events described in this affidavit took place, I was known as

_____
(First)　　　(Middle)　　　(Last)　　　(Jr., Sr., III)

(3) My date of birth is _____
　　　　　　　　　　(day/month/year)

(4) My social security number is _____

(5) My driver's license or identification card state and number are _____

(6) My current address is _____

　　City _____ State _____ Zip Code _____

(7) I have lived at this address since _____
　　　　　　　　　　　　　　　　　(month/year)

(8) (If different from above) When the events described in this affidavit took place, my address

was _____

　　City _____ State _____ Zip Code _____

(9) I lived at the address in #8 from _____ until _____
　　　　　　　　　　　　　　　　(month/year)　(month/year)

(10) My daytime telephone number is (___) _____

　　　My evening telephone number is (___) _____

Name _____ Phone number _____ Page 2

**How the Fraud Occurred**

Check all that apply for items 11 – 17:

(11) ☐ I did not authorize anyone to use my name or personal information to seek the money, credit, loans, goods or services described in this report.

(12) ☐ I did not receive any benefit, money, goods or services as a result of the events described in this report.

(13) ☐ My identification documents (for example, credit cards; birth certificate; driver's license; social security card; etc.) were ☐ stolen ☐ lost on or about _____
(day/month/year)

(14) ☐ To the best of my knowledge and belief, the following person(s) used my information (for example, my name, address, date of birth, existing account numbers, social security number, mother's maiden name, etc.) or identification documents to get money, credit, loans, goods or services without my knowledge or authorization:

Name (if known) _____        Name (if known) _____

Address (if known) _____        Address (if known) _____

Phone number(s) (if known) _____        Phone number(s) (if known) _____

additional information (if known) _____        additional information (if known) _____

(15) ☐ I do NOT know who used my information or identification documents to get money, credit, loans, goods or services without my knowledge or authorization.

(16) ☐ Additional comments: (For example, description of the fraud, which documents or information were used or how the identity thief gained access to your information.)

_____
_____
_____
_____
_____

(Attach additional pages as necessary.)

Ms. Wilkes' Documents Bate Stamp No. 400013

Name _____ Phone number _____ Page 3

### Victim's Law Enforcement Actions

(17)(check one) I ☐ am  ☐ am not  willing to assist in the prosecution of the person(s) who committed this fraud.

(18)(check one) I ☐ am  ☐ am not  authorizing the release of this information to law enforcement for the purpose of assisting them in the investigation and prosecution of the person(s) who committed this fraud.

(19)(check all that apply) I ☐ have  ☐ have not  reported the events described in this affidavit to the police or other law enforcement agency. The police ☐ did  ☐ did not  write a report. *In the event you have contacted the police or other law enforcement agency, please complete the following:*

(Agency #1) _____  (Officer/Agency personnel taking report) _____
(Date of report) _____  (Report Number, if any) _____
(Phone number) _____  (e-mail address, if any) _____

(Agency #2) _____  (Officer/Agency personnel taking report) _____
(Date of report) _____  (Report Number, if any) _____
(Phone number) _____  (e-mail address, if any) _____

### Documentation Checklist

Please indicate the supporting documentation you are able to provide to the companies you plan to notify. Attach copies (NOT originals) to the affidavit before sending it to the companies.

(20) ☐ A copy of a valid government-issued photo-identification card (for example, your driver's license, state-issued ID card or your passport). If you are under 16 and don't have a photo-ID, you may submit a copy of your birth certificate or a copy of your official school records showing your enrollment and place of residence.

(21) ☐ Proof of residency during the time the disputed bill occurred, the loan was made or the other event took place (for example, a rental/lease agreement in your name, a copy of a utility bill or a copy of an insurance bill).

Ms. Wilkes' Documents Bate Stamp No. 400014

Name _____ Phone number _____ Page 4

(22) ☐  A copy of the report you filed with the police or sheriff's department. If you are unable to obtain a report or report number from the police, please indicate that in Item 19. Some companies only need the report number, not a copy of the report. You may want to check with each company.

**Signature**

I declare under penalty of perjury that the information I have provided in this affidavit is true and correct to the best of my knowledge.

_____     _____
(signature)                                        (date signed)

Knowingly submitting false information on this form could subject you to criminal prosecution for perjury.

_____
(Notary)

**Witness:**

_____     _____
(signature)                                        (printed name)

_____     _____
(date)                                             (telephone number)

Ms. Wilkes' Documents Bate Stamp No. 400015

Name _____   Phone number _____   Page 5

# Fraudulent Account Statement

> **Completing this Statement**
> - Make as many copies of this page as you need.
> - List only the account(s) you're disputing with the company receiving this form. See the example below.

I declare (check all that apply):

☐ As a result of the event(s) described in the ID Theft Affidavit, the following account(s) was/were opened at your company in my name without my knowledge, permission or authorization using my personal information or identifying documents:

| Creditor Name/Address (the company that opened the account or provided the goods or services) | Account Number | Type of unauthorized credit/goods/services provided by creditor (if known) | Date issued or opened (if known) | Amount/Value provided (the amount charged or the cost of the goods/services) |
|---|---|---|---|---|
| Example Example National Bank 22 Main Street Columbus, Ohio 22722 | 01234567-89 | auto loan | 01/05/2000 | $25,500.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

☐ During the time of the accounts described above, I had the following account open with your company:

Billing name _____

Billing address _____

Account number _____

Ms. Wilkes' Documents Bate Stamp No. 400016