Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

------------------------------------X
ALISHA W. WILKES,

    Plaintiff,

V.                                         1:10-CV-01160(CMH-TRJ)

EXPERIAN INFORMATION SYSTEMS, INC.,

    Defendants.

------------------------------------X

DEPOSITION UPON ORAL EXAMINATION
OF PETER KNAPP
TAKEN ON BEHALF OF THE PLAINTIFF

VIRGINIA BEACH, VIRGINIA
JUNE 1ST, 2011

Appearances:

        CONSUMER LITIGATION ASSOCIATES, P.C.
          By: LEONARD A. BENNETT, ESQUIRE
            Counsel for Plaintiff
          12515 Warwick Blvd. Suite 100
            Newport News, VA 23606

              TROUTMAN SANDERS
         By: JOHN C. LYNCH, ESQUIRE
              Counsel for GMAC
       222 Central Park Ave. Suite 2000
          Virginia Beach, VA 23462

               TAYLOR WALKER
       By: GREGORY W. KLEIN, ESQUIRE
           555 East Main Street
            Norfolk, VA 23510

Exhibit G

1    A.   No.

2    Q.   By the way, when did the title company write its check
3  and pay GMAC for this mortgage?

4    A.   April of 2010.

5    Q.   And GMAC did not remove Miss Wilkes as a foreclosure
6  debtor credit reporting in April, 2010 either?

7    A.   If you're asking whether the tradeline was removed at
8  that time than it was odd.

9    Q.   Not only was the tradeline not removed but GMAC
10  continued to report our client was in default and had suffered a
11  foreclosure or was suffering a foreclosure on this GMAC loan?

12    A.   As of what date?

13    Q.   April, 2010.

14    A.   I don't believe that's accurate. I believe when we
15  received the money we marked the account as paid.

16    Q.   But still with the default in foreclosure?

17    A.   Possibly.

18    Q.   I show you a document that is twelve. Have you ever
19  seen this document before?

20    A.   This specifically, I might have.

21    Q.   This is -- the top page is a list history, the top
22  four pages and following that it says "credit tapes", each of
23  these represents the monthly credit reports GMAC made about Miss
24  Wilkes on this account, right?

25    A.   I think that's accurate.

1  department following their policies and procedures didn't

2  receive the notification they required to authorize them to

3  remove the tradeline from the credit history until they received

4  the letter in July.

5     Q.   But they received a copy of the court order, right?

6  GMAC did?

7     A.   GMAC did, yes.

8     Q.   They received that order in late February, early

9  March, 2010?

10    A.   The legal department at GMAC Mortgage did.

11    Q.   And the legal department we already previously agreed

12  would outrank the I.D. theft department, right?

13    A.   Yes.

14    Q.   A couple of the topics that we did just discuss

15  included what remedies GMAC believes would exist for the

16  plaintiff if she had made or let me rephrase to even simplify it

17  further. What remedies existed in GMAC's opinion for any of her

18  direct disputes, any contact she made directly to GMAC and said

19  this is not me.

20    A.   It's my understanding that if she wanted to resolve

21  this it could have been brought through the state court action.

22    Q.   How?  What remedies exist in law to order your company

23  not to credit report?

24         MR. LYNCH: Just for the record, I object to this

25  topic.  I'll allow it but this is clearly calling for a legal