GMAC/AW 2864

## Bryan Garcia

**From:**   Alisha Wilkes [alishawilkes@hotmail.com]
**Sent:**   Wednesday, January 13, 2010 2:30 PM
**To:**      bryangarcia@exitheritage.com
**Subject:** RE: Happy New Year

Hi, Bryan.

I'm sorry to say that the plans for the house are still up in the air.  The trial to determine whether or not the liens will remain against it is scheduled for January 25 and 26, so I should have a clear answer for you by the end of January.  If the liens are deemed valid, the tenants will have to plan to move out when their lease is up, as the house will be foreclosed on.  If the liens are found to be invalid, I plan to put the house on the market with the hope of having it sold by the time the lease is up.  I'm not sure if that's a realistic hope.  If not, perhaps the current tenants would be willing to go to shorter lease period. They are very interested in purchasing it, so there is the possiblity of an easy transition if everything works out.

I will give you a call shortly.

Thanks very much,

Alisha

From: bryangarcia@exitheritage.com
To: alishawilkes@hotmail.com
Subject: Happy New Year
Date: Tue, 12 Jan 2010 21:37:16 -0500

Alisha,

I hope that you had a great Christmas and are working on a Happy New Year!

I just wanted to check in with you and see what your plans are with the house in Gainesville.  Your tenants lease is up at the end of March and per their lease you can begin to market the home at the end of January.

Give me a call and we can discuss your plans for the house.

Look forward to talking to you!

6/2/2011

Exhibit M