**Bryan Garcia**

| | |
|---|---|
| **From:** | Alisha Wilkes [alishawilkes@hotmail.com] |
| **Sent:** | Friday, February 12, 2010 10:50 AM |
| **To:** | dan radke; Jeffrey Taphouse; bryangarcia@exitheritage.com |
| **Subject:** | 18018 Densworth Mews, Gainesville |
| **Categories:** | Top Producer |

Good morning, gentlemen. I think I finally have a clearer picture of my plans for the house. The final order to remove the liens from the title is to be entered on February 26, and then the loan companies have thirty days to appeal the decision after that. If there is no appeal, I'd like to go ahead and put the property on the market by April. I've looked into refinancing, and it's just not going to be a viable option unless I can significantly increase the rent. I believe the best approach with the current renters is to go to a month-to-month lease, although I am certainly open to other suggestions.

Thank you,

Alisha Wilkes
(571) 229-0001

GMAC/AW 2859

6/2/2011

Exhibit N