Precision Funding Group LLC VIC# MC-5502, NMLS# 126542, Originator: Danielle Clarity22# MDO-6407, NMLS# 217221

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

Borrower _____  Co-Borrower _____

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☑ Conventional  ☐ Other (explain): ☐ FHA  ☐ USDA/Rural Housing Service | | Agency Case Number | Lender Case Number |
|---|---|---|---|---|
| Amount $ 220,000 | Interest Rate 6.000 % | No. of Months 360/360 | Amortization Type: ☑ Fixed Rate  ☐ GPM | ☐ Other (explain): ☐ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, & ZIP): 18018 densworth mews, Gainesville, VA 20155   County: Prince William   No. of Units: 

Legal Description of Subject Property (attach description if necessary)   Year Built:

Purpose of Loan: ☐ Purchase  ☐ Construction  ☐ Other (explain):  ☑ Refinance  ☐ Construction-Permanent
Property will be: ☐ Primary Residence  ☐ Secondary Residence  ☑ Investment

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a+b) $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost $ | Amount Existing Liens $ | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made  Cost: $ |

Title will be held in what Name(s): **Alisha Wilkes**
Manner in which Title will be held: **Single woman**
Estate will be held in: ☑ Fee Simple  ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name (include Jr. or Sr. if applicable) | Alisha Wilkes | |
| Social Security Number / Home Phone (incl. area code) / DOB (mm/dd/yyyy) / Yrs. School | [redacted] | |
| Marital Status | ☐ Married (includes registered domestic partners)  ☑ Unmarried (includes single, divorced, widowed)  ☐ Separated | ☐ Married  ☐ Unmarried  ☐ Separated |
| Dependents (not listed by other) | No. ___ Ages ___ | No. ___ Ages ___ |
| Present Address (street, city, state, ZIP/country) | ☐ Own ☑ Rent  1 No. Yrs.  1575 Funderburg St.  Keyser, WV 26726 / United States | ☐ Own ☐ Rent ___ No. Yrs.  / United States |
| Mailing Address, if different from Present Address | | |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) | ☐ Own ☐ Rent ___ No. Yrs. | ☐ Own ☐ Rent ___ No. Yrs. |
| Former Address (street, city, state, ZIP) | ☐ Own ☐ Rent ___ No. Yrs. | ☐ Own ☐ Rent ___ No. Yrs. |

Uniform Residential Loan Application
Freddie Mac Form 65  7/05 (rev. 6/09)

Borrower _____
Co-Borrower _____

Page 1 of 4

Fannie Mae Form 1003  7/05 (rev. 6/09)

Calyx Form - Loanapp1.frm (11/09)

Exhibit O

| Borrower | | | IV. EMPLOYMENT INFORMATION | | Co-Borrower | |
|---|---|---|---|---|---|---|
| Name & Address of Employer | ☐ Self Employed | Yrs. on this job | Name & Address of Employer | ☐ Self Employed | Yrs. on this job | |
| | | Yrs. employed in this line of work/profession | | | Yrs. employed in this line of work/profession | |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) | |

*If employed in current position for less than two years or if currently employed in more than one position, complete the following:*

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

### V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 2,750.00 | $ | $ 2,750.00 | Rent | $ 400.00 | |
| Overtime | | | | First Mortgage (P&I) | | $ 1,319.01 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | | |
| Dividends/Interest | | | | Real Estate Taxes | | |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | 300.00 | | 300.00 | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ 3,050.00 | $ | $ 3,050.00 | Total | $ 400.00 | $ 1,319.01 |

\* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income  *Notice:* Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |
| | | |

Uniform Residential Loan Application
Freddie Mac Form 65   7/05 (rev. 6/09)

Borrower _____
Co-Borrower _____

Page 2 of 4

Fannie Mae Form 1003   7/05 (rev. 6/09)

Calyx Form - Loanapp2.frm (11/09)

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed by that spouse or other person also.

Completed [✓] Jointly [ ] Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| | | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
| Cash deposit toward purchase held by: | $ | Name and address of Company<br>GMAC MORTGAGE<br>PO BOX 4622<br>WATERLOO, IA 50704 | $ Payment/Months | $ |
| List checking and savings accounts below | | | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | (2,621) /337 | (406,838) |
| Acct. no. | $ | Name and address of Company<br>AMEX<br>P O BOX 7871<br>FORT LAUDERDAL, FL 33329 | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | () /R | (11,665) |
| | | Name and address of Company | $ Payment/Months | $ |
| Acct. no. | $ | | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Acct. no. | $ | | | |
| Stocks & Bonds (Company name/number description) | $ | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Life insurance net cash value | $ | | | |
| Face amount: $ | | | | |
| Subtotal Liquid Assets | $ | Acct. no. | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ | Name and address of Company | $ Payment/Months | $ |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | Acct. no. | | |
| Automobiles owned (make and year) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ | |
| Total Assets a. | $ | Net Worth (a minus b) => $ | Total Liabilities b. | $ |

Schedule of Real Estate Owned (if additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 18018 densworth mews<br>Gainesville, VA 20155 | | $ | $ | $ | $ | $ | $ |
| | | | | | | | |
| | Totals | $ | $ | $ | $ | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

Borrower _____
Co-Borrower _____

Uniform Residential Loan Application
Freddie Mac Form 65   7/05 (rev. 6/09)

Page 3 of 4

Fannie Mae Form 1003   7/05 (rev. 6/09)

