# A. Settlement Statement (HUD-1)

OMB Approval No. 2502-0265

## B. Type of Loan

1. [ ] FHA  2. [ ] RHS  3. [ ] Conv. Unins.
4. [X] VA  5. [ ] Conv. Ins.

| 6. File Number: | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
|---|---|---|
| GAIP1004080 | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agents are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| Michael James TUGGLE<br>850 Soft Wind Road, Vista, CA 92081 | Alisha W. WILKES<br>1675 Funderburg Street, Keyser, WV 26726 | iFreedom Direct Corp.<br>f.k.a New Freedom Mortgage Cor, 2363 S. Foothill Drive, Salt Lake City, UT 84109 |

| G. Property Location: | H. Settlement Agent: | I. Settlement Date: 07/15/2010 |
|---|---|---|
| 18018 Densworth Mews<br>Gainesville, VA 20155<br>Lot 17, Section 6, PIEDMONT SOUTH, Prince William County, Virginia | MBH Settlement Group, L.C.<br><br>Place of Settlement:<br>PH: (703) 468-2020, 7470 Limestone Drive, Gainesville, VA 20155 | Disbursement Date: 07/15/2010<br><br>TitleExpress<br>Printed 07/14/2010 at 4:21 pm by ACC |

CERTIFIED TRUE

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---:|---|---:|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | 384,000.00 | 401. Contract sales price | 384,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 26,393.01 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for Items paid by seller in advance | | Adjustments for Items paid by seller in advance | |
| 106. City/town taxes          to | | 406. City/town taxes          to | |
| 107. County taxes             to | | 407. County taxes             to | |
| 108. Assessments              to | | 408. Assessments              to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. HOA July Dues Adjus 07/15/2010 to 07/31/2010 | 68.55 | 412. HOA July Dues Adjus 07/15/2010 to 07/31/2010 | 68.55 |
| **120. Gross Amount Due from Borrower** | **410,461.56** | **420. Gross Amount Due to Seller** | **384,068.55** |
| **200. Amounts Paid by or in Behalf of Borrower** | | **500. Reductions In Amount Due to Seller** | |
| 201. Deposit or earnest money | 1,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 396,672.00 | 502. Settlement charges to seller (line 1400) | 26,963.85 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan to Surovell, Markle, Isaacs & Levy, PLC | 190,000.00 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. Lender Credit | 707.51 | 507. | |
| 208. Credit by Seller | 11,520.00 | 508. Credit by Seller | 11,520.00 |
| 209. Borrower Paid Appraisal Deposit | 400.00 | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes          to | | 510. City/town taxes          to | |
| 211. County taxes 07/01/2010 to 07/15/2010 | 162.05 | 511. County taxes 07/01/2010 to 07/15/2010 | 162.05 |
| 212. Assessments              to | | 512. Assessments              to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | **410,461.56** | **520. Total Reduction Amount Due Seller** | **228,645.90** |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller** | |
| 301. Gross amount due from borrower (line 120) | 410,461.56 | 601. Gross amount due to seller (line 420) | 384,068.55 |
| 302. Less amounts paid by/for borrower (line 220) | 410,461.56 | 602. Less reductions in amount due seller (line 520) | 228,645.90 |
| 303. Cash [X] From [ ] To Borrower | 0.00 | 603. Cash [X] To [ ] From Seller | 155,422.65 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

