IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
AUG - 4 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

ALISHA W. WILKES,

    Plaintiff

v.                                Civ. No. 1:10cv1160

EXPERIAN INFORMATION SOLUTIONS, INC.,
et al.
Defendants.

## AGREED ORDER OF DISMISSAL

Plaintiff, ALISHA WILKES, by counsel, filed a Motion for Dismissal of all claims with prejudice in the above action *only as to Defendant,* GMAC MORTGAE, LLC., since the parties have now settled all claims and controversies between them and for dismissal of claims without prejudice against the remaining Defendants, FAMS/ONE TECHNOLOGIES and NATIONAL FUTURE MORTGAGE, INC.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for the Plaintiff and the Defendant, GMAC MORTGAGE, LLC, it is hereby;

ORDERED, ADJUDGED and DECREED that the Complaint *only as to Defendant,* GMAC MORTGAGE, in the above-styled action is hereby DISMISSED with prejudice; it is further

ORDERED, ADJUDGED and DECREED that the Complaint as to the remaining Defendants, *FAMS/ONE TECHNOLOGIES and NATIONAL FUTURE MORTGAGE, INC.,* be dismissed without prejudice.

The Clerk is directed to send a copy of this Order to counsel of record.

Dated: Aug 4, 2011

                                                    /s/
                                       Claude M. Hilton
                                  United States District Judge