Calyx Form - Loanapp3.frm (11/09)

| VII. DETAILS OF TRANSACTION | | VIII. DECLARATIONS | Borrower Yes/No | Co-Borrower Yes/No |
|---|---|---|---|---|
| a. Purchase price | $ | If you answer "Yes" to any questions a through I, please use continuation sheet for explanation. | | |
| b. Alterations, improvements, repairs | | a. Are there any outstanding judgments against you? | ☐ ☐ | ☐ ☐ |
| c. Land (if acquired separately) | | b. Have you been declared bankrupt within the past 7 years? | ☐ ☐ | ☐ ☐ |
| d. Refinance (incl. debts to be paid off) | | c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ ☐ | ☐ ☐ |
| e. Estimated prepaid items | 542.47 | d. Are you a party to a lawsuit? | ☐ ☐ | ☐ ☐ |
| f. Estimated closing costs | 3,643.01 | e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name, and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ ☐ | ☐ ☐ |
| g. PMI, MIP, Funding Fee | | | | |
| h. Discount (if Borrower will pay) | 4,400.00 | | | |
| i. Total costs (add items a through h) | 8,585.48 | | | |
| j. Subordinate financing | | | | |
| k. Borrower's closing costs paid by Seller | | f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ ☐ | ☐ ☐ |
| l. Other Credits (explain) | | | | |
| | | g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ ☐ | ☐ ☐ |
| | | h. Is any part of the down payment borrowed? | ☐ ☐ | ☐ ☐ |
| | | i. Are you a co-maker or endorser on a note? | ☐ ☐ | ☐ ☐ |
| | | j. Are you a U. S. citizen? | ☐ ☐ | ☐ ☐ |
| | | k. Are you a permanent resident alien? | ☐ ☐ | ☐ ☐ |
| | | l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☐ ☐ | ☐ ☐ |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 220,000.00 | m. Have you had an ownership interest in a property in the last three years? | ☐ ☐ | ☐ ☐ |
| n. PMI, MIP, Funding Fee financed | | (1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)? | _____ | _____ |
| o. Loan amount (add m & n) | 220,000.00 | | | |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | -211,414.52 | (2) How did you hold title to the home-solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | _____ | _____ |

### IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors, or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Acknowledgement. Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate purpose through any source, including a source named in this application or a consumer reporting agency.

Right to Receive Copy of Appraisal   I/We have the right to a copy of the appraisal report used in connection with this application for credit.  To obtain a copy, I/we must send Creditor a written request at the mailing address Creditor has provided. Creditor must hear from us no later than __90__ days after Creditor notifies me/us about the action taken on this application, or I/we withdraw this application.
If you would like a copy of the appraisal report, contact:   Precision Funding Group LLC   226 Haddonfield Road, Ste 100   Cherry Hill, NJ 08002

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | | X | |

### X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | | CO-BORROWER | ☐ I do not wish to furnish this information | |
|---|---|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino | ☐ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino | ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native  ☐ Native Hawaiian or Other Pacific Islander | ☐ Asian  ☐ White | ☐ Black or African American | Race: | ☐ American Indian or Alaska Native  ☐ Native Hawaiian or Other Pacific Islander | ☐ Asian  ☐ White | ☐ Black or African American |
| Sex: | ☐ Female | ☐ Male | Sex: | ☐ Female | ☐ Male |

To be Completed by Loan Originator:
This information was provided:
☐ In a face-to-face interview          ☐ By the applicant and submitted by fax or mail
☐ In a telephone interview             ☐ By the applicant and submitted via e-mail or the internet

| Loan Originator's Signature | Date |
|---|---|
| X | |

| Loan Originator's Name (print or type) | Loan Originator Identifier | Loan Originator's Phone Number (including area code) |
|---|---|---|
| Darrell Canty | 211222 | |

| Loan Origination Company's Name | Loan Origination Company Identifier | Loan Origination Company's Address |
|---|---|---|
| Precision Funding Group LLC (P) 856-310-1300  (F) 856-662-6790 | 126542 | 226 Haddonfield Road, Ste 100 Cherry Hill, NJ 08002 |

Uniform Residential Loan Application
Freddie Mac Form 65   7/05 (rev. 6/09)                      Page 4 of 4                      Fannie Mae Form 1003   7/05 (rev. 6/09)
Calyx Form - Loanapp4.frm (11/09)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ALISHA W. WILKES,

       Plaintiff

v.

                                            CIVIL NO. 1:10cv1160
                                            *(presently pending in the USDC*
                                            *Eastern District of Virginia, Alexandria*
                                            *Division)*

EXPERIAN INFORMATION SOLUTIONS, INC.,
                 et al.
                    Defendants.

## *AUTHENTICATION AFFIDAVIT*

      Below the undersigned personally appeared, __MARK FUREY__, who being duly sworn, deposes and says:

    1. My name is __MARK FUREY__. I am a resident of the State of __New Jersey__. I am over the age of eighteen (18) years and am competent to make this affidavit. The statements set forth in this affidavit are based upon me personal knowledge.

    2. I am custodian of the records or am otherwise familiar and competent to testify as to the authenticity of the records of *PRECISION FUNDING GROUP, LLC.*

    3. The documents attached to this affidavit are the complete set of documents contained within our file regarding the loan application of Alisha W. Wilkes, File # 100503004. [Bate Stamped 00001 – 000    ]. These documents were made at or near the time of occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; were kept in the course of the regularly conducted activity of *PRECISION FUNDING GROUP, LLC.* and were made by the regularly conducted activity of *PRECISION FUNDING GROUP, LLC.* These documents constitute business records of *PRECISION FUNDING GROUP, LLC.*

    4. The foregoing facts are true and correct.

Further affiant sayeth not.

*PRECISION FUNDING GROUP, LLC.*

By: _[signature]_
Title: COO

Sworn and subscribed before me this 17th day of MAY, 2011.

_[signature]_
NOTARY PUBLIC

My Commission Expires: 6/8/2014

LAUREN C. HOWLEY
NOTARY PUBLIC STATE OF NEW JERSEY
MY COMMISSION EXPIRES 6/8/2014