Previous editions are obsolete    Page 1 of 3    HUD-1

Exhibit P

GMAC/AW 3037

### L. Settlement Charges

| | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| **700.** | **Total Real Estate Broker Fees** $ 23,340.00 | | | |
| | Division of commission (line 700) as follows: | | | |
| 701. | $11,520.00 to Prudential Carruthers Realtors | | | |
| 702. | $11,820.00 to Exit Heritage Realty | | | |
| 703. | Commission paid at settlement | | | 23,340.00 |
| 704. | Earnest Money Deposit to Prudential Carruthers Realtors | $1,000.00 P.O.C.(B*) | | |
| **800.** | **Items Payable in Connection with Loan** | | | |
| 801. | Our origination charge (Includes Origination Point  % or $0.00) $ | (from GFE #1) | | |
| 802. | Your credit or charge (points) for the specific interest rate chosen   $3,470.88 | (from GFE #2) | | |
| 803. | Your adjusted origination charges | (from GFE A) | 3,470.88 | |
| 804. | Appraisal fee   to MASS Appraisal Svcs | (from GFE #3) | 400.00 | |
| 805. | Credit report   to NACM | (from GFE #3) | 20.00 | |
| 806. | Tax service   to | (from GFE #3) | | |
| 807. | Flood certification   to Corelogic | (from GFE #3) | 15.50 | |
| 808. | VA Funding Fee   to Dept of VA | (from GFE #3) | 12,672.00 | |
| **900.** | **Items Required by Lender to be Paid in Advance** | | | |
| 901. | Daily interest charges from 07/15/2010 to 08/01/2010 @ $52.9802/day | (from GFE #10) | 900.66 | |
| 902. | Mortgage Ins. Premium   or   months to | (from GFE #3) | | |
| 903. | Homeowner's insurance   for 1 years to USAA | (from GFE #11) | 609.50 | |
| 904. |    months to | (from GFE #11) | | |
| **1000.** | **Reserves Deposited with Lender** | | | |
| 1001. | Initial deposit for your escrow account | (from GFE #9) | 1,724.08 | |
| 1002. | Homeowner's insurance   3 months @ $ 50.79/month   $152.37 | | | |
| 1003. | Mortgage Insurance   months @ $ 0.00/month   $0.00 | | | |
| 1004. | City Property Taxes   months @ $ 0.00/month   $0.00 | | | |
| 1005. | County Property Taxes   5 months @ $ 354.98/month   $1,774.90 | | | |
| 1006. | Assessments   months @ $ 0.00/month   $0.00 | | | |
| 1007. | Aggregate Adjustment   $-203.19 | | | |
| **1100.** | **Title Charges** | | | |
| 1101. | Title services and lender's title insurance | (from GFE #4) | 1,871.90 | |
| 1102. | Settlement or closing fee   to MBH Settlement Group   $ | | | 265.00 |
| 1103. | Owner's title insurance - Commonwealth Land Title Insurance Co. | (from GFE #5) | 828.16 | |
| 1104. | Lender's title insurance - Commonwealth Land Title Insurance Co.   $1,121.90 | | | |
| 1105. | Lender's title policy limit $396,672.00 ALTA Loan | | | |
| 1106. | Owner's title policy limit $384,000.00 Advantage Express | | | |
| 1107. | Agent's portion of the total title insurance premium   $1,696.56 | | | |
| 1108. | Underwriter's portion of the total title insurance premium   $253.50 | | | |
| 1109. | Title Binder   to PCR Title Agency of No. VA, LLC   $125.00 | | | |
| 1110. | Title Abstract CTS#33587-10   to Crossroads Title Services, Inc.   $90.00 | | | |
| 1111. | Deed Preparation   to Grace Stuart PLC   $ | | | 150.00 |
| 1112. | Processing & Administration   to MBH Settlement Group   $ | | | 300.00 |
| 1113. | Title Examination Fee   to MBH Settlement Group   $535.00 | | | |
| **1200.** | **Government Recording and Transfer Charges** | | | |
| 1201. | Government recording charges | (from GFE #7) | 99.00 | |
| 1202. | Deed $43.00   Mortgage $56.00   Release $0.00 | | | |
| 1203. | Transfer taxes | (from GFE #8) | 2,602.33 | |
| 1204. | City/County tax/stamps   Deed $320.00   Mortgage $330.58 | | | |
| 1205. | State tax/stamps   Deed $960.00   Mortgage $991.75 | | | |
| 1206. | Grantors Tax   Deed $384.00   Mortgage $0.00 | | | 384.00 |
| 1207. | | | | |
| **1300.** | **Additional Settlement Charges** | | | |
| 1301. | Required services that you can shop for | (from GFE #6) | | |
| 1302. | Survey #2010 2088   to BW Smith & Associates | | 250.00 | |
| 1303. | Pest Inspection 14321-070710-W-8   to Patriot Professional Services | | | 45.00 |
| 1304. | 1st Half RE Taxes   to Prince William County Treasurer | | | 2,129.85 |
| 1305. | HOA Processing Fee   to Legum & Norman, Inc. | | 50.00 | |
| 1306. | HOA Resale Package   to Legum & Norman, Inc. | | | 350.00 |
| 1307. | HOA Set Up Fee   to Legum & Norman, Inc. | | 50.00 | |
| 1308. | HOA August Dues   to Parks at Piedmont HOA | | 125.00 | |
| 1309. | Home Warranty   to HMS of the Mid-Atlantic States | | 409.00 | |
| 1310. | Admin Fee   to Prudential Carruthers | | 295.00 | |
| **1400.** | **Total Settlement Charges** (enter on lines 103, Section J and 502, Section K) | | **26,393.01** | **26,963.85** |

*Paid outside of closing by (B)orrower, (S)eller, (L)ender, (I)nvestor, Bro(K)er.

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| **Charges That Cannot Increase** | HUD-1 Line Number | | |
| Our origination charge | # 801 | 0.00 | 0.00 |
| Your credit or charge (points) for the specific interest rate chosen | # 802 | 3,470.88 | 3,470.88 |
| Your adjusted origination charges | # 803 | 3,470.88 | 3,470.88 |
| Transfer taxes | # 1203 | 3,373.28 | 2,602.33 |

| Charges That in Total Cannot Increase More Than 10% | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Government recording charges | # 1201 | 200.00 | 99.00 |
| Appraisal fee to | # 804 | 400.00 | 400.00 |
| Credit report to | # 805 | 20.00 | 20.00 |
| Flood Certification | # 807 | 15.50 | 15.50 |
| VA Funding Fee | # 808 | 12,672.00 | 12,672.00 |
| | # | | |
| | # | | |
| | # | | |
| Total | | 13,307.50 | 13,206.50 |
| Increase between GFE and HUD-1 Charges | | $ -101.00 or | -0.7590% |

| Charges That Can Change | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Initial deposit for your escrow account | # 1001 | 821.34 | 1,724.08 |
| Daily interest charge | # 901 $52.9802/day | 794.70 | 900.66 |
| Homeowner's insurance | # 903 | 750.00 | 609.50 |
| Title services and lender's title insurance | # 1101 | 1,120.00 | 1,871.90 |
| Owner's title insurance | # 1103 | 1,518.90 | 828.16 |
| | # | | |
| | # | | |

## Loan Terms

| | |
|---|---|
| Your initial loan amount is | $396,672.00 |
| Your loan term is | 30. years |
| Your initial interest rate is | 4.8750% |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $2,099.22 includes<br>[X] Principal<br>[X] Interest<br>[ ] Mortgage Insurance |
| Can your interest rate rise? | [X] No. [ ] Yes, it can rise to a maximum of    %. The first change will be on  / /  and can change again every   years after  / / . Every change date, your interest rate can increase or decrease by   %. Over the life of the loan, your interest rate is guaranteed to never be **lower** than   % or **higher** than   %. |
| Even if you make payments on time, can your loan balance rise? | [X] No. [ ] Yes, it can rise to a maximum of $ |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | [X] No. [ ] Yes, the first increase can be on  / /  and the monthly amount owed can rise to $ . The maximum it can ever rise to is $ |
| Does your loan have a prepayment penalty? | [X] No. [ ] Yes, your maximum prepayment penalty is $ |
| Does your loan have a balloon payment? | [X] No. [ ] Yes, you have a balloon payment of $   due in   years on  / / |
| Total monthly amount owed including escrow account payments | [ ] You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br>[X] You have an additional monthly escrow payment of $405.77 that results in a total initial monthly amount owed of $2,504.99. This includes principal, interest, a mortgage insurance and any items checked below:<br>[X] Property taxes    [X] Homeowner's insurance<br>[ ] Flood insurance    [ ]<br>[ ]    [ ] |

**Note:** If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

GMAC/AW 3039

## BUYER/SELLER ACKNOWLEDGMENT, CERTIFICATION AND RECEIPT OF HUD-1 SETTLEMENT STATEMENT

RE:
Settlement Date: July 15, 2010
Buyer: Michael James TUGGLE
Seller: Alisha W. WILKES
Property Address: 18018 Densworth Mews, Gainesville, VA 20155
Brief Legal: Lot 17, Section 6, PIEDMONT SOUTH

We, the undersigned Buyer and Seller, acknowledge receipt of this HUD-1 Settlement Statement consisting of four pages, including this page (the "HUD-1"). The terms "Buyer" and "Seller" are defined to include the term "Borrower", and when applicable, shall be used interchangeably in any sale or refinance transaction. We acknowledge that we have checked, reviewed and approved the figures appearing on the HUD-1. To the best of our knowledge, these figures are accurate and complete. We further acknowledge that MBH Settlement Group, L.C. ("MBH") has relied upon the information of others in the preparation of the HUD-1 and is not responsible for, and cannot guarantee, any information provided by others. All computation and entries of the HUD-1 are subject to final audit.

The Buyer and Seller understand that the tax prorations and escrows shown on the HUD-1 are based on the last available bill as published by the Treasurer's office. The Buyer and Seller agree to adjust the tax prorations shown on the HUD-1 when the actual property tax bill is rendered, should a discrepancy appear. Seller agrees to forward the next tax bill to the Buyer immediately upon receipt of the bill from the tax office. Buyer understands that the next tax bill (even though in the name of the Seller) is the responsibility of the Buyer.

The Seller understands that the payoff figure(s) shown on the first page of the HUD-1 are figures supplied to MBH by the Seller's lender(s) and is/are subject to verification and adjustment of interest to date of receipt of the payoff by the lender. If the payoff figure(s) are inaccurate, Seller agrees to immediately pay any shortage(s) that may exist.

The Buyer and Seller acknowledge and agree that, as part of the fees charged to the parties, MBH has caused to be conducted a title examination of the property for the sole purpose of inducing the title insurance underwriter to issue title insurance for the Buyer and/or the Buyer's lender.

The Buyer and Seller further agree that in preparing the HUD-1 and in conducting the settlement, MBH has acted to accommodate the various parties to the transaction. Should MBH be made a party to any litigation or other legal action arising from or in relation to the contract or settlement of the loan or sale of the property, the Buyer and/or Seller involved in said legal action hereby expressly agree to reimburse MBH for its reasonable costs and attorney's fees incident thereto. Further, should MBH be a party, and prevail, in any legal action arising from or in relation to the contract or settlement of the loan or sale of the property, the Buyer and/or Seller involved in such action shall reimburse MBH for its reasonable attorney's fees and costs.

The Buyer and Seller hereby authorize MBH to furnish copies of the HUD-1 to any and all real estate agents, real estate brokers, lenders, title insurance companies and any agents thereof, homeowners' associations and home warranty companies related to this transaction.

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THE DISCLOSURE/SETTLEMENT STATEMENT OR ANY OTHER FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE: TITLE 18 U.S. CODE SECTION 1001 & SECTION 1010.

### CORRECTION AGREEMENT - LIMITED POWER OF ATTORNEY

The undersigned Buyer and Seller, for and in consideration of the Lender funding the closing of the loan and the Settlement Agent closing the loan, agree to cooperate fully and adjust all typographical or clerical errors discovered in any or all of the closing documentation presented at settlement, if requested by the Lender or MBH Settlement Group, L.C.

The undersigned appoint MBH Settlement Group, L.C. as their attorney-in-fact to correct any such errors, place our initials on documents where changes are made and/or sign our names to any document or form. In the event this procedure is utilized, the party involved shall be notified and receive a corrected copy of the changed document.

CERTIFIED TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL SETTLEMENT STATEMENT CONSISTING OF FOUR (4) PAGES.

Buyer/Borrower E-mail: _____
Seller E-mail: alishawilkes@gmail.com

Buyer/Borrower Phone Number (Work/Home): 760 216 2456
Seller Phone Number (Work/Home): (571) 229-0001 / (301) 788-6829

Buyer/Borrower: Michael James TUGGLE
Seller: Alisha W. WILKES

MBH Settlement Group, L.C., Settlement Agent

File No: GAIP1004080

GMAC/AW 